IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY,<br><br>                Plaintiff,<br><br>vs.<br><br>ALIAUNE THIAM p/k/a "AKON,"<br>and TARIK FREITEKH,<br><br>                Defendants. | Civil Action File<br>No. 1:13-cv-04103-WSD |

**[PROPOSED] CONSENT ORDER EXTENDING TIME FOR DEFENDANT
ALIAUNE THIAM TO ANSWER PLAINTIFF'S COMPLAINT**

This matter has come before the Court at the request of Plaintiff Tamer Hosny and Defendant Aliaune Thiam.

IT APPEARS TO THE COURT that Plaintiff has agreed to provide Defendant Aliaune Thiam through and including Wednesday, January 29, 2014 to answer or otherwise respond to Plaintiff's Complaint [Doc. 1], to accommodate Defendant's counsel who unfortunately contracted the flu the week of January 21, 2014.

IT APPEARS TO THE COURT that the parties consent to entry of this Order, and good cause has been shown for its entry.

IT IS HEREBY ORDERED that Defendant Aliaune Thiam shall have through and including January 29, 2014 to file an answer or otherwise respond to Plaintiff's Complaint [Doc. 1].

SO ORDERED this _____ day of January, 2014.

_____
The Honorable William S. Duffey, Jr.
Judge, United States District Court
Northern District of Georgia

Consented to by:

  /s/  Brian W. Burkhalter
Brian W. Burkhalter, Esquire
Georgia Bar No. 095809

**M J PATEL LAW GROUP**
3715 Northside Parkway, N.W.   *Counsel for Plaintiff Tamer Hosny*
Atlanta, GA 30327
678.974.1720 (tel)
bburkhalter@mjpatellaw.com

  /s/  Hayden Pace
Hayden Pace
Georgia Bar No. 558595

**PACE LAW, P.C.**
1447 Peachtree Street, N.E.   *Counsel for Defendant Aliaune Thiam*
Suite 610
Atlanta, GA 30309
404.563.5690 (tel)
hayden@pacelaw.com