**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TAMER HOSNY,<br><br>                         Plaintiff,<br><br>vs.<br><br>ALIAUNE THIAM p/k/a "AKON,"<br>and TARIK FREITEKH,<br><br>                         Defendants. | Civil Action File<br>No. 1:13-cv-04103-WSD |

## **NOTICE OF APPEARANCE**

The undersigned counsel hereby enters her appearance, collectively with Hayden Pace, for Defendant Aliaune Thiam in the above-styled action. The undersigned respectfully requests that all pleadings, notices, correspondence and other service materials be directed to the following:

        Jordan Arkin
        Stokes Wagner Hunt Maretz & Terrell, ALC
        3593 Hemphill Street
        Atlanta, Georgia 30337
        Telephone: (404) 766-0076
        Facsimile: (404) 766-8823
        Email: jarkin@stokeswagner.com

*[Signature page to Notice of Appearance, Hosny v. Thiam et al., U.S.D.C., Case No. 1:13-cv-04103-WSD]*

This 2nd day of July, 2014.

           /s/  Jordan Arkin
          Jordan Arkin
          Georgia Bar No. 180796

          *Counsel for Defendant Aliaune Thiam*

Stokes Wagner Hunt Maretz & Terrell, ALC
3593 Hemphill Street
Atlanta, Georgia 30337
Telephone: (404) 766-0076
Facsimile: (404) 766-8823
jarkin@stokeswagner.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing "Notice of Appearance" with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

>Brian W. Burkhalter, Esquire
>M J Patel Law Group
>3715 Northside Parkway, N.W.
>Atlanta, Georgia 30327
>bburkhalter@mjpatellaw.com

This 2nd day of July, 2014.

>  /s/  Jordan Arkin
>Jordan Arkin
>Georgia Bar No. 180796
>
>*Counsel for Defendant Aliaune Thiam*

Stokes Wagner Hunt Maretz & Terrell, ALC
3593 Hemphill Street
Atlanta, Georgia 30337
Telephone: (404) 766-0076
Facsimile: (404) 766-8823
jarkin@stokeswagner.com