IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY, | |
| Plaintiff, | Civil Action File |
| vs. | No. 1:13-cv-04103-WSD |
| ALIAUNE THIAM p/k/a "AKON," and TARIK FREITEKH, | |
| Defendants. | |

## CONSENT ORDER EXTENDING TIME FOR DEFENDANT TARIK FREITEKH TO ANSWER PLAINTIFF'S COMPLAINT

This matter comes before the Court at the request of Defendant Tarik Freitekh and Plaintiff Tamer Hosny.

IT APPEARS TO THE COURT that Plaintiff has agreed to provide Defendant Tarik Freitekh through and including Friday, July 25, 2014 to answer or otherwise respond to Plaintiff's Complaint [Doc. 1], to accommodate Defendant's out-of-state counsel, who is contemporaneously filing a Motion Pro Hac Vice through recently retained local counsel.

IT APPEARS TO THE COURT that the parties consent to entry of this Order, and good cause has been shown for its entry.

IT IS HEREBY ORDERED that Defendant Tarik Freitekh shall have

through and including Friday, July 25, 2014, to file an answer or otherwise respond to Plaintiff's Complaint [Doc. 1], without prejudice and reserving all defenses thereto.

SO ORDERED this __22nd__ day of July, 2014.

_____
The Honorable William S. Duffey, Jr.
Judge, United States District Court
Northern District of Georgia

Consented to by:

/s/ Brian W. Burkhalter
Brian W. Burkhalter, Esquire
Georgia Bar No. 095809

**M J PATEL LAW GROUP**
3715 Northside Parkway, N.W.
Atlanta, GA 30327
678.974.1720 (tel)
bburkhalter@mjpatellaw.com
*Counsel for Plaintiff Tamer Hosny*

/s/ Andrew B. Koplan
Andrew B. Koplan, Esquire
Georgia Bar No. 428152

**ANDREW B. KOPLAN, P.C.**
5855 Sandy Springs Circle
Suite 150
Atlanta, GA 30328
404.255.1600 (tel)
andrew@koplanpc.com
*Counsel for Defendant Tarik Freitekh*