## EXHIBIT A

## Side Artists Agreement

Agreement executed this 10th day of March, 2013, between Akon Inc. f/s/o Aliaune Thiam p/k/a Akon representing himself and Armando Perez p/k/a Pitbull ("Side Artists") c/o P.O.Box 191188 Atlanta, GA 31119, and Tamer Hosny professionally known as "Tamer" ("Artist").
WHEREAS, Side Artists is to record and perform with Artist on a sound recording featuring the performances of Artist entitled (the "Master") for possible inclusion on Artist's forthcoming album (the "Album"):

NOW, THEREFORE THE PARTIES HEREBY AGREE AS FOLLOWS:

1.  Side Artists shall perform, and provide first-class, non-exclusive services as a recording artist and musician for the purpose of recording the Master

2.  Side Artists hereby acknowledges and agrees that, subject to the terms of this Agreement, the Master including all performances contained thereon and all copyrights therein, shall be the sole property of Artist and its designees, for all purposes and uses under copyright and otherwise, throughout the universe and in perpetuity (including the underlying musical composition). Side Artists' contribution to the Master (including Side Artists' contribution to the underlying musical composition, if any) shall be a work made for hire for Artist within the meaning of the U.S. Copyright Law and if for any reason such contribution is not deemed a work made for hire then the copyright in such contribution shall be deemed irrevocably assigned to Artist and its designees. To the extent permitted by law but subject to the terms hereof, Side Artists hereby waives all so-called "moral rights." All recordings made hereunder and all derivatives manufactured there from together with the performances embodied thereon shall be entirely and forever the property of Artist, free of any claims (including Royalty) whatsoever by Side Artists, or any person deriving any rights or interests from Side Artists.

3.  Considerations agreed for the services provided in this agreement is USD 300,000 (Three Hundred Thousand United States Dollar), of which a down-payment of USD150,000 (One Hundred and Fifty Thousand United States Dollar) was deposited to the Artists' bank account as follows:
    ALIAUNE THIAM P.O. BOX 191188 ATLANTA, GA 31119 Bank: SunTrust Bank Acct number: 1000136788766 ABA/ Routing: 061000104 Swift code: SNTRUS3A

4.  Subject to the terms of this agreement, Side Artists shall, at no extra cost, perform in the Musical video of the Master. A Penalty of USD 225,000 (Only Two Hundred and Twenty Five Thousand United States Dollar) will be imposed on Side Artists in case of not performing in the Musical video.

5.  Side Artists and Artist each warrant and represent that each party has the full right to enter into this agreement and each party represents that, as to each parties' contributions, no rights of third parties shall be infringed upon (including, without limitation, samples) and grant all of the rights set forth above to the other party as set forth herein. In the event of any third party claims against Side Artists, Label or Artist relating to breach of the foregoing warranties, the non- breaching party shall be fully indemnified by the breaching party (including reasonable outside attorney's fees) with respect to any third party claims resulting in final non-appealable, adverse judgments. Each party shall notify the other party of any such third party claims.

6.  This agreement shall be considered terminated and all considerations made shall be refunded, in full, to the Artist in any of the following events (whichever comes first):
    (a) A written termination notice by any of the parties to this agreement.
    (b) If the services required by the Artists and described in this agreement were not fully performed within 30 days of the date of this agreement.

7.  This agreement shall be governed by the laws of the State of Georgia. The parties agree that the exclusive jurisdiction and venue for any action relating to this Agreement shall be a federal or state court in Atlanta and the parties hereby consent to such jurisdiction and venue.

ACCEPTED AND AGREED:

By: _____
Aliaune Thiam (Akon)

By: _____
Tamer Hosny