**EXHIBIT D**

## Side Artists Agreement

From: **AHMED BADAWY** (abadawy78@hotmail.com)
Sent: Sun 3/10/13 9:57 PM
To: toh@usa.com (toh@usa.com)
Cc: tamerstudio@gmail.com (tamerstudio@gmail.com)

1 attachment
Side Artist Agreement.docx (17.1 KB)