# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALIAUNE THIAM, P/K/A "AKON," and TARIK FREITEKH,<br><br>　　　　Defendants. | Case No. 1:13-CV-4103 |

DECLARATION OF ANTHONY LOGAN PURSUANT TO 28 U.S.C. §1746

1.　I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2.　At all times relevant to this action, I have been a resident of Charlotte, North Carolina.

3.　At all times relevant to this action, I have maintained a business address at 7701 Waterford Square Dr., Charlotte, North Carolina.

4.　I served in the U.S. Army I was a staff sergeant 9 years in the active duty army and 14 years in the army national guards.

5.　I met Tarik Freitekh when I was attending the Art Institute in Charlotte in 2009.

6.　I am the co-founder of Infoucs Films, which is based in Charlotte, North Carolina.

7.　I was present in Georgia from January 24 to 26th of 2013.

8.　While in Georgia, I co-produced the musical video, Welcome to The Life.

9.　I'm aware that Defendant Freitekh and I didn't get paid, as well as three other crewmembers who have worked on the Welcome to the life musical video.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of June 2015.

_____
Anthony Logan