# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY,<br><br>      Plaintiff,<br><br>vs.<br><br>ALIAUNE THIAM, P/K/A "AKON," and TARIK FREITEKH,<br><br>      Defendants. | Case No. 1:13-CV-4103 |

DECLARATION OF CHRISTIAN SIMPSON PURSUANT TO 28 U.S.C. §1746

1. I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. At all times relevant to this action, I have been a resident of Charlotte, North Carolina.

3. At all times relevant to this action, I have maintained a business address at 52 Union Street, Concord, North Carolina 28025.

4. I served in the U.S. Air Force for 2 years from 2004 until 2006 until I was medically discharged.

5. I am the co-founder of Downhome Films, which is based in Charlotte, North Carolina.

6. I was present in Georgia from January 23 to 26th of 2013.

7. While in Georgia, I co-produced the musical video, Welcome to The Life.

8. I was aware that some of the crewmembers got paid and some were not paid.

1

9. I am aware that Defendant Freitekh didn't get paid for his work on the musical video, Welcome to The Life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of June 2015.

_____
Christian Simpson

2