# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY,<br><br>      Plaintiff,<br><br>vs.<br><br>ALIAUNE THIAM, P/K/A "AKON," and<br>TARIK FREITEKH,<br><br>      Defendants. | Case No. 1:13-CV-4103 |

DECLARATION OF IZZAT FREITEKH PURSUANT TO 28 U.S.C. §1746

1.     I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2.     At all times relevant to this action, I have been a resident of Charlotte, North Carolina.

3.     I am the owner of La Shish Kabob business in 3117 North Sharon Amity Road, Charlotte, North Carolina.

4.     I have a business account with Bank of American, and the last four digits of my account number are 4516.

5.     In January 2013, the Plaintiff called me and requested that I assist him in finding an accommodation for at least two weeks for him and his entourage in Charlotte, North Carolina.

6.     In January 2013, I advanced ten thousand dollars ($10,000) for two weeks rent for a mansion in Charlotte, North Carolina, on behalf of the Plaintiff.

1

7.      On January 23, 2013, I received a refund for the amount of ten thousand dollars ($10,000) from Tamer Hosny through Badawy's account.

8.      I advanced the money on behalf of the Plaintiff because the Plaintiff did not have immediate access to his money in the U.S.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of June 2015.

_____
Izzat Freitekh

2