# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALIAUNE THIAM, P/K/A "AKON," and<br>TARIK FREITEKH,<br><br>    Defendants. | Case No. 1:13-CV-4103 |

DECLARATION OF AMMAR KHARABSHA PURSUANT TO 28 U.S.C. §1746

1. I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. At all times relevant to this action, I have been a resident of Charlotte, North Carolina.

3. At all times relevant to this action, I have maintained a residence address at 42 Earlswood Dr. Charlotte, North Carolina.

4. Izzat and Tarik Freitekh contacted me in January 2013 to arrange for a short-term lease of my property on behalf of the Plaintiff.

5. I agreed to rent my property to the Plaintiff for two weeks from January 27th to February 12 for Five thousand dollars rent and five thousand dollars deposit a total of ($10,000) .

6. On January 23, 2013, I received a rent payment for ten thousand dollars ($10,000) from Izzat Freitekh on behalf of the Plaintiff.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of June 2015.

_____
Ammar Kharabsha