# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY, | Case No. 1:13-CV-4103 |
| Plaintiff, | |
| vs. | |
| ALIAUNE THIAM, P/K/A "AKON," and TARIK FREITEKH, | |
| Defendants. | |

<u>DECLARATION OF THIN LA PURSUANT TO 28 U.S.C. §1746</u>

1.      I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2.      At all times relevant to this action, I have been a resident of Charlotte, North Carolina.

3.      At all times relevant to this action, I have maintained a business address at 9329 Autumn Applause Drive, Charlotte, North Carolina.

4.      I am a professional photographer and I work with many celebrities.

5.      My work appeared in national and international magazines such as People Magazine and Harper's Bazaar.

6.      I was present in Georgia from January 23 to 26 of 2013.

7.      While in Georgia, I shot Behind the Scenes photos for Welcome to The Life musical video, and professional photo-shoot for Akon and Tamer Hosny.

8.      I have personal knowledge that the Defendant Tarik Freitekh was not paid for his work on the musical video, Welcome to The Life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of June 2015.

_____
Thin La