# EXHIBIT I

`

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 1:13-CV-4103 |
| | ) |
| ALIAUNE THIAM, P/K/A "AKON," | ) |
| and TARIK FREITEKH, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF TAMER YEHIA ABDEL MASIH PURSUANT TO 28 U.S.C. § 1746

1.

I, Tamer Yehia Abdel Masih, am over the age of 21, suffering from no known disabilities and am otherwise competent to testify. I have personal knowledge of the facts stated herein which are true.

2.

I am an international DJ currently based in Washington, D.C. and recently toured as a DJ with Tamer Hosny's 2015 Europe Tour. I previously organized Tamer Hosny's 2012 USA and Canada Tour. I have also worked on several other music projects with Tamer Hosny. For example, in 2011, I booked Tamer Hosny's music collaboration with Shaggy for the song "*Smile*" and music video. In 2012, I

1

worked with Tamer Hosny on his music collaboration with Snoop Dogg for the song "*Si Al Sayed*" and music video.  In 2013, I worked with Tamer Hosny on his music collaboration with Akon for the song "*Welcome to the Life*" and music video.  For "*Welcome to the Life*," I was the Technical Producer.  In 2013, while working on "*Welcome to the Life*" in Georgia, I was involved in the preliminary negotiations for a second music collaboration between Tamer Hosny and Akon which later became known as "*Arabian Knight*."

3.

I met Tarik Freitekh in 2011.  He texted me on Facebook a lot of times to believe in him as a director and to introduce him to Tamer Hosny as he knew I had a business relationship with Tamer Hosny.  He asked me for an opportunity to direct a video for Tamer Hosny.  He told me he did not want money to direct but wanted fame and exposure.  At the time, I was managing the production for "*Smile*" with the feature artist Shaggy.  I introduced Tarik Freitekh to Tamer Hosny and then Tarik Freitekh and I became friends and working partners in several projects with Tamer Hosny, including several projects that worked out such as *"Smile*" with the feature artist Shaggy, *"Si Al Sayed"* with the feature artist Snoop Dogg, *"Welcome to the Life"* with the feature artist Akon, as well as other projects that did not ultimately work out.

2

4.

In early 2012, Tarik Freitekh traveled from North Carolina to meet me in Washington, D.C.  We listened to a new song for Tamer Hosny, and Tarik Freitekh said we should offer the song to the artist Snoop Dogg for a collaboration.  Tarik Frietekh reached out to Snoop Dogg and got him to agree to the collaboration for the "*Si Al Sayed*" song.  For this project, I sent payments to Snoop Dogg through Tarik Freitekh as part of the arrangement.  Tarik Freitekh sent me a receipt that he sent the money.  The song and music video for "*Si Al Sayed*" were completed and released.  I arranged for payments to  Tarik Freitekh that included a budgeted $10,000 director fee for this project.

5.

In November 2012, Tarik Freitekh called me and said he had a great relationship with Akon and solicited the possibility of Tamer Hosny doing a project with Akon.  He told me he had done three commercials for Akon for publicity.  By chance, in December 2012, Tamer Hosny and Akon were both performing at the same concert in Abu Dhabi, UAE which presented an opportunity for them to meet.  I called Tarik Freitekh to text Akon to make sure he meets with Tamer Hosny there to know each other more and to start a business

relationship together.  Tarik Freitekh and I arranged for this meeting, and Tamer Hosny and Akon met and posted pictures from UAE.

6.

This project between Tamer Hosny and Akon went forward and later became known as *"Welcome to the Life."*  Tarik Freitekh was initially named as director of the music video for *"Welcome to the Life."*  In early 2013, Tarik Freitekh told me Tamer Hosny and myself would have to meet with Akon in Atlanta, Georgia to finish the *"Welcome to the Life"* song and music video.  I made the trip arrangements for Tamer Hosny and his crew.

7.

I arrived in Atlanta, Georgia for work on the *"Welcome to the Life"* project on January 21, 2013.  At that time, the song still needed to be recorded, and the music video needed to be filmed.  Tarik Freitekh picked me up from the airport and took me to the Westin hotel where I was staying along with the rest of the crew.  I met Tamer Hosny and his entourage when they arrived in Atlanta, Georgia that same day.

8.

