# EXHIBIT JJ

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

 1.888.BUSINESS (1.888.287.4637)

 bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL  33622-5118

IZZAT FREITEKH
IMS FOOD AND RESTAURANTS LLC
DBA LA SHISH KABOB
10400 ORCHID HILL LN
CHARLOTTE, NC 28277-2217

 Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for May 1, 2015 to May 31, 2015                                   Account number: ████████ 4516

**IMS FOOD AND RESTAURANTS LLC        DBA LA SHISH KABOB**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2015 | # of deposits/credits: 28 |
| Deposits and other credits | # of withdrawals/debits: 231 |
| Withdrawals and other debits | # of items–previous cycle[1]: 26 |
| Checks | # of days in cycle: 31 |
| Service fees | Average ledger balance: |
| **Ending balance on May 31, 2015** | [1]Includes checks paid,deposited items&other debits |



# Get easy access to business know-how

Visit our free online community at
**bankofamerica.com/sbc.**

## The Bank of America
## Small Business Community

- Get the latest insights on how fellow business owners run and grow their businesses
- Search our extensive library for business topics that interest you
- Connect with other business owners

Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation.
AR4L4LV9  |  AD-11-14-0062.B