On January 22, 2013, around 6:00 p.m. Tarik Freitekh took Tamer Hosny and me to Akon's house in Atlanta, Georgia.  Akon, Tarik Freitekh, Tamer Hosny,

4

and myself were among the people present at Akon's house.  While we were at Akon's house, Akon booked time in the recording studio to work on the recording for *"Welcome to the Life"* later that evening.  The decision was made for the group to go to Tuk Tuk restaurant for dinner.  Tamer Hosny had asked me to ask Tarik Freitekh to talk to Akon if he could help bring in any big artist from America to do a feature with Tamer Hosny.  Before leaving to go to Tuk Tuk restaurant, Tarik Freitekh and I were talking and we discussed the possibility of Tamer Hosny doing his next project with a bigger feature artist.  We started discussing a new Tamer Hosny project, and I asked Tarik Freitekh whether Akon could help us get a bigger feature artist for a collaboration.

9.

On January 22, 2013, while we were at Tuk Tuk restaurant, Tarik Freitekh and I talked more in general about the new Tamer Hosny project.  I observed Tarik Freitekh, Tamer Hosny, and Akon talk about the *"Welcome to the Life"* project as well as ways to collaborate in the future.  Akon said he was very interested in working with Tamer Hosny on future projects. At that point, we had not discussed any particular names.  I paid the bill at the restaurant that night.  Later that evening, while we were at the recording studio working on *"Welcome to the Life,"* Tarik Freitekh and I continued discussions about the new Tamer Hosny project.  Before

5

we went to the rehearsals, Tarik Freitekh and I discussed the possibility of having Chris Brown as a possible feature artist with Tamer Hosny.  We also talked about Pitbull as another possible feature artist for the same project, but Tarik Freitekh told me we should avoid reaching out to Pitbull for now.   We were at the recording studio all night until early the next morning.

10.

On January 23, 2013, there were rehearsals for the *"Welcome to the Life"* music video at an Atlanta studio, including dancers working on choreography with a professional choreographer.  I was present and observed the rehearsals.  Tarik Freitekh was also present.

11.

On the evening of January 23, 2013, Tarik Freitekh and I met and talked together at the Westin hotel.  Tarik Freitekh told me he had talked to Akon about the new Tamer Hosny project and that Akon could do the project but wanted to be part of the project as the third artist (i.e. Tamer Hosny, Chris Brown, and Akon). Tarik Freitekh told me the project could be done because Akon had produced for Chris Brown and Akon's brother, Abdull, was Chris Brown's manager.  We talked about money for the project.  Tarik Freitekh proposed the new project cost of

6

$400,000 to include the filming of the music video. I talked to Tamer Hosny and got his approval on the project.

12.

Past midnight of January 24, 2013, myself, Ahmed Badawy, and Tamer Hosny received confirmation from Tarik Freitekh that Akon has accepted the terms of the new project. Also, Tarik Freitekh said that Akon needed a down payment of $150,000 by the 15th of the following month, including an initial $50,000 within days. On a later date, Tamer Hosny told me that Tarik Freitekh promised he could get $50,000 from his dad in North Carolina for the initial $50,000deposit to Akon to close the deal and get reimbursed by Tamer Hosny later.

13.

On January 24, 2013, there were rehearsals for the *"Welcome to the Life"* music video at an Atlanta studio, including dancers working on choreography with a professional choreographer. I was present during the rehearsals. Tarik Freitekh was also present.

14.

On January 25, 2013, the music video for *"Welcome to the Life"* was filmed on location at an old warehouse. I was present during the filming of the music video. Tarik Freitekh was also present.

7

15.

For the *"Welcome to the Life"* project, Tarik Freitekh was actively involved with the project while I was in Atlanta, Georgia.  For example, he was initially named as director and provided assistance as the director for the music video in connection with pre-production and planning for the music video, such as identifying and hiring certain crew members and securing locations for filming, as well as the production and filming of the shots in Atlanta.  As I had done with Tarik Freitekh on previous Tamer Hosny projects, I also arranged for him to receive some payments for production expenses that he was supposed to handle for certain crew and other expenses related to the *"Welcome to the Life"* project.

16.

I am making this Declaration subject to penalty of perjury and pursuant to 28 U.S.C. § 1746.


Executed this   28 day of May, 2015.

*Tamer Yehia*
_____
Tamer Yehia Abdel Masih

8