**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


TAMER HOSNY,                          )
                                      )
                Plaintiff,            )
                                      )
        vs.                           )  No. 1:13-CV-4103
                                      )
ALIAUNE THIAM, P/K/A "AKON," and      )
TARIK FREITEKH,                       )
                                      )
                Defendants.           )
_____)



        DEPOSITION OF TAREQ FREITEKH, a defendant herein,

        noticed by Patel Burkhalter Law Group, taken at

        6055 East Washington Boulevard, Los Angeles,

        California, at 2:05 p.m., on Friday, May 22, 2015,

        before Diane M. Lytle, CSR 8606.



        Hutchings Number 571670

```
 1          APPEARANCES OF COUNSEL:

 2

 3          For Plaintiff:

 4          PATEL BURKHALTER LAW GROUP

 5          BY MELISSA EWING

 6          4045 Orchard Road, Building 400

 7          Atlanta, Georgia 30080

 8          (404) 216-9962

 9

10          For Defendant TAREQ FREITEKH:

11          JERISAT LAW FIRM

12          BY MARTIN E. JERISAT

13          2372 Morse Avenue, Suite 322

14          Irvine, California 92614

15          (714) 571-5700

16

17

18

19

20

21

22

23

24

25
```

TAREQ FREITEKH  -  5/22/2015

Page 3

```
 1                      I N D E X

 2     WITNESS:  TAREQ FREITEKH

 3     EXAMINATION:                       PAGE

 4     MS. EWING                          5, 143

 5     MR. JERISAT                        140

 6


 7                    E X H I B I T S

 8     Exhibit identification within the transcript is flagged
       with "(EXHIBIT)" as an identifier.
 9

10     PLAINTIFF      DESCRIPTION          IDENTIFIED  MARKED

11     1              Printout of text     36          149
                      messages
12                    (EXHIBIT 1)

13     2              Copy of color        52          149
                      photograph
14                    (EXHIBIT 2)

15     3              Internet printout    53          149
                      entitled "Akon and
16                    Tarik talking about the
                      next project with the
17                    Legend Tamer Hosny"
                      (EXHIBIT 3)
18
       4              Copies of photographs  55        149
19                    (EXHIBIT 4)

20     5              Copy of color        58          149
                      photograph
21                    (EXHIBIT 5)

22     6              Test messages        59          149
                      (EXHIBIT 6)
23
       7              Emails dated 2-23-13  86         149
24                    and attachment
                      (EXHIBIT 7)
25
```

```
 1                    E X H I B I T S (Continued)

 2        PLAINTIFF    DESCRIPTION              IDENTIFIED  MARKED

 3        8            Emails dated 4-8-13 and      91         149
                       4-9-13 and attachments
 4                     (EXHIBIT 8)

 5        9            Emails dated 3-11-13         93         149
                       and 3-10-13 and
 6                     attachment
                       (EXHIBIT 9)
 7
          10           Email dated 4-9-13 and       97         149
 8                     attachment
                       (EXHIBIT 10)
 9
          11           Declaration of Tarik        104         149
10                     Freitekh Pursuant to
                       28 U.S.C. Paragraph 1746
11                     (EXHIBIT 11)

12        12           Amended Declaration of      113         149
                       Tarik Freitekh Pursuant
13                     to 28 U.S.C. Paragraph
                       1746
14                     (EXHIBIT 12)

15

16        Questions the witness refuses to answer are indicated in
          the transcript by a "(QUES)" identifier at the end of
17        the question and are located on the following page(s):
          103, 104
18

19

20

21

22

23

24

25
```

```
 1                      TAREQ FREITEKH,
 2        a defendant herein, having been sworn, testifies as
 3        follows:
 4
 5                      -EXAMINATION-
 6
 7        BY MS. EWING:
 8             Q.  Hi.  We met briefly --
 9             A.  Yeah.
10  14:05    Q.  -- in the break room.  My name is Melissa
11        Ewing.  I'm an attorney here taking your deposition on
12        behalf of the plaintiff, Tamer Hosny, in this case.
13             A.  Nice to meet you.
14             Q.  If you don't mind, how do you pronounce your
15  14:05  last name?
16             A.  Freitekh.
17             Q.  Freitekh?
18             A.  Yeah.
19             Q.  Could you state your full name for the record,
20  14:05  please.
21             A.  Tareq Freitekh.
22             Q.  And could you spell your first and last name.
23             A.  Tareq, T-a-r-e-q, Freitekh, F-r-e-i-t-e-k-h.
24             Q.  And what's your current address where you live?
25  14:05    A.  I live in L.A. here.  3343 North Knoll,
```

TAREQ FREITEKH  -  5/22/2015

Page 6

```
 1   14:06   K-n-o-l-l, Drive, 90068.

 2              Q.  Okay.

 3              And have you ever been deposed before?

 4              A.  No, first time.

 5   14:06      Q.  Okay.

 6              I'll go through a few sort of ground rules just to

 7      give you, you know, some idea about what to expect and

 8      let you know if any time during the deposition you have

 9      a, you know, question or if you need to take a break to

10   14:06   use the restroom, just let me know or the court reporter

11      know, and we'll be sure to accommodate you.

12              A.  Okay.

13              Q.  And be happy to rephrase a question if I

14      haven't asked it in the right way.

15   14:06      A.  Sounds good.

16              Q.  And one thing is, we have a court reporter here

17      with us today, and she's going to be recording

18      everything that is said.  She won't be able to record,

19      you know, "uh-huh" or --

20   14:06      A.  So it has to be "yes."

21              Q.  -- body language, so you need to answer

22      vocally.

23              A.  Of course.

24              Q.  And try not to speak over me, and I'll try not

25   14:07   do the same --
```

```
 1   14:07       A.  Sure.
 2               Q.  -- and interrupt you.
 3               Again, if you have any questions about one of my
 4          questions, be sure to ask me to clarify or repeat, you
 5   14:07   know.  The idea is to make sure that, you know, you
 6          don't leave here today with any confusion about what we
 7          talked about.
 8               A.  Of course.
 9               Q.  I mean, if there's anything you need to clarify
10   14:07   during the deposition that you said earlier, be sure and
11          let me know.
12               Also, let me know if you need to take a break, as
13          long as there's not a question pending, we can take a
14          brief pause.
15   14:07       A.  For sure.
16               Q.  Is there any reason today that you cannot
17          provide, you know, full testimony?
18               Is anything hindering you?
19               A.  No.
20   14:07       Q.  Are you under any medication?
21               A.  No.
22               Q.  Are you, you know, otherwise competent to sit
23          here today and testify --
24               A.  Yes.
25   14:07       Q.  -- fully and truthfully?
```

```
 1    14:07      A.  Yes.

 2               Q.  And you understand that you're under oath,

 3          which means you agree you'll tell the truth?

 4               A.  Yes.

 5    14:08      Q.  Okay.

 6               Just a few, you know -- Just kind of start with

 7          some background information about you.

 8               Are you -- You're a video producer; is that right?

 9               A.  I'm a record label owner.

10    14:08      Q.  Okay.

11               What's the name of your record label?

12               A.  World Music.

13               Q.  Okay.

14               How long have you been an owner of World Music?

15    14:08      A.  Since 2014.

16               Q.  Since 2014?

17               A.  Uh-huh.

18               Q.  Are there any other owners?

19               A.  Mostafa Srour.  He's my business partner.

20    14:08      THE REPORTER:  Could you spell that name.

21               THE WITNESS:  M-o-s-t-a-f-a, Srour, S-r-o-u-r.

22               And I have another music label called 3343.  I have

23          business owner.

24               MS. EWING:

25    14:09      Q.  Okay.
```

TAREQ FREITEKH -  5/22/2015

1    14:09       A.  You want the names?

2              Q.  I do.

3              A.  Raja Kumara.

4              THE REPORTER:  You're going to have to spell these

5    14:09   names.

6              THE WITNESS:  Raja, R-a-j-a, Kumara, K-u-m-a-r-a.

7              MS. EWING:

8              Q.  And what is that person, a co-owner, what's the

9          title?

10   14:09       A.  Yeah, three of us.  And Nelson.  Troels,

11         T-r-o-e-l-s, Nelson.

12             Q.  Okay.

13             And so for World Music, there's two owners, you

14         being one of them, and that started in 2014?

15   14:09       A.  Uh-huh.

16             Q.  When did the 3343 start?

17             A.  34- -- 3343 started 2014 as well.

18             Q.  Okay.

19             Prior to 2014, did you own any companies?

20   14:09       A.  No.  I was student.

21             Q.  A student?

22             A.  Uh-huh.

23             Q.  Where were you a student?

24             A.  At the Art Institute of Charlotte.

25   14:10       Q.  And what years were you there?

TAREQ FREITEKH  -  5/22/2015

1   14:10        A.  I graduated in 2013.

2               Q.  **Did you get a degree when you graduated?**

3               A.  Yeah.  Bachelor of Arts in digital film making

4       and music production.

5   14:10        Q.  **So if you had to today like characterize what**

6       **your profession is or what your job is, how would you**

7       **describe it?**

8               A.  Label owner.  Decision-making, mostly --

9               Q.  **Okay.**

10  14:10        A.  -- between records.

11              Q.  **Okay.**

12              **And in late 2012, 2013, how would you have**

13      **described what you were doing at that time --**

14              A.  I was --

15  14:11        Q.  **-- other than being a student?**

16              A.  I was a student mostly and working on few

17      projects for school.

18              Q.  **Okay.**

19              **Were you directing videos at that time?**

20  14:11        A.  Yeah, directing, producing, making music too.

21              Q.  **Okay.**

22              **At the time, did you have any labels that you were**

23      **representing or artists?**

24              A.  No.

25  14:11        Q.  **Okay.**

TAREQ FREITEKH  –  5/22/2015

```
 1    14:11        Do you write any songs?

 2                 A.  No -- I do, but nothing published.

 3                 Q.  Okay.

 4                 Can you name the videos that you've worked on?

 5    14:11        A.  I did Tamer Hosny feature Shaggy in 2011.  That

 6                 was one of my first projects.  I did Tamer Hosny feature

 7                 Snoop Dogg in 2012.  I did Akon feature Laurianne

 8                 Gibson.  And let me see.  Another project, Haifa Wehbe.

 9                 She's a --

10    14:12        THE REPORTER:  One more time.

11                 MR. JERISAT:  Spell that.

12                 THE WITNESS:  H-a-i-f-a, last name Wehbe,

13                 W-e-h-b-e.  That was recent.  That was the last video we

14                 release.

15    14:12        MS. EWING:

16                 Q.  So that was in -- Was that 2015?

17                 A.  That's 2015.

18                 Q.  Okay.

19                 When was the Laurianne Gibson/Akon video?

20    14:12        A.  That was 2014.

21                 Q.  Okay.

22                 A.  Excuse me.  2013.

23                 Q.  2013?

24                 A.  Yeah.  I'm sorry.

25    14:12        Q.  Okay.
```

TAREQ FREITEKH – 5/22/2015

| | | |
|---|---|---|
| 1 | 14:12 | **Are those the only videos that you've worked on?** |
| 2 | | A.  I worked on other videos for local artists, but |
| 3 | | these are the -- like the biggest, I can say. |
| 4 | | **Q.  When you say "local," what do you mean by** |
| 5 | 14:12 | **"local"?** |
| 6 | | A.  Like, you know, I have a lot of artists, new |
| 7 | | artists. |
| 8 | | We also did the video for Akon featuring Pitbull |
| 9 | | and Tamer.  That day, also we shot the video.  We shot a |
| 10 | 14:13 | whole video. |
| 11 | | **Q.  You're talking about "Welcome to the Life"?** |
| 12 | | A.  No, that's "Arabian Knight."  But Akon was |
| 13 | | there and Tamer. |
| 14 | | **Q.  And you worked on "Arabian" -- I'm sorry.** |
| 15 | 14:13 | **You worked on "Welcome to the Life" as well?** |
| 16 | | A.  I helped on "Welcome to the Life." |
| 17 | | **Q.  And sorry if I interrupted you, but you were** |
| 18 | | **talking about local artists that you helped with their** |
| 19 | | **videos?** |
| 20 | 14:13 | A.  Yeah.  There's an artist called DeCarlo.  We |
| 21 | | did a song called "Dreamland."  I'm trying to remember. |
| 22 | | What else? |
| 23 | | We did commercials.  That's as far as I remember. |
| 24 | | Anything comes up, I'll let you know. |
| 25 | 14:14 | **Q.  Okay.** |

TAREQ FREITEKH -  5/22/2015

Page 13

```
 1   14:14        And when you said "local," where is DeCarlo?

 2               A.  DeCarlo in L.A.

 3               Q.  So when you say "local," you mean L.A.?

 4               A.  L.A., yeah, California.

 5   14:14        Q.  Okay.

 6               You had a connection with View or View Productions

 7           in 2013; correct?

 8               A.  View Production is a company owned by friend.

 9           His name is Thien La.

10   14:14        THE REPORTER:  Can you spell that.

11               THE WITNESS:  T-h-i-e-n, and last name L-a.

12               MS. EWING:

13               Q.  But you did have a connection with them in

14           2013?

15   14:15        A.  I was helping them.

16               Q.  So your answer is yes?

17               A.  Yes.

18               Q.  Okay.

19               In what capacity?  Like how were you helping them?

20   14:15        A.  If they need locations, you know, if they need

21           crew.  If they need, you know, directors, I can, you

22           know, freelance as a director.  If they need producer, I

23           can do that.  I'm a freelancer, you know.

24               Q.  Okay.

25   14:15        Did they pay you money?
```

TAREQ FREITEKH  -   5/22/2015

Page 14

```
1    14:15      A.  No -- View?

2               Q.  View.

3               A.  North Carolina, you know, I was student at that

4         time.

5    14:15      Q.  Okay.

6               A.  So most of my work with View was help and

7         getting experience.  No.

8               Q.  Is View Production based in North Carolina?

9               A.  I believe so.

10   14:16      Q.  Who did you deal with there?

11              A.  Thien.

12              Q.  Okay.

13              Is he in North Carolina?

14              A.  He's in North Carolina.

15   14:16      Q.  Okay.

16              Is he the owner?

17              A.  He is.

18              Q.  Okay.

19              Any other companies that you've worked with?

20   14:16      A.  I helped with, you know -- We set an account

21        for Music Buzz, but I've never -- we never continued.

22        My business partner left the country at that time.

23              Q.  Okay.

24              Was that --

25   14:16      A.  Wael.
```

TAREQ FREITEKH  -  5/22/2015

```
 1   14:16      Q.  Okay.

 2               A.  It's another company that -- It never

 3         started -- It started, never continued kind of.

 4               Q.  Okay.

 5   14:16      And you said Wael was the partner?

 6               A.  Wael, yeah, W-a-e-l.

 7               Q.  Okay.

 8               And were you part owner in that, or how -- what was

 9         your relationship?

10   14:16      A.  The structure was 50-50, but we never put it on

11         paper.

12               Q.  Okay.

13               A.  So it was never finalized.

14               Q.  What about -- I forget the name of it --

15   14:17  Starbuzz?

16               A.  Starbuzz Entertainment is another company that

17         I structured with -- this is the same company, Music

18         Buzz.

19               Q.  Okay.

20   14:17      A.  But then we decided to change it to Starbuzz

21         because Wael owns Starbuzz.  And it never happened, same

22         situation.  So Starbuzz Entertainment is Music Buzz.

23               Q.  Okay.

24               A.  But the name -- we changed the name and never

25   14:17  happened.
```

TAREQ FREITEKH  -  5/22/2015

Page 16

1    14:17      Q.  So Starbuzz Entertainment never --

2              A.  Is Music Buzz.

3              Q.  Has it ever done anything?

4              A.  No, we haven't done any work.

5    14:17      Q.  Is it -- Do you have like a Facebook page for

6              it?

7              A.  Yes.

8              Q.  Okay.

9              A.  Actually, there is Facebook page.

10   14:18      Q.  Have you ever made a web site to promote

11             Starbuzz Entertainment?

12             A.  No.

13             Q.  Have you ever done a video for Starbuzz

14             Entertainment?

15   14:18      A.  No.

16             Q.  Have you -- So what has -- To the extent

17             Starbuzz -- Is Starbuzz Entertainment still an existing

18             company?

19             A.  No.

20   14:18      Q.  No?

21             A.  No.

22             Q.  When did it disband?

23             A.  2000 -- By the end of 2014.

24             Q.  Okay.

25   14:18      A.  It never really did any projects,

```
1    14:18   unfortunately.

2            Q.  Okay.

3            When did you all start the idea and discussing it?

4            A.  We started it about -- around March 2013.

5    14:18   Q.  Okay.

6            Was this also 50-50, just like --

7            A.  Yeah.

8            Q.  -- Music Buzz had been?

9            A.  Uh-huh.

10   14:18   Q.  So essentially, it was Music Buzz, but it

11           became known later as Starbuzz Entertainment?

12           A.  Yes.

13           Q.  Okay.

14           Did you ever have any studio space or sign anyone

15   14:19   to Starbuzz Entertainment?

16           A.  No.  We have studio space, but we didn't sign

17           anybody.  I have a -- a studio space in my house.

18           Q.  Okay.

19           So you said you had a studio space in your house.

20   14:19   Is this the address that you gave at the beginning

21           of the deposition?

22           A.  Uh-huh.

23           Q.  How long have you had that?

24           A.  It's been -- We got it in the beginning of

25   14:19   2013, but I officially start, you know, moving in
```

TAREQ FREITEKH – 5/22/2015

```
 1   14:19   June -- around June 2013.

 2                   Q.  Okay.

 3                   A.  But I got it since the beginning of 2013.

 4                   Q.  Okay.

 5   14:19           Do you have any other studio space?

 6                   A.  No.

 7                   Q.  Do you ever rent studio space?

 8                   A.  No.  It's too expensive.

 9                   Q.  Okay.

10   14:20           In 2013, when -- you were a student and you were

11           freelancing for View Productions?

12                   A.  Other companies too.

13                   Q.  Who else were you freelancing for?

14                   A.  You know, anybody needs my help.  I'm student.

15   14:20   Let me try and remember if I helped.  I helped Down Home

16           Films, owned by Christian Simpson and Dustin Pejj,

17           P-e-j-j.

18                   Q.  You said Dustin --

19                   A.  Yeah, Pejj.

20   14:20           Q.  -- Pejj, and that was Down Home?

21                   A.  Down Home Films, based in Charlotte,

22           North Carolina.  They went to school with me too.  But

23           they are, like, here more.

24                   Q.  Okay.

25   14:20           Did you have anyone else that you freelanced for in
```

TAREQ FREITEKH - 5/22/2015

1   14:21   **2013?**

2           A.   Yeah.   On the Laurianne/Akon project, I

3           freelanced.   Forgive me a second.   Let me try to

4           remember the company's name.   The owner name is James.

5   14:21   I don't remember the name of the company.

6           **Q.   Was this -- Where was this?   Is this Charlotte?**

7           A.   No, that's in California.

8           **Q.   Okay.**

9           **Do you remember the name of the project or an**

10   14:21   **artist?**

11           A.   Yeah.   It's Akon featuring Laurianne Gibson.

12           **Q.   Okay.**

13           A.   Yeah, that's the project, Playa Vista.

14           **Q.   Playa Vista?**

15   14:21   A.   Playa Vista.

16           **Q.   Okay.**

17           **Before your L.A. address, the address that you gave**

18           **at the beginning of the deposition --**

19           A.   Uh-huh.

20   14:22   **Q.   -- where did you live prior to that?**

21           A.   I stayed with my parents in Charlotte,

22           North Carolina for four years.

23           **Q.   Okay.**

24           **And that was the four years before you moved to**

25   14:22   **California?**

TAREQ FREITEKH  -  5/22/2015

| | | |
|---|---|---|
| 1 | 14:22 | A.  I -- Yes. |
| 2 | | Q.  **Okay.** |
| 3 | | **Were you there during school --** |
| 4 | | A.  Yeah. |
| 5 | 14:22 | Q.  **-- as well?** |
| 6 | | A.  Yeah. |
| 7 | | Q.  **Okay.** |
| 8 | | **Do you have any relatives in Georgia?** |
| 9 | | A.  No. |
| 10 | 14:22 | Q.  **How long have you been in the U.S.?** |
| 11 | | A.  Since 2007. |
| 12 | | Q.  **And where were you before then?** |
| 13 | | A.  Israel. |
| 14 | | Q.  **Israel, is that where you were born?** |
| 15 | 14:22 | A.  Yes. |
| 16 | | Q.  **And what's your connection with Riveting** |
| 17 | | **Entertainment?** |
| 18 | | A.  The owner of the Riveting is a close friend of |
| 19 | | mine.  Also, I'm close friends with Chris Brown.  He's |
| 20 | 14:23 | an artist and director at Riveting Entertainment. |
| 21 | | Q.  **Have you done any projects for Riveting** |
| 22 | | **Entertainment, whether it be freelance or otherwise?** |
| 23 | | A.  I hired them for the Haifa project. |
| 24 | | Q.  **Okay.** |
| 25 | 14:24 | **Did World Music exist before 2014?** |

TAREQ FREITEKH -  5/22/2015

1    14:24       A.  No.

2               Q.  Did you have any other record label before

3        2014?

4               A.  No.

5    14:24       Q.  Okay.

6               Tell me when you met Akon.

7               A.  When?

8               Q.  Yeah, how you met Akon.

9               A.  I met Akon in 2010 in the studio.

10   14:24       Q.  Where?  In what studio?

11               A.  Miami.  I think it's called 26 or something.

12       Studio 26 in Miami.  I have to double-check on the name,

13       though.

14               Q.  Can you tell me more about the circumstances

15   14:24   about the meeting?

16               Were you all working together, or are you friends?

17               A.  Yeah.  I'm friends with Shakira.  And he passed

18       by -- I was in the studio with her, and we were

19       recording -- they were recording a song.  And this is

20   14:25   how we talked.  And, you know, we exchanged numbers.

21               Q.  Okay.

22               Have you all kept up, you know, a relationship

23       since then?

24               A.  Yeah, yeah.

25   14:25       Q.  Okay.

TAREQ FREITEKH  —  5/22/2015

```
1   14:25        A.  Mostly when he comes to Miami, I see him.
2               Other than that, I think I've seen him once in
3               California and that was it.
4                    Q.  And you've seen him more than once in Georgia?
5   14:25        A.  Yeah, yeah.  That was -- He invited me on
6               Christmas Eve in 20- -- the end 2012.  And I saw him
7               when we shot the video.  That was the only two times
8               I've seen him.
9                    Q.  Okay.
10  14:25            Where did you -- Did you stay at his house when you
11              visit him Christmas Eve?
12                   A.  Yeah, I went to his house.
13                   Q.  How many days were you there?
14                   A.  It was only few hours.  I drove from Charlotte
15  14:26      to his house with another friend.  So about four hours'
16              drive.
17                   Q.  Okay.
18                   Did you spend the night?
19                   A.  No.
20  14:26            Q.  Did you go out to dinner?
21                   A.  Dinner, no.  We ate at his house.
22                   Q.  Okay.
23                   Did you go to any social outings?
24                   A.  Social?  No.
25  14:26      But I parked my car in front of the Ritz-Carlton,
```

TAREQ FREITEKH  -  5/22/2015

| | | |
|---|---|---|
| 1 | 14:26 | and he dropped me there.  And we stayed there for, like, |
| 2 | | five minutes, maybe ten minutes, said goodbye and I |
| 3 | | left.  I got in my car. |
| 4 | | **Q.  Does Akon have a studio -- recording studio at** |
| 5 | 14:26 | **his house?** |
| 6 | | A.  In Atlanta? |
| 7 | | **Q.  In Atlanta.** |
| 8 | | A.  I didn't see it. |
| 9 | | **Q.  Okay.** |
| 10 | 14:26 | **I've seen a video that was posted from your trip** |
| 11 | | **around Christmastime --** |
| 12 | | A.  Uh-huh. |
| 13 | | **Q.  -- and it looks like you all are in some type** |
| 14 | | **of studio.  I don't know if it's recording studio.** |
| 15 | 14:27 | **Where would that have been?** |
| 16 | | A.  That's the Ritz-Carlton. |
| 17 | | **Q.  That's the Ritz-Carlton?** |
| 18 | | A.  Yeah.  That's the reception of the |
| 19 | | Ritz-Carlton. |
| 20 | 14:27 | **Q.  Do you know which video I'm talking about?** |
| 21 | | A.  Yeah.  I posted the video.  Yeah, I know which |
| 22 | | video. |
| 23 | | **Q.  Can you tell me what that video -- Do you** |
| 24 | | **recall, like, what is said?** |
| 25 | 14:27 | A.  What the video said? |

TAREQ FREITEKH - 5/22/2015

1    14:27        Q.  It talks about -- You're talking about all --

2                 You're talking about you're going to work with Tamer

3                 Hosny.

4                 A.  Yeah.  I was talking with Tamer, and I was with

5    14:27    Akon, and he said, "Can you record a video?"  He said,

6             "I discussed with Akon a month ago in Abu Dhabi, a

7             collaboration."  Because they were doing it before, that

8             video, Tamer and Akon, in Abu Dhabi.  And they discussed

9             some sort of deal.

10   14:28    And he's like, "Can you ask him if he can record a

11            video?"  So I asked, and he did it.

12                Q.  Okay.

13                A.  I didn't give any comments on the video.  It

14            was mostly Akon.

15   14:28        Q.  Okay.

16                So you didn't spend the night.  You said you just

17                visit him.

18                And then did you go back to California -- I'm

19                sorry -- North Carolina?

20   14:28        A.  North Carolina.  I slept on the way.  Actually,

21            Thien La was with me, too, and another person.

22                THE REPORTER:  Spelling?

23                THE WITNESS:  Thien, T-h-i-e-n, La, L-a.

24                MS. EWING:

25   14:28        Q.  And who is that person?

TAREQ FREITEKH  -  5/22/2015

Page 25

```
 1   14:28      A.  Thien La.

 2              Q.  That was the View Productions?

 3              A.  Yeah.

 4              Q.  Okay.

 5   14:28      A.  He's a photographer originally.

 6              Q.  You have to forgive me if I have to ask you

 7        about some of the names because they sound similar.

 8              A.  Yeah.  It's all foreign names.  Don't worry

 9        about it.

10   14:29      Q.  I should have asked you before we started, do

11        you have any issues with the English language and

12        understanding English?

13              A.  No.  So far, so good.  If I have any issues,

14        I'll let you know.

15   14:29      Q.  Okay.  Thank you.

16              So the second time that you were in Atlanta with

17        Akon, do you remember what date that you came -- when

18        you first arrived?

19              A.  It's a day before Tamer arrives.  I cannot

20   14:29  remember, but it's the first two weeks of -- or

21        three weeks of January.

22              Q.  That's when you were there?

23              A.  I was there, yeah, around 17th, 18th, like this

24        time -- around this time.

25   14:29      Q.  Do you recall how many days you were there?
```

TAREQ FREITEKH  -  5/22/2015

Page 26

| | | |
|---|---|---|
| 1 | 14:29 | A.  I was there for -- from four days to a week. |
| 2 | | **Q.  Okay.** |
| 3 | | **And what did you do prior to Tamer arriving in** |
| 4 | | **Atlanta?** |
| 5 | 14:30 | A.  I was with Tamer Yehia and his wife and my ex |
| 6 | | at the time. |
| 7 | | **Q.  Okay.** |
| 8 | | **And where did you all go?  What did you do?** |
| 9 | | A.  Let me try to remember.  We ate at the hotel. |
| 10 | 14:30 | **Q.  Where were you staying?** |
| 11 | | A.  Yeah. |
| 12 | | **Q.  Where were you staying?  Sorry.** |
| 13 | | A.  Honestly, they did the booking.  I really |
| 14 | | cannot remember. |
| 15 | 14:30 | **Q.  Was it the Westin?** |
| 16 | | A.  It is.  The Westin it is, yeah. |
| 17 | | **Q.  Okay.** |
| 18 | | A.  It is. |
| 19 | | **Q.  So you ate at the hotel?** |
| 20 | 14:30 | A.  Yeah. |
| 21 | | You have the pen too. |
| 22 | | **Q.  Oh, I happened to stay at a Westin last night.** |
| 23 | | **Good call.** |
| 24 | | **Other than eating at the hotel, do you remember** |
| 25 | 14:31 | **what you did before you saw Tamer?** |

TAREQ FREITEKH  -  5/22/2015

1   14:31        **And you're talking about Tamer Hosny?**

2              A.   Tamer Hosny, yeah, yeah.

3              **Q.   Yeah.**

4              A.   Nothing, to be honest.  We were excited about,

5   14:31   you know, the whole -- Tamer coming.  And we were tired,

6          too, you know, driving from Charlotte to Atlanta.  And

7          there's nothing much in Atlanta, to be honest, so we

8          just ate at hotel.

9              **Q.   Okay.**

10  14:31        **Is this the Westin downtown, like near the**

11         **Ritz-Carlton?**

12             A.   To be honest, I know nothing about Atlanta.  I

13         just know the hotel was close to other buildings.

14             **Q.   Okay.**

15  14:31        **So --**

16             A.   I don't think it's downtown, though.  I don't

17         think this is downtown, no.

18             **Q.   Downtown Atlanta may just seem like it, not --**

19         **definitely not Downtown L.A.**

20  14:31        A.   Definitely not, it's not compared to.

21             **Q.   Yeah.  Okay.**

22             **And, then, so the day -- the following day after**

23         **you were there, that's when you met up with Tamer Hosny?**

24             A.   Yes.

25  14:32        **Q.   And tell me about how you -- you know, what you**

TAREQ FREITEKH  -  5/22/2015

1    14:32   all did that day.

2                    Do you recall what day it was?

3                    A.  I really don't remember the day.  But we waited

4            for literally for five to six hours outside because the

5    14:32   immigration stopped Tamer.  He had some money issue.  He

6            tried to bring cash before, and they put his name and

7            his wife.  So I just remember waiting six hours because

8            of that issue.

9                    So like we were frustrated when he got out.  I just

10   14:32   was, you know, happy to see him.  And he was talking

11           about how they stopped him and -- because he transferred

12           money in Canada, over 20,000.  And he had cash with him.

13           And he had the same problem in the U.S.  So they put his

14           name in the system or something, carrying cash.

15   14:32   Q.  By the time that you saw Tamer Hosny, had you

16           done anything to, you know, assist in the "Welcome to

17           the Life" video, as far as securing locations or getting

18           any of the crew together?

19                   A.  Yeah.  Tamer Yehia, who's like Tamer's kind of

20   14:33   assistant, you know, in the U.S., he told me that Tamer

21           and Akon agreed on something in Abu Dhabi and they're

22           going to do the collaboration.  So he asked, you know,

23           to help him with the video.  But we didn't have a song.

24                   So I was like "We need a song first in order to

25   14:33   think about" --

TAREQ FREITEKH - 5/22/2015

```
1    14:33        Q.  Right.

2                 A.  -- "an idea for the video."

3                 So our main focus was getting the song.

4            Everything -- Everybody was, you know, not sure, like,

5    14:33    what we were doing, to be honest.  It wasn't really

6            planned.

7                 Q.  So before everybody got together in Atlanta,

8            you know, had anything, you know, been arranged as far

9            as, you know, locations for the video or crew members or

10   14:33    anything like that?

11                A.  No.  It was the last-minute thing.  We didn't

12           have time to -- We did everything on the spot.

13                Q.  Okay.

14                So kind of walk me through --

15   14:34        A.  For sure.

16                Q.  -- how that evolved and developed.

17                A.  To the video or like --

18                Q.  So you get Tamer from the airport?

19                A.  Yeah.  We were -- We were 20 people.  You know,

20   14:34    Tamer travels with eight, nine people, so -- and there

21           was waiting for him, Tamer, and Tamer Yehia.  Sorry,

22           there's two Tamers.

23                Q.  Right.

24                A.  Let me say the full name, Tamer Hosny was

25   14:34    arriving with his wife, his brother, one of his
```

TAREQ FREITEKH  -  5/22/2015

| | | |
|---|---|---|
| 1 | 14:34 | photographers and his wife and kid, kid -- and there was |
| 2 | | like about nine people coming and nine people waiting. |
| 3 | | So basically, like, the first hours were just, you |
| 4 | | know, recalling.  And I don't remember if -- if we went |
| 5 | 14:34 | straight to Akon's house or we waited the next day.  I |
| 6 | | need to -- I need to look at that. |
| 7 | | **Q.  Okay.** |
| 8 | | **What's the next thing you did work on?** |
| 9 | | A.  The next thing is, you know, Tamer wanted to, |
| 10 | 14:35 | you know, start working on the song because he not |
| 11 | | understand the situation. |
| 12 | | So we all went to Akon's house after the hotel, of |
| 13 | | course.  So we went to the hotel.  They sit.  They |
| 14 | | relax.  I'm not sure if we stayed the night, I can't |
| 15 | 14:35 | really remember, and went the next day to Akon or same |
| 16 | | day.  But most likely, it's the next day because I |
| 17 | | remember the behind-the-scene footage was daytime.  And |
| 18 | | he arrived really late, so it is the next day. |
| 19 | | **Q.  Okay.** |
| 20 | 14:35 | A.  Yeah, next day, we went to Akon's house.  Tamer |
| 21 | | played piano.  You know, everybody got to know each |
| 22 | | other a little bit more. |
| 23 | | And, you know, after that, we went to restaurant |
| 24 | | all together.  And after that, we went straight to the |
| 25 | 14:36 | studio to record the song. |

TAREQ FREITEKH —  5/22/2015

```
 1   14:36        Q.  Okay.

 2                At that point, was there a title to the song?

 3                A.  No.

 4                Q.  Okay.

 5   14:36        A.  No title for the song.  We just -- We just

 6                said -- you know, Tamer said, "I have a song with Akon."

 7                Q.  Okay.

 8                A.  And this is the whole information we have.  And

 9                his arriving date.  So even Akon didn't know what's

10   14:36        going on, you know.

11                Q.  Okay.

12                Had you all listened to any potential songs before

13                you arrived in Atlanta?

14                A.  No.

15   14:36        Q.  Okay.

16                A.  No, no.  Because when we stayed in the studio

17                that Akon rented, Akon played few records.  And to be

18                honest, at that time, Nelly was on the -- next door, so

19                I was with them most of the time because Nelly is a --

20   14:36        is a good friend of mine too.

21                Q.  Okay.

22                Was -- The restaurant was Tuk Tuk?  I may not be

23                saying that right.

24                A.  Yeah, yeah.

25   14:37        Q.  Tuk Tuk restaurant?
```

TAREQ FREITEKH -  5/22/2015

```
 1   14:37     A.  Uh-huh.

 2             Q.  Okay.

 3             And, then, do you recall the name of the sound

 4        studio where Akon reserved space?

 5   14:37     A.  No, I don't remember.

 6             Q.  Okay.

 7             So that night, was the song nailed down?

 8             A.  That night -- That night was 'til 7:00,

 9        8:00 a.m.  That was a long night.  We were there, Tamer

10   14:37  writing his part and Akon writing his part.  We nailed

11        the song, yeah.

12             Q.  Okay.

13             A.  And at the same -- I think at the same time

14        when they started writing the song, you know, Tamer was

15   14:37  thinking also about an idea for the video.

16             Q.  Uh-huh.

17             A.  And he wanted something to do with his

18        daughter -- I mean his upcoming daughter that was -- you

19        know, that was born here.

20   14:38     Q.  Okay.

21             So then the following day or kind of the same day,

22        if you all ended at 7:00 or 8:00 --

23             A.  Yeah.

24             Q.  -- is that when you started getting the

25   14:38  logistics for the video?
```

TAREQ FREITEKH - 5/22/2015

```
 1   14:38        A.  Yeah, yeah.  And this is when, you know,
 2               everybody start working on any idea for the video and
 3               everybody throwing ideas.
 4                    Q.  Okay.
 5   14:38        Did you have -- What ideas did you contribute?
 6                    A.  I was like, "Listen, this is the last-minute
 7               thing.  We need to pick one location.  We have no budget
 8               too."
 9                    And, also, I had experience with Tamer before, with
10   14:38       Snoop Dogg and Shaggy.  There's no budget.  You're
11               talking about 10- to $15,000 for a video, you know.  So
12               having a limited budget and no time, we need a location.
13               That's more important than anything.  That was my
14               contribution.
15   14:38        And then Tamer said, "Let's shoot Akon's part here,
16               and I'll have, you know, a team, you know, back home do
17               everything, shooting, everything.  Just have something
18               really simple here."
19                    And, you know, I was like, "Maybe we need little
20   14:39       bit more than simple, at least get the dancers."  So I
21               contributed with the dancers because I didn't want Akon
22               stand by himself.
23                    And then the only possible locations were either
24               renting a house or renting property that people want to
25   14:39       make money, you know.  So we came up with the warehouse
```

TAREQ FREITEKH  —  5/22/2015

Page 34

```
 1   14:39   idea, me and Tamer and Tamer Yehia.  So it was all a

 2           group, you know, decision to help maybe project move

 3           forward.

 4                    Q.  And did -- Like who reserved the warehouse

 5   14:39   space?  Was that something you did?

 6                    A.  I think Christian, Christian Simpson, from Down

 7           Home Films, he's the one that booked the warehouse.  He

 8           took care of the -- you know, all the paperwork, as far

 9           as I remember.

10   14:40            Q.  And did you pay any fees for the warehouse?

11                    Who paid the fees?

12                    A.  Most likely Christian paid any fees because at

13           that time, Sam Hosny, which was Tamer Hosny's brother,

14           he's the financial manager, you know, for his brother.

15   14:40   So everybody knew if you need anything, you know,

16           Christian knew, you know, go to Sam and ask, you know.

17                    Q.  Did you ask for money to cover any expenses?

18                    A.  That was not my -- I was just helping.  There

19           was people taking care of that.

20   14:40            Q.  Okay.

21                    But you did get paid money while you were there?

22                    A.  No, I didn't get paid fees.

23                    Q.  But you did get -- a payment went to you for

24                    $10,000 while you were in Atlanta?

25   14:41            A.  I was -- I didn't get paid, me personally, for
```

TAREQ FREITEKH -  5/22/2015

```
 1    14:41    any fees.  If there's any transfer happen or any money,

 2              that would be for the warehouse or -- But me personally,

 3              for my bank account or for my fees, I have not -- that

 4              was, as I told you, student work.

 5    14:41         Q.  I understand.

 6                   But is it your position that if I were to show you

 7              a document to show that you did, in fact, get a transfer

 8              to your bank account that that's wrong?

 9                   A.  I got transferred --

10    14:41         Q.  To your bank account or to a bank account at

11              your request.

12                   A.  For what?  Because very general, to be honest.

13                   Q.  I'm just asking you if any money came to you.

14                   A.  Uh-huh, to me.

15    14:41         Q.  "Uh-huh"?

16                   A.  No, I didn't get any money personally.

17                   Q.  You didn't get any money?

18                   A.  No.

19                   Q.  Did anyone get money on your behalf?

20    14:42         A.  Did anyone get money on my behalf?

21                   MR. JERISAT:  Objection.  Vague.

22                   Can you clarify.

23                   MS. EWING:

24                   Q.  Did you direct anyone to send money to an

25    14:42    account on -- for you?
```

TAREQ FREITEKH  –  5/22/2015

Page 36

```
1    14:42      A.  For me personally, no.

2               Q.  Did you direct anyone to send money to an

3          account with the last name Freitekh?

4               A.  To be honest, the question is not clear.  Just

5    14:42   rephrase it for me.

6               Q.  Okay.

7               I can come back to it.

8               A.  Okay.

9               Q.  But you're telling me that nobody transferred

10   14:42   any money to you while you were in Atlanta?

11              A.  To me personally, no, nobody transferred any

12         money.

13              MR. JERISAT:  Objection.  I think it's vague.

14              Can you rephrase your question.

15   14:42   Because she's asking you about money paid to you

16         personally.

17              MS. EWING:  Sure.  I'll just try to find something

18         to clear this up.

19              THE WITNESS:  For sure.

20   14:43      MS. EWING:  This will be Exhibit 1. (EXHIBIT 1)

21              Q.  Mr. Freitekh, if you could take a look at what

22         I've marked as Exhibit 1.  And I'll represent that this

23         is a copy of Mr. Badawy's cell phone text messages and

24         it appears to be a conversation with you.

25   14:43      Do you have any reason to believe that this is not,
```

1    14:43    in fact, a conversation with you?

2              A.  Yeah.  Actually, this is for me, but this is

3         not -- this is not for the video.

4              Q.  I'm just asking, though, my first -- I just

5    14:43    want to see if you dispute that this is a conversation

6         you had with Mr. Badawy through text.

7              A.  Give me a minute just to make sure.

8              Q.  Uh-huh.

9              And looks like your name is at the top.

10   14:43    A.  You can say anybody's name, so give me a

11        second.

12             Q.  Sure.  Take your time.

13             A.  Yeah, this is me.

14             Q.  Okay.

15   14:44    And do you agree that the date is January 23rd,

16        2013 --

17             A.  Yes.

18             Q.  -- for the message?  Okay.

19             And that was when you were in Atlanta; correct?

20   14:44    A.  Yes, I was in Atlanta, but this is a transfer

21        that Badawy made to my dad account for house that we got

22        for Tamer, house in North Carolina.  It has nothing to

23        do with the video.

24             Q.  My question is, simply, whether any money was

25   14:44    transferred at your request while you were in Atlanta.

TAREQ FREITEKH  -   5/22/2015

```
 1    14:44      A.  Not on my request.  This is something they --
 2              They're requesting he transferred the money.
 3                   Q.  But this account --
 4                   A.  I didn't request.  He wanted to deposit the
 5    14:45     money.  I provided this account.  I didn't request
 6              money.
 7                   Q.  Okay.
 8                   But -- So you agree that $10,000 went into the
 9              account with the last four -- last five digits 14516
10    14:45     around -- on or around January 23rd?
11                   A.  Yes.
12                   Q.  And you agree that the last name on this
13              account is Freitekh?
14                   A.  I'm not sure which account is this, but I have
15    14:45     to double-check.
16                   Q.  Well, this is a message from you, and it's
17              given an account number.  And under that, there's a
18              second message that says, "Freitekh is the last name."
19                   A.  I don't really remember how was it, but -- if
20    14:45     this is the same account that has the Freitekh last
21              name, but yes -- but yes, I sent this message.
22                   Q.  Okay.
23                   And then it says, "Trying to make another one."
24                   It says, "Just made you 10 K," which you understand
25    14:46     is $10,000?
```

TAREQ FREITEKH  -  5/22/2015

| | | |
|---|---|---|
| 1 | 14:46 | A.  Uh-huh. |
| 2 | | Q.  Then under that says, "Trying to make another |
| 3 | | one but looks like I exceeded the daily transfer limit I |
| 4 | | will try to figure something else." |
| 5 | 14:46 | A.  Uh-huh. |
| 6 | | Q.  Do you recall getting any additional amounts |
| 7 | | after the 10,000? |
| 8 | | A.  No, I don't remember. |
| 9 | | Q.  Isn't it true that you got another cash payment |
| 10 | 14:46 | on the 24th from Mr. Badawy in person? |
| 11 | | A.  No. |
| 12 | | Q.  So if Mr. Badawy claims that, do you claim that |
| 13 | | he's lying? |
| 14 | | A.  Definitely. |
| 15 | 14:46 | Q.  Have you ever gotten any cash from Mr. Badawy? |
| 16 | | A.  No. |
| 17 | | Q.  You understand who I'm talking about when I say |
| 18 | | Mr. Badawy? |
| 19 | | A.  Uh-huh.  Ahmed Badawy, yes. |
| 20 | 14:46 | Q.  Okay. |
| 21 | | Other than -- |
| 22 | | MR. JERISAT:  I'm sorry.  Just to clarify, the bank |
| 23 | | account you're referring to is in North Carolina -- |
| 24 | | THE WITNESS:  Yes. |
| 25 | 14:47 | MR. JERISAT:  -- is that the one you're referring |

TAREQ FREITEKH -  5/22/2015

Page 40

```
 1   14:47    to?  Okay.  Okay.  That's the subject of -- Okay.

 2             Go ahead.

 3             MS. EWING:

 4             Q.  And you're saying that other than the

 5   14:47    information we have here, without going into detail

 6             about what was -- it was for, other than the information

 7             here about this account and a $10,000 that went in it,

 8             without going into why or what it was for, you -- do you

 9             have any other information about any other transfers of

10   14:47    money into this account or any other account of yours

11             or -- sorry -- of any account for you?

12             A.  What do you mean for me?  Because I don't have

13             any accounts, to be honest.

14             Q.  Okay.

15   14:47    Let me ask it a different way.  Sorry.

16             A.  No problem.

17             Q.  Other than the information here for

18             January 23rd that lists account number -14516 with a

19             $10,000 payment, can you -- can you --

20   14:48    A.  It's not a payment, though.

21             Q.  Well, $10,000 went into --

22             A.  It's $10,000.  It doesn't say payment.  This is

23             not a payment.

24             Q.  Okay.

25   14:48    "Just made you 10,000," you told me that what that
```

```
 1   14:48    appeared is that that was for the account ending in

 2             14516; is that correct?

 3                      A.  He said, "Just made you 10,000."

 4                      Q.  Uh-huh.

 5   14:48             A.  That's it.  "Trying to make another one but

 6             looks like I exceeded the daily transfer limit I'll try

 7             to figure something else."

 8                      Q.  Okay.

 9                      But you sent instructions that included an account

10   14:48    number?

11                      A.  Based on Badawy's request.

12                      Q.  Right.

13                      But you agree that that's a bank account?

14                      A.  This is a bank account, yes.

15   14:48             Q.  Yes.  Okay.

16                      Do you agree or disagree that $10,000 went into the

17             bank account ending in 14516?

18                      A.  North Carolina.

19                      Q.  What was your position -- Uh-huh.

20   14:48             A.  I cannot -- To be honest, I need to check.

21                      Q.  So your answer is you don't know?

22                      A.  I don't know.

23                      Q.  Here --

24                      A.  Yeah, I need to look at the statements for

25   14:48    sure.
```

TAREQ FREITEKH  -  5/22/2015

```
 1    14:49        Q.  Okay.

 2                 And do you recall any other instance where any

 3          transfer went into the account ending in 14516 from

 4          Mr. Badawy or Tamer Hosny?

 5    14:49        A.  I don't remember, no.

 6                 Q.  Do you have any information to make you think

 7          there may be another example?

 8                 MR. JERISAT:  Counsel, I'm going to object.  I

 9          mean, if you have a document, please show it to the

10    14:49  witness because it looks like we're playing a memory

11          game here.

12                 MS. EWING:  All I'm asking is -- One of the issues

13          is payments --

14                 MR. JERISAT:  Correct.

15    14:49        MS. EWING:  -- and so I'm just trying to understand

16          what his position is, whether -- either he just doesn't

17          remember or he's not sure or if he does remember.

18                 MR. JERISAT:  I think he -- I believe he answered

19          it.  He says, "I don't remember."

20    14:49        THE WITNESS:  I truly don't remember.

21                 MS. EWING:

22                 Q.  Okay.

23                 So it's possible?

24                 A.  It is.  I need to look at the accounts.

25    14:49        Q.  Okay.
```

TAREQ FREITEKH  -  5/22/2015

1    14:49        A.  Because Tamer, as I mentioned to you, had no

2              cash.  He used to travel with cash, and they didn't let

3              him.  And he has 11 people to feed, so he always needed

4              money even by charging his card, whether it was business

5    14:50     or, you know, transferring Western Union money.

6                   So I really don't remember, you know.  It's not

7              just he's feeding ten people, his wife got bills.  He

8              rented a mansion for 19 days that I -- you know, asked

9              me for my help for.

10   14:50        So -- So it's really a lot of transactions.  And I

11             need to look -- It's not -- It's a lot of transactions

12             for, you know, Tamer.

13                  **Q.  If you looked and found evidence of those**

14             **transactions, would you be willing to provide that?**

15   14:50        A.  Of course.

16                  **Q.  Okay.**

17                  **Do you recall getting a $10,000 payment for helping**

18             **with the "Welcome to the Life" project?**

19                  A.  Of course not.  I did not get paid for that

20   14:50     project.

21                  **Q.  Did you receive any money for "Welcome to the**

22             **Life"?**

23                  A.  Can you rephrase the question.

24                  MR. JERISAT:  Objection.  I think it's vague.

25   14:51     Are you saying money for him personally or money

TAREQ FREITEKH -  5/22/2015

Page 44

```
1    14:51   for the project?
2                    MS. EWING:  Money for the project.
3                    Q.  Did anyone give you money for the project
4            "Welcome to the Life"?
5    14:51      A.  You know, Badawy was acting as a producer, so
6            he pays people.  So I don't really remember if there was
7            any transactions.  But as far as I remember, the whole
8            project was $20,000, the budget.  That's for sure.
9                    So if -- if there's anything, I'll check in my bank
10   14:51   account, in this bank account, and I'll provide.  But as
11           far as I remember, I didn't get any -- any, you know,
12           physical money for the "Welcome to the Life."
13                   Q.  Okay.
14                   Did you have to pay anything out of your own pocket
15   14:51   to help with the production or any of the logistics?
16                   A.  Let me try to remember.  Let me try to
17           remember.  I know Badawy paid with his American Express
18           for the lighting.  The DP, I think, was one I gave
19           money -- I took money and gave -- and gave him.  Zeus
20   14:52   Moran.
21                   Q.  When you say you took money, what do you mean
22           by that?
23                   A.  This is one, I think, I need to double-check
24           how Zeus got paid, if they paid him -- if Badawy him
25   14:52   cash, or he gave me the money and I gave it to him.  I
```

TAREQ FREITEKH  –  5/22/2015

1    14:52   need to double-check on this one.

2                    Q.  Okay.

3                    Can you think of any other time that you may have

4            gotten money related to "Welcome to the Life"?

5    14:52   A.  "Welcome to the Life"?  I can't remember.

6                    Q.  Okay.

7                    Did you have to rent any equipment?

8                    A.  No.  I didn't bring any.

9                    Q.  Okay.

10   14:53   Did you have to rent any cars or vans or trucks?

11                   A.  Not me, no.

12                   Q.  Okay.

13                   Did you have to -- Other than Zeus, did you have to

14           pay any crew members?

15   14:53   A.  Christian Simpson and Dontlee.

16                   THE REPORTER:  Do you want to spell that?

17                   THE WITNESS:  D-o-n-t-l-e-e.  He was second camera

18           assistant.

19                   And Colin -- I can't remember his last name.  He's

20   14:53   a steady cam.

21                   I believe at the end of the shoot when he got paid,

22           I was present.  So it's either they give me the money

23           and I gave it to him in front of Badawy, because Badawy

24           and Hossam, you know, they make sure everybody's getting

25   14:54   paid.

TAREQ FREITEKH -  5/22/2015

| | | |
|---|---|---|
| 1 | 14:54 | They make sure I didn't make any money there.  That |
| 2 | | was like what we talk about with Tamer, because Tamer |
| 3 | | wanted to -- you know, he wanted to put my name in the |
| 4 | | Arabic, you know, market as a, you know, director.  But |
| 5 | 14:54 | it didn't -- it didn't work out. |
| 6 | | Q.  Okay. |
| 7 | | How much did this steady cam guy get paid, do you |
| 8 | | remember? |
| 9 | | MR. JERISAT:  I'm sorry.  What was the question? |
| 10 | 14:54 | MS. EWING:  I asked him how much the steady cam -- |
| 11 | | THE WITNESS:  The guy that holds the camera. |
| 12 | | I know Zeus gets paid 4,000. |
| 13 | | MS. EWING: |
| 14 | | Q.  4,000? |
| 15 | 14:54 | A.  Zeus, yeah. |
| 16 | | Q.  Okay. |
| 17 | | A.  But Colin, probably 2,000 a day.  It was one |
| 18 | | day.  There's overtime too. |
| 19 | | Q.  What about the second camera assistant? |
| 20 | 14:55 | A.  I think he's probably a thousand, something |
| 21 | | like that, less.  Maybe 700. |
| 22 | | Q.  Okay. |
| 23 | | So you said you would have to check to make sure, |
| 24 | | but you said those may have been times where you took |
| 25 | 14:55 | money and gave it to those individuals? |

1    14:55        A.  In front of Badawy and Hossam, everything.

2                 **Q.  How did that work out?  Was it cash?  Was it a**

3          **wire?  Like tell me the logistics of how that exchange**

4          **of money would have occurred.**

5    14:55        A.  Honestly, as far as I remember, at the end, we

6          met, and I was telling Badawy and Hossam how much each

7          one is, and they pay him -- pay them.

8                 So I really don't know how -- if it's cash or

9          checks, or if they gave me an envelope and I gave it to

10   14:55   him, to be honest.  I'm not sure how did it happen.

11                But any money involved, you have Hossam, which is

12         Tamer's brother, and Badawy there.  They wouldn't give

13         any money out, you know, like that, you know what I

14         mean?  Especially that there was no liquid with them.

15   14:56   MR. JERISAT:  I'm sorry.  No what?

16              THE WITNESS:  Cash.

17              MR. JERISAT:  Okay.

18              THE WITNESS:  There was no cash for them.

19              MS. EWING:

20   14:56        **Q.  Okay.**

21                **Other than those potential times where you may have**

22         **been the person that paid someone on the crew, can you**

23         **think of any other examples?**

24                **You said you didn't pay for any locations.**

25   14:56        **Did you pay for anybody's meals?**

TAREQ FREITEKH  -  5/22/2015

```
1   14:56      A.  No.  Actually, I didn't pay for meals.  They

2              got food from somewhere.

3                   You see, the thing is, that was all-one-day thing.

4              So everything was, you know -- We just want to put a

5   14:56      crew together and a location together.  And I was doing

6              my best, you know, to do that.  So it was really a busy

7              day.  And you have to remember, we didn't sleep that

8              day.  So it was like 36 hours of straight working.

9                   Q.  Uh-huh.

10  14:57      A.  So I was exhausted.  Everybody was exhausted.

11             I really can't remember like if -- if he gave me the

12             money, I gave it to him, or if there was, you know --

13             what is it called? -- you know, if he paid them cash or

14             check.  We really wanted to get the project done.  That

15  14:57      was our main goal.  So I wasn't paying attention to the

16             small things.

17                  Q.  Did you have to pay for your lodging, or did

18             somebody pay for that?

19                  A.  No, they paid.  Tamer did.

20  14:57      Q.  And who produced behind-the-scenes video?

21                  A.  Produced?

22                  Q.  Or I guess who made it.

23                  A.  Tamer's far cousin.  His name is Rami, R-a-m-i.

24             He's the guy that arrived with him from Egypt, I guess.

25  14:57      Q.  Did you do any editing on the video?
```

1    14:58    A.  No.

2             Q.  And let's see, so the -- so here today, like,

3         you can't recall -- I just want to make sure I

4         understand this right, you just can't recall any

5    14:58    specific time where you said, "That may be a time where

6         I took money and gave it to someone," you just can't

7         remember how that would have happened?

8             A.  I can't recall for sure that.  I did all this

9         as a favor and everybody knows that.  And you can look

10   14:58    at the credit to -- at the video -- official Tamer

11        release, he gave me special thanks, you know, no

12        directing credit, no producing, no beauty, no location

13        scout.  So that's what we did, and this is what I

14        wanted.

15   14:59    So, really, I wasn't hired for anything that day.

16        It was all based on, you know, favor.  That's why I

17        don't recall if it was -- Nowadays, every -- you know,

18        if every -- anything happens, it's, you know, listed.

19        There's professional team.  There's professional crew.

20   14:59    You're working with a -- 200-, $300,000 music video.

21             But when you're talking about last-minute video

22        that we stayed 36 hours for $15,000, that half went to

23        American Express, by the way.  And half -- They took

24        care of it.  I really can't remember the small details.

25   14:59    Q.  I mean, you were working and even if you

TAREQ FREITEKH -   5/22/2015

| | | |
|---|---|---|
| 1 | 14:59 | weren't, you said it was for a favor, you were still |
| 2 | | working and acted the whole time you were there; right? |
| 3 | | A.  I was, yeah. |
| 4 | | Q.  And did you operate the camera equipment, or |
| 5 | 14:59 | did you -- |
| 6 | | A.  No.  Only giving little bit of directions on -- |
| 7 | | for Tamer and -- what his name? -- Akon. |
| 8 | | Q.  Okay. |
| 9 | | Were there any other directors at the time that you |
| 10 | 15:00 | all were doing the Atlanta footage? |
| 11 | | A.  Like Tamer Hosny is a director himself.  He |
| 12 | | directed a few videos.  So he was basically helping big |
| 13 | | time too.  Especially that he has a massive experience, |
| 14 | | you know, in this field. |
| 15 | 15:00 | Tamer Yehia was also helping because he's in the |
| 16 | | industry for a while.  So it's a combined project, I |
| 17 | | guess. |
| 18 | | Q.  Okay. |
| 19 | | So other than the three of you all, were there any |
| 20 | 15:00 | other directors you brought while you're all in Atlanta |
| 21 | | doing the footage? |
| 22 | | A.  No. |
| 23 | | Q.  Okay. |
| 24 | | So you filmed at the warehouse. |
| 25 | 15:00 | Is there anywhere else where you filmed for the |

TAREQ FREITEKH – 5/22/2015

1    15:00    **video?**

2              A.  Yeah.  When we're in Miami before -- you know,

3        I was staying next to Tamer in Miami.  We moved all

4        together.  And then he -- he was saying that he cannot

5    15:00    wait to go back and shoot, "Let's shoot something in

6        Miami to continue the project."

7              And I was okay with it.  You know, we were really

8        like -- you know, we both moved to Miami to wait for his

9        wife's birth.  So we were really close.

10   15:01    And I was like, "Listen, I'm here to help you.  I'm

11       down."

12             And I remember Badawy got the equipment that day as

13       well on his American Express.

14             Q.  Okay.

15   15:01    **So after you left Atlanta for the first segment,**

16       **did you do any logistics work to get the shoot ready for**

17       **Miami or any other filming that you did?**

18             A.  No.  That was like two month after he -- he

19       came up with the idea.  No, there was no more plans to

20   15:01    shoot anymore in the U.S.  The project was done there.

21       And I never been to Atlanta, never after.

22             Q.  Okay.

23             **Other than the second part in Miami, were you**

24             **involved in anything else for "Welcome to the Life"?**

25   15:02    A.  Other than that case, no.

1   15:02        Q.  Okay.

2                A.  As far as I remember -- Give me a second.  Let

3         me see.

4                Yeah, I believe "Welcome to the Life" was closed,

5   15:02   and then he added the shots in Miami.  He shot more in

6         Lebanon, I think.  And he released the video, and it's

7         out.

8                Q.  Okay.

9                **Were you -- Did you think that you should have been**

10  15:02   **named as director for that video when it was released?**

11               A.  Honestly, I got disappointed so many times from

12        Tamer after hours and hours of love and work, so it's a

13        bit sensitive to me, so I prepare.  Like I was

14        disappointed, to be honest.

15  15:02        **Q.  I take it from that that you felt that the work**

16        **that you did should have been --**

17               A.  It was not about the work.  It's about

18        friendship.

19               MR. JERISAT:  Can we take a break?

20  15:03   (A recess is taken.)

21               MS. EWING:

22               **Q.  I'm going to show you what I'm marking as**

23        **Exhibit 2. (EXHIBIT 2)**

24               A.  Sure.

25  15:07        **Q.  And tell me if this is a picture from the trip**

TAREQ FREITEKH -  5/22/2015

Page 53

| | | |
|---|---|---|
| 1 | 15:08 | December 2012. |
| 2 | | A.  Yes. |
| 3 | | Q.  Okay. |
| 4 | | So around the Christmas trip, this is? |
| 5 | 15:08 | A.  This is Christmas Eve. |
| 6 | | Q.  Okay. |
| 7 | | Christmas Eve? |
| 8 | | A.  Yeah.  It was the same night. |
| 9 | | Q.  Okay.  All right. |
| 10 | 15:08 | And that's you and Akon; correct? |
| 11 | | A.  Yes. |
| 12 | | Q.  All right. |
| 13 | | And mark this as Exhibit 3. (EXHIBIT 3) |
| 14 | | Showing you what I've marked as Exhibit 3.  And |
| 15 | 15:08 | just -- This the video that you were talking about -- |
| 16 | | Sorry. |
| 17 | | This is a copy of a screenshot of your YouTube -- |
| 18 | | or tell me, am I correct that this is your YouTube |
| 19 | | account? |
| 20 | 15:08 | A.  Yeah, yes. |
| 21 | | Q.  And you mentioned there was a video that you |
| 22 | | posted from the Ritz-Carlton with Akon. |
| 23 | | A.  Yeah.  This is it, I believe. |
| 24 | | Q.  Does this look to be the video that you were |
| 25 | 15:08 | talking about? |

TAREQ FREITEKH -  5/22/2015

```
 1    15:09      A.  Yeah.

 2               Q.  Okay.

 3               I have it with me so we can look at it later on

 4          today --

 5    15:09      A.  Okay.

 6               Q.  -- but I just wanted to confirm, this is your

 7          YouTube account?

 8               A.  Yes.

 9               Q.  And it was posted on December 27th, 2012?

10    15:09      A.  It was posted, yeah, published.

11               Q.  So that would have been before Christmas Eve.

12               So you would have been in Atlanta before Christmas

13          Eve?

14               A.  Before Christmas?

15    15:09      Q.  Because Christmas -- I'm sorry.

16          December 26th?

17               A.  This would be after.

18               Q.  This would be after the trip we're talking

19          about?

20    15:09      A.  Yeah.

21               Q.  After Christmas Eve?

22               A.  Yeah, yeah.  No problem.  I was like when is

23          Christmas?  Because I didn't know.  I'm --

24               Q.  Sorry, my bad.  Okay.

25    15:09      I just wanted to --
```

TAREQ FREITEKH -  5/22/2015

Page 55

```
 1    15:09       A.  No, no, of course.

 2                Q.  -- clear that up.

 3                And then this is going to be Exhibit 4. (EXHIBIT 4)

 4                A.  Are these copies for me?

 5    15:09       MR. JERISAT:  You can keep them.  You can keep

 6                these to look at.  They're going to be part of the

 7                record.

 8                MS. EWING:

 9                Q.  Not leave with them, because we're going to

10    15:09       leave them with the court reporter.

11                If you can take a look at Exhibit 4, and I'll

12                represent it's a group of pictures that appear from the

13                "Welcome to the Life" trip in Atlanta, but take a look

14                through them and let me know if that's accurate.

15    15:10       A.  I lost weight.  That's good.  Yeah.

16                Q.  Okay.

17                So these are all from the Atlanta trip in January?

18                A.  Yeah.

19                Q.  Okay.

20    15:10       And if you look at the first page --

21                A.  Yeah.

22                Q.  Okay.

23                If you look at the first page, could you just point

24                out, starting from the person on the far left, who each

25    15:10       of the people are?
```

TAREQ FREITEKH - 5/22/2015

```
1    15:10       A.  Tamer Yehia and Akon, Tamer Hosny and me.

2                Q.  Okay.

3                And is this in Akon's house?

4                A.  This is at Akon's house.

5    15:11       Q.  Okay.

6                And on the second photo, this would be Akon, you,

7          and Tamer --

8                A.  Okay.

9                Q.  -- Hosny?

10   15:11       A.  Uh-huh.

11               Q.  Okay.

12               Akon's house?

13               A.  To be honest -- You don't have better quality?

14         I never seen these photos before.  But this one, yeah,

15   15:11  because his house is white.  But the next one --

16               Q.  This is the one we're still looking at.  Sorry.

17               A.  Oh, okay.

18               Q.  Okay.

19               This one --

20   15:11       A.  Yeah, this is Akon's house.

21               Q.  Still Akon's house?

22               A.  Yeah.

23               Q.  And then if you look at the third --

24               A.  Oh, what's that?  This is Tuk Tuk.

25   15:11       Q.  I was going to ask you if this is Tuk Tuk.
```

TAREQ FREITEKH -  5/22/2015

```
 1   15:11        A.  Yeah.

 2                 Q.  And that is Akon, you, and Tamer Hosny?

 3                 A.  Let me see.  I'm not sure, to be honest, if

 4           this is Tuk-Tuk or not.  That might be.  Yeah, that

 5   15:11   might be Tuk-Tuk.

 6                 Q.  And then the --

 7                 A.  I think this was for the behind-the-scenes.  I

 8           remember Rami asked us -- asked us to talk together.

 9                 Q.  I'm sorry.

10   15:12        For the court reporter, you're talking about the

11           fifth page, the fifth photo?

12                 A.  The one --

13                 Q.  The last one?

14                 A.  I think.

15   15:12   MR. JERISAT:  Is that the last one?

16                 THE WITNESS:  This is the last one.  I don't

17           remember that one.  Which one was that?  But most

18           likely, it's in the next day in the studio probably.

19                 MS. EWING:

20   15:12        Q.  Okay.

21                 And that's Tamer Hosny, Akon, and yourself?

22                 A.  Uh-huh.

23                 Q.  Okay.

24                 And then the one just before that, it looks like

25   15:12   you all are still in the same clothes as the Tuk-Tuk
```

TAREQ FREITEKH - 5/22/2015

| | | |
|---|---|---|
| 1 | 15:12 | **restaurant.** |
| 2 | | A.  Probably it is the Tuk-Tuk. |
| 3 | | **Q.  Okay.** |
| 4 | | A.  Damn, this is my Facebook posts.  This is |
| 5 | 15:13 | scary. |
| 6 | | **Q.  This is going to be Exhibit 5. (EXHIBIT 5)** |
| 7 | | **And this looks to be a picture of you and Akon; is** |
| 8 | | **that right?** |
| 9 | | A.  Yeah. |
| 10 | 15:13 | **Q.  And the date here is November 27.** |
| 11 | | **Do you know if this was Thanksgiving before --** |
| 12 | | A.  No, that's my house in L.A. here. |
| 13 | | **Q.  This is your house?** |
| 14 | | A.  Yeah, in Hollywood. |
| 15 | 15:13 | **Q.  Okay.** |
| 16 | | **I was going to ask you where this was.** |
| 17 | | A.  Yeah, that was my house in Hollywood Hills. |
| 18 | | **Q.  Was this before or after "Welcome to the Life"?** |
| 19 | | A.  This is November 27, 2014. |
| 20 | 15:13 | **Q.  Okay.  All right.** |
| 21 | | **I just wanted to confirm where this was.** |
| 22 | | A.  No problem. |
| 23 | | Are you following me? |
| 24 | | **Q.  I am following you.** |
| 25 | 15:13 | A.  That's good. |

TAREQ FREITEKH  -  5/22/2015

```
 1   15:13        Q.  Oh, no, I'm not following you.

 2               A.  Okay.

 3               I know what you mean.

 4               Q.  And then while we're going through these, I'm

 5   15:14   going to mark this one exhibit.

 6               A.  What exhibit is that, or that's not an exhibit?

 7               Q.  I think I did not mark this one.

 8               A.  Can be Exhibit 5.

 9               Q.  I'm sorry.  I didn't mark Exhibit 5.

10   15:14        This was the photo from Thanksgiving.  So now I'm

11           going to do Exhibit 6. (EXHIBIT 6)

12               If you could take a minute to look over that and

13           let me know if this appears, to your understanding, to

14           be a conversation between you and Mr. Badawy through

15   15:14   text.

16               A.  The whole thing?

17               Q.  Through text.

18               A.  I don't remember that.

19               Q.  Like the one we looked at before, it has your

20   15:15   name at the top.  It appears to be a text conversation

21           with you.  These were given to me by Mr. Badawy.

22               Do you have any reason to think this is not a

23           conversation you had with him?

24               A.  No, no.  We would have this conversation

25   15:15   because, as I told you before, you know, Badawy, he paid
```

TAREQ FREITEKH -  5/22/2015

| | | |
|---|---|---|
| 1 | 15:15 | everything with his American Express.  And he had a |
| 2 | | daily limit for transferring -- or taking out cash.  So |
| 3 | | any of the cases I was also helping, you know, if they |
| 4 | | needed to get out money for themselves and he couldn't, |
| 5 | 15:15 | this is probably a possibility.  There is nothing wrong |
| 6 | | with it. |
| 7 | | MR. JERISAT:  Let me interrupt for a second. |
| 8 | | What date is this text? |
| 9 | | THE WITNESS:  I don't know.  March 12. |
| 10 | 15:15 | MS. EWING: |
| 11 | | Q.  All I'm going to be able to ask you on this, as |
| 12 | | far as the date, is do you see a March 12, 2013 date on |
| 13 | | this Exhibit 6? |
| 14 | | A.  Yeah, but this is different message.  I want to |
| 15 | 15:16 | see the date on this message. |
| 16 | | Q.  Exactly. |
| 17 | | So we know it was before March 12, on or about |
| 18 | | March 12, 2013; correct? |
| 19 | | A.  You know, it's on or before. |
| 20 | 15:16 | Q.  Right. |
| 21 | | A.  Yeah.  Okay. |
| 22 | | Q.  And, also, I don't know the date before |
| 23 | | March 12, but it would have to be either March 12 or |
| 24 | | earlier, like you said; correct? |
| 25 | 15:16 | A.  I guess. |

TAREQ FREITEKH  -  5/22/2015

| | | |
|---|---|---|
| 1 | 15:16 | Q.  Yeah. |
| 2 | | A.  I'm not sure. |
| 3 | | Q.  Well, it wouldn't be after March 12th -- |
| 4 | | A.  It wouldn't be after March 12. |
| 5 | 15:16 | Q.  -- of 2013. |
| 6 | | A.  I need -- I need to look at my messages just to |
| 7 | | confirm.  But if this is an accurate message, then yes. |
| 8 | | Q.  And you sitting here today, you don't have any |
| 9 | | reason to think it's not, that it's inaccurate, do you? |
| 10 | 15:16 | A.  Definitely, I do.  If somebody does all this |
| 11 | | just to get TMZ's attention can do anything else, in my |
| 12 | | opinion. |
| 13 | | Q.  Is there anything about looking at this |
| 14 | | document that makes you think that it's been altered? |
| 15 | 15:17 | A.  I'm not an expert, to be honest. |
| 16 | | MR. JERISAT:  Objection. |
| 17 | | I think what he's saying is, he needs to confirm |
| 18 | | looking back at his message. |
| 19 | | MS. EWING:  I understand that. |
| 20 | 15:17 | Q.  I'm just asking if there's anything you see |
| 21 | | here that raises your suspicion.  I understand you want |
| 22 | | to confirm. |
| 23 | | A.  Well, raise my suspicion why is he screen |
| 24 | | caption the waitress things instead of going up and |
| 25 | 15:17 | screen-captioning the full thing?  This is -- That's |

TAREQ FREITEKH - 5/22/2015

```
 1   15:17   why.
 2                   Where is the full conversation?  It's weird screen
 3           caption, like bringing personal stuff in the middle.
 4                   MR. JERISAT:  Okay.
 5   15:17       I think we're entitled to the whole conversation,
 6           Counsel.
 7                   THE WITNESS:  Yeah.  It's giving me the end of the
 8           story and trying to understand.
 9                   MS. EWING:  Sure.  Understood.
10   15:17       Q.  The account that's referenced which appears --
11           just from what we're looking at here appears that it was
12           from Tareq, according to this document.
13                   A.  I need to see the full message.
14                   Q.  Okay.
15   15:18       A.  I need to see the full conversation.
16                   Q.  Okay.
17                   Let's look -- I just have a real specific question.
18                   If you would look at Exhibit 1, I think.
19                   A.  Yes.
20   15:18       Q.  Yes, if you look at Exhibit 1.
21                   And my only question is whether the two account
22           numbers --
23                   A.  This one has a date.
24                   Q.  Sure.
25   15:18       And the only question is very specific.
```

1  15:18        There's an account number mentioned in Exhibit 1,

2         as well as Exhibit 6, and I'm just asking you if they

3         both -- isn't it correct they both end in 14516?

4              A.  This one is scratched.  I'm not sure if it's a

5  15:18  1 or not.

6              Q.  Is it true they both end in 4516?

7              A.  According to the message here, yes.

8              Q.  According to what you're looking at?

9              A.  According to what I'm looking at, the last four

10  15:18  numbers on each account is 4516, but the rest of the

11         numbers are scratched.

12              MR. JERISAT:  For the record, objection.  Hearsay,

13         foundation.

14              Go ahead.

15  15:19    MS. EWING:  Right.  Okay.

16              Q.  And I'm just going to make a representation

17         that I'm the one that scratched out that because I

18         didn't want a full bank account number --

19              A.  I appreciate that.

20  15:19       Q.  -- as part of the deposition transcript.

21              A.  Thank you.

22              Q.  Okay.

23              Do you have any reason to -- or do you know -- Do

24         you recognize this information on either Exhibit 1 or

25  15:19  Exhibit 6 that -- for the account ending in 4516, do you

| | | |
|---|---|---|
| 1 | 15:19 | recognize that as being an account with the last name |
| 2 | | Freitekh, based on your knowledge? |
| 3 | | MR. JERISAT:  If you remember. |
| 4 | | THE WITNESS:  No, I don't remember. |
| 5 | 15:19 | MS. EWING: |
| 6 | | Q.  Okay. |
| 7 | | That's all for that. |
| 8 | | A.  No problem. |
| 9 | | Q.  One more question. |
| 10 | 15:19 | A.  Okay. |
| 11 | | Q.  It appears that -- or it appears there was |
| 12 | | money transferred to that account. |
| 13 | | Do you -- |
| 14 | | A.  Doesn't appear to me. |
| 15 | 15:19 | Q.  It says, "Just transferred check your account." |
| 16 | | What do you think that means? |
| 17 | | A.  Okay. |
| 18 | | What's the first message? |
| 19 | | Q.  I will say the first line says, "Also Habiby," |
| 20 | 15:20 | if I say that right. |
| 21 | | A.  Yeah.  What does Habiby mean? |
| 22 | | Q.  Does it mean brother? |
| 23 | | A.  I'm just saying, like this is uncomplete |
| 24 | | information.  You're hearing -- You're bringing me a |
| 25 | 15:20 | screen capture with no date, with messages that have -- |

TAREQ FREITEKH -   5/22/2015

| | | |
|---|---|---|
| 1 | 15:20 | talking about waitress and some embarrassing things. |
| 2 | | Q.  Okay. |
| 3 | | Your point is made. |
| 4 | | A.  If -- Okay.  If -- If my mind is made. |
| 5 | 15:20 | Q.  But I can still ask you some questions, and you |
| 6 | | can raise those points. |
| 7 | | A.  Go ahead. |
| 8 | | Q.  What does "Habiby" mean? |
| 9 | | A.  My love. |
| 10 | 15:20 | Q.  Okay. |
| 11 | | And it says, "Also Habiby that's my account number |
| 12 | | Hossam just called me," and there is an account number. |
| 13 | | A.  It just message has too much.  And I don't know |
| 14 | | what's -- Honestly, I don't remember this message.  And |
| 15 | 15:20 | just like I'm telling you, "Also Habiby that's my |
| 16 | | account number Hossam" -- "that's my account number |
| 17 | | Hossam just called me," and then there's a number. |
| 18 | | So I need to look, because it could be a foreign. |
| 19 | | I know he just called me.  So, you know what I mean? |
| 20 | 15:21 | That's why I need to look at the other messages. |
| 21 | | And it's half Arabic, half English.  You know what |
| 22 | | I mean?  That's why we need the full for me personally |
| 23 | | in order to answer your questions. |
| 24 | | Q.  I understand. |
| 25 | 15:21 | Putting the document aside, do you recall, you |

TAREQ FREITEKH  -  5/22/2015

Page 66

```
 1    15:21    know, any other -- any transfer to -- from Mr. Badawy to

 2              your account?

 3                      A.  I think you asked that question before.

 4                      Q.  Right.

 5    15:21            MR. JERISAT:  The question is vague.

 6              For what purpose?

 7              MS. EWING:

 8                      Q.  For any purpose, because you told me before

 9              you're not sure, and I didn't know if seeing this jogs

10    15:21    your memory.

11                      A.  No, no.  It didn't change anything because this

12              document is as useless as -- unless there's like rest of

13              it for me to read.

14                      Q.  Okay.

15    15:22            A.  It's just no date, nothing.  And there's no

16              information, nothing specific, to be honest.

17                      Q.  Okay.

18                      So just looking at this, I understand your point,

19              nothing has changed your testimony earlier, you still

20    15:22    don't recall any transfers that were made to either your

21              bank account or someone related to you from Mr. Badawy?

22                      MR. JERISAT:  Objection.  I think misstating his

23              testimony.

24                      What he's saying is as far as payment to him for

25    15:22    the project "Welcome to the Life," he stated he was not
```

TAREQ FREITEKH -   5/22/2015

```
 1   15:22   paid, there may have been payments sent to his account.

 2                   THE WITNESS:  For other --

 3                   MR. JERISAT:  -- to take care of business.

 4                   MS. EWING:  I think now you're testifying for the

 5   15:22   witness.

 6                   THE WITNESS:  He just said what I said.

 7                   THE REPORTER:  One at a time.

 8                   THE WITNESS:  He just said what I said and --

 9                   MR. JERISAT:  I don't -- Don't you answer her

10   15:23   question.

11                   MS. EWING:

12               Q.  I'm asking a more general question, whether

13           Mr. Badawy ever sent you money, whether that be through

14           your account, through a relative's account.

15   15:23       A.  If any money was sent to a relative account,

16           it's purely for their advantage because I didn't have

17           money.  They have a limit on withdrawing cash, and they

18           have a limit on American Express.  So if there's

19           anything happen, it's out of help for the project for

20   15:23   "Welcome to the Life" because of the methods that, you

21           know, we were -- use.  I told you, it's last minute, so

22           just trying to help the project.

23               Q.  Right.

24               So we understand each other, I'm not asking why

25   15:23   they transferred it to you or what it was used for.  I'm
```

```
 1   15:23   just asking if Mr. Badawy ever transferred directly to

 2           you.

 3                   A.   Mr. Badawy never paid me directly any money on

 4           any project.  I didn't receive a penny for work that

 5   15:23   I've done, anything other than that.

 6                   This is major -- This is bigger than me helping.

 7           This is, you know, him -- when, you know, book location,

 8           want to buy for last minute.  And he has a limit to pay,

 9           you know, for everything.

10   15:24       So if the transfer happened, that just for the

11           purpose of getting money out to help them, giving it

12           back to them, that's one.  Or even paying for the house

13           that he rented for the time he went stayed in Charlotte,

14           his food, his traveling.  I got a car too.  I got a big

15   15:24   car for, you know, all those things.  You know, we had a

16           road trip from Atlanta to my house in North Carolina.

17                   Then the house I got for him next to my house.  And

18           we were every day going out, you know, eating or -- at

19           my dad's restaurant or at my house.  You know, every

20   15:24   night, he's at my house.

21                   So it's -- it's just -- you know, it's wider than

22           your question.  This is what I'm trying to say.  Your

23           question is too wide, like -- like too big.

24                   Q.   Okay.  All right.

25   15:25   So did you ever receive reimbursements from
```

TAREQ FREITEKH -  5/22/2015

```
1    15:25   Mr. Badawy for expenses that you had to pay out of your

2            pocket?

3                    A.   Yeah.  Yes, that happened.

4                    Q.  Okay.

5    15:25   Like for -- Tell me when that happened.

6            Did it happen for "Welcome to the Life"?

7                    A.   Well, it happened -- Let me try to remember.

8            Miami part and Atlanta part with "Welcome to the Life."

9                    This is the thing, you know, it's last minute, so

10   15:25   it might have happened -- I need to look.  I need to

11           call and ask, you know, every one of them, you know, how

12           much they got paid, how did they pay them.  Because I

13           really was helping -- I'm a middleman, you know.  So

14           it's -- everything not organized because I'm not getting

15   15:25   paid.

16                   If there was a company and we're getting paid and

17           everything is professional, I'll give you every document

18           for every one of my crew, how much they got paid and

19           everything.  But I was a student at the time.  And I'm

20   15:25   telling you, just too much information that I really

21           can't remember two years ago out of help, again, out of

22           a favor I did.

23                   Q.  Okay.

24                   I just want to make sure I'm asking the question

25   15:26   the right way.
```

TAREQ FREITEKH -  5/22/2015

```
 1   15:26        A.  No, no, of course, I want to answer you.

 2              That's why I want to answer you.  So --

 3                 Q.  So putting aside -- I know that you -- you've

 4              told me today several times that you didn't get any

 5   15:26     payment to you personally, okay.  That's what you're

 6              saying.  I understand that.

 7                 A.  That's the truth.

 8                 Q.  But did you get payments for other people?  Did

 9              money come to you to pay either -- other crew members?

10   15:26     Did money come to you to pay -- you know, to reimburse

11              you for expenses?

12                 A.  Yes, yes.  I remember the house, for sure the

13              house.

14                 Q.  Which house?

15   15:26        A.  The North Carolina house I got for Tamer.  That

16              was my dad, something Tamer and my dad talked about.

17              So, you know, there's a possibility -- I want to

18              double-check with my father to how much he paid, and how

19              much him and Tamer, you know, discussed.

20   15:27        Q.  Okay.

21                 A.  Other than that, there's the DP.  There's the

22              crew that, you know, we used on the previous two videos

23              we did for Tamer.

24                 And we did the same thing -- I mean, I shot a video

25   15:27     in California for Snoop Dogg as a favor the guy's not
```

```
 1   15:27   talking about.

 2                   And I shot Shaggy in New York, same -- everything

 3           same, last minute and the same location and same

 4           transaction.  And it's not mentioned, just -- you know,

 5   15:27   I don't know.

 6                   Q.  We can talk about those, but I'm just trying to

 7           understand for each of those projects for the Snoop

 8           project, for the Shaggy, for "Welcome to the Life," were

 9           you paying the crew members and getting reimbursed from

10   15:27   either Mr. Badawy or Hossam or someone?

11                   A.  All of them, you see, I need to look and ask my

12           crew and -- you know, if -- if the money was given to me

13           in their presence and I hand it to them.

14                   But for the house situation, I know there was some

15   15:28   sort of deal between Tamer and my dad.  And, also, Tamer

16           needed money for the birth of his daughter in Miami, so

17           he advance that.  He needed money.  So he was trying --

18           You know, he got money out of the same -- same situation

19           with Badawy helping.  You know, me and Badawy, we're

20   15:28   both helping.

21                   Badawy was not getting paid neither or -- I don't

22           know if they changed the story.  But, you know, this is

23           it.  We were both helping.  I was helping, Badawy was

24           helping.  Badawy was doing his best paying with American

25   15:28   Express and getting -- you know, Tamer paying him back,
```

TAREQ FREITEKH - 5/22/2015

Page 72

```
 1   15:28   you know.

 2            Sometimes it might happen with me that, you know, I

 3            paid, they need the money now or they cancel.  As I

 4            mentioned, I was there to help this and to make things

 5   15:28   move forward.  So anything I would have done for the

 6            video to be shot so Tamer wouldn't lose Akon in this

 7            video, since he was leaving, I would have done it to

 8            facilitate and help the crew and help Tamer.

 9            Q.  Okay.

10   15:29   Is it true that you were arrested in Georgia

11            around --

12            MR. JERISAT:  Objection.

13            What's the relevancy, Counsel?

14            MS. EWING:  In Georgia?  We're here today to try to

15   15:29   find out activities that he's been involved in that

16            connect to Georgia.

17            MR. JERISAT:  Right.  But I think the court's clear

18            as to personal jurisdiction on this case.

19            MS. EWING:  I think this is clearly relevant to

20   15:29   Georgia ties.

21            MR. JERISAT:  I don't think so.

22            MS. EWING:  You can make your objection, but I'm

23            going to ask these questions.

24            MR. JERISAT:  Go ahead.

25   15:30   MS. EWING:
```

TAREQ FREITEKH -  5/22/2015

Page 73

```
 1   15:30        Q.  Were you arrested in Georgia in January 2014 --
 2          I'm sorry -- January 2014?
 3               A.  There was a misunderstanding.  I got booked for
 4          two hours and dismissed.
 5   15:30        Q.  Okay.
 6               Did you have to go to jail?
 7               A.  No.  I got booked for two hours, and they
 8          dismissed the case.
 9               Q.  But you had to bond out of jail; correct?
10   15:30        A.  No.  My --
11               MR. JERISAT:  Objection.  He testified he was
12          booked.
13               THE WITNESS:  I didn't -- I wasn't in jail, no.  I
14          was literally booked for two hours, and then I got out.
15   15:30        MS. EWING:
16               Q.  Did you have to pay a fine?
17               A.  I don't think -- There were a $200 fees.  So
18          that, my ex paid.  But I need to double-check on this
19          one.
20   15:30        Q.  Okay.
21               Were there any follow-up times that you had to go
22          to court because of that incident?
23               A.  No.  The case got dismissed.  It was a
24          misunderstanding.
25   15:30        Q.  Okay.
```

TAREQ FREITEKH - 5/22/2015

Page 74

```
 1    15:30        Have you been sued -- Other than the case here
 2              today, have you ever been sued --
 3                   A.   No.
 4                   Q.   -- in Georgia?
 5    15:31        A.   Never in my life, anywhere.
 6                   Q.   Anywhere?
 7                   A.   Anywhere on earth.
 8                   Q.   Have you ever sued anybody else?
 9                   A.   Sue them?  Are you going to make you guys some
10    15:31  money soon?
11              MR. JERISAT:   That's irrelevant.
12              Next question.
13              Please answer the question.
14              THE WITNESS:   For sure.
15    15:31  MS. EWING:
16                   Q.   Mr. Badawy claimed that you told him that you
17              had to pay a lawyer $8,000 for the arrest issue in
18              Georgia.
19                   A.   Mr. Badawy is a liar.
20    15:31        Q.   So you disagree?
21                   A.   I disagree.
22                   Q.   Okay.
23              Did you have to hire a lawyer for that incident?
24                   A.   I have my own lawyer.
25    15:31        Q.   But did you have to hire somebody specifically
```

TAREQ FREITEKH  -  5/22/2015

| | | |
|---|---|---|
| 1 | 15:31 | for the Georgia arrest? |
| 2 | | A.  I need to discuss with my own lawyer in |
| 3 | | North Carolina because he took care of everything.  So |
| 4 | | he was the person in charge. |
| 5 | 15:31 | Q.  And I don't want to hear anything about what |
| 6 | | you talked to about with your attorney. |
| 7 | | A.  No, no, no, for sure. |
| 8 | | Q.  Yeah. |
| 9 | | But you never had to come back for court or do any |
| 10 | 15:31 | kind of community service? |
| 11 | | A.  No, nothing, never.  The case was dismissed |
| 12 | | right away.  It was a true misunderstanding. |
| 13 | | MR. JERISAT:  Asked and answered.  Objection. |
| 14 | | MS. EWING: |
| 15 | 15:32 | Q.  Other than Akon, have you come to Georgia to |
| 16 | | work on any other projects with artists? |
| 17 | | A.  I would never -- Like I didn't go to Atlanta |
| 18 | | after that "Welcome to the Life," and hopefully won't. |
| 19 | | It's my least favorite city.  To be honest, there's |
| 20 | 15:32 | nothing really going on. |
| 21 | | MR. JERISAT:  Let's strike that from the record. |
| 22 | | THE WITNESS:  Sorry about that.  Okay. |
| 23 | | MS. EWING: |
| 24 | | Q.  So no other videos -- |
| 25 | 15:32 | A.  No. |

TAREQ FREITEKH  -  5/22/2015

| | | |
|---|---|---|
| 1 | 15:32 | Q.  -- in Atlanta?  Okay. |
| 2 | | So to get back to the welcome to the Atlanta |
| 3 | | project. |
| 4 | | A.  "Welcome to the Life"? |
| 5 | 15:33 | Q.  Sorry.  It's another song. |
| 6 | | MR. JERISAT:  It should be "Welcome to |
| 7 | | Los Angeles." |
| 8 | | MS. EWING: |
| 9 | | Q.  "Welcome to the Life," who came up with that |
| 10 | 15:33 | title, by the way? |
| 11 | | A.  Most likely Akon, because he put the first |
| 12 | | verse.  And I think the song starts with -- or, no, no, |
| 13 | | it starts -- the song starts with Akon.  So I'm going to |
| 14 | | assume that he put his lyrics.  And, you know, so Akon. |
| 15 | 15:33 | Maybe Akon and Tamer. |
| 16 | | Q.  Let's see, on the day that you all went to |
| 17 | | Tuk-Tuk restaurant, I think you mentioned that you all |
| 18 | | started out at Akon's house -- |
| 19 | | A.  Yeah. |
| 20 | 15:33 | Q.  -- correct? |
| 21 | | Do you recall while you were at Akon's house that |
| 22 | | there was some discussion about, you know, wanting to do |
| 23 | | another project with Tamer? |
| 24 | | A.  We needed to finish "Welcome to the Life."  We |
| 25 | 15:34 | have few hours.  There was no space to talk about |

TAREQ FREITEKH -  5/22/2015

```
 1   15:34   anything.  Even Rami, the guy was like -- talk about

 2            anybody, you know, "I want to shoot."  And he was

 3            excited.

 4                  And, you know, I was like -- there was no time, "We

 5   15:34   need to go."  It's like whatever it took about anything

 6            possible.  And, you know, they wanted -- We didn't have

 7            time for anything, even Tuk-Tuk.  You know, we finished

 8            the meal and got out to the studio.

 9                  Q.  Right.

10   15:34        But before you even got to Tuk-Tuk, you were

11            hanging out and, actually, you're the one that brought

12            up the idea of another project because this one was

13            going smoothly?

14                  A.  I brought up the idea?

15   15:34        Q.  Uh-huh.

16            Let's do another one with a bigger name.

17                  A.  In Georgia?

18                  Q.  No, just period, a new project.

19                  A.  I don't remember.

20   15:34        Q.  You don't recall starting to talk about the

21            idea of another project?

22                  A.  I know in the first week of February, when

23            Tamer said, "I'm serious about doing a project" -- you

24            know, "a third project with Chris Brown and Akon and" --

25   15:35   "called 'Too Many Lovers,'" even the whole new project,
```

1    15:35    "Arabian Knight," was, you know, like, you know,

2             finalized or -- you know, like the new project, the "Too

3             Many" -- I mean "Arabian Knight."

4                 Q.  Uh-huh.

5    15:35        A.  The final-final was in Miami.  "Too Many

6             Lovers" with Chris Brown which later on, we canceled it

7             and did the new project, "Arabian Knight," was in

8             Charlotte, North Carolina.

9                 But, you know -- you know, they're excited.

10   15:35    They're talking about Akon's project.  They're happy

11            about it.  You know what I mean?  So -- So we were busy

12            in that moment, as I told you.

13                Q.  After Tuk-Tuk restaurant, you go to do the work

14            in the recording studio?

15   15:36        A.  Uh-huh.

16                Q.  Wasn't there discussion even at that point

17            about involving Chris Brown and Akon in another project

18            with Tamer?

19                A.  No.  I don't remember.  We were in the studio

20   15:36    recording, a lot of artist came.  Nelly came, and TI

21            came, said hi to Akon, and two other major artist.  But,

22            you know, I don't believe -- I don't believe there was

23            any discussion for a future project.

24                Q.  Actually, you're the one that said you were

25   15:36    going to go talk to Akon to see if he could help

TAREQ FREITEKH  -  5/22/2015

```
 1   15:36    facilitate because he knew Chris Brown?

 2                  A.  Where did I say that?

 3                  MR. JERISAT:  Objection.  This is -- You're

 4            assuming evidence.  Statement, not in evidence.  And

 5   15:36    you're testifying on behalf of --

 6                  MS. EWING:  I'm entitled to ask him a leading

 7            question.

 8                  MR. JERISAT:  Sure.  If you can rephrase the

 9            question.

10   15:37    MS. EWING:

11                  Q.  Okay.

12                  Didn't you say that you were going to talk to Akon

13            while you were in Atlanta?

14                  A.  When?

15   15:37    Q.  In Atlanta, after Tuk-Tuk restaurant or

16            sometime that day, that you were going to go talk to

17            Akon about getting Chris Brown to work with Tamer on

18            another project?

19                  A.  No.

20   15:37    Q.  You never said that?

21                  A.  I don't remember, but I'm positive my mind was

22            "Welcome to the Life."

23                  Q.  And didn't you actually go talk to Akon about

24            getting Chris Brown to work with Tamer on another

25   15:37    project?
```

TAREQ FREITEKH  -  5/22/2015

```
 1   15:37        A.  Why would we discuss a future project if we

 2                have project not done now and we were in the studio

 3                trying to figure out the lyrics?  And then out of the

 4                blue, I be like, "Listen guys, hold everything.  Tamer,

 5   15:37        don't write.  Akon, don't write.  Let's figure out a new

 6                project for whatever the artist is."

 7                     You know what I mean?  If there's any -- anything

 8                that was said, if there's anything that -- maybe, you

 9                know, "Hopefully, Tamer, you're going to get so big and

10   15:38        get bigger with other" -- you know, "with bigger

11                projects."

12                     But me, no, there was no -- like, you know, no

13                plans or, no, you know, anything serious to start a new

14                feature unless -- until we were done with this one.

15   15:38        Q.  You never -- Just so I'm clear, you never told

16                anyone else that was present that you were going to talk

17                to Akon while you all are in Atlanta about getting Chris

18                Brown to work with Tamer Hosny on other projects?

19                     MR. JERISAT:  Objection.  You're misstating his

20   15:38        testimony.  He said, "I don't remember."

21                     MS. EWING:  Actually, I'm not sure that's what he

22                said.  I think he said he did not --

23                     MR. JERISAT:  I think he said there were too many

24                artists, and they talked about a lot of things.

25   15:38        MS. EWING:  So you -- this is different, because I
```

| | | |
|---|---|---|
| 1 | 15:38 | think he actually said something different. |
| 2 | | THE WITNESS:  Okay. |
| 3 | | MS. EWING: |
| 4 | | **Q.  Is it your position that you just don't** |
| 5 | 15:39 | **remember if you talked about another project between** |
| 6 | | **this time, Tamer and Chris Brown, while you were in** |
| 7 | | **Atlanta?** |
| 8 | | A.  I can remember that we -- I cannot remember |
| 9 | | that we discussed any projects -- future project in |
| 10 | 15:39 | Atlanta, but I'm positive that the first initial project |
| 11 | | about Tamer and Chris Brown had been in North Carolina, |
| 12 | | the first week of February, serious talk about having |
| 13 | | him doing a new song with Akon and another major artist. |
| 14 | | **Q.  So you're saying now that the first time there** |
| 15 | 15:39 | **was any talk about a project between Tamer and Chris** |
| 16 | | **Brown did not happen until February?** |
| 17 | | A.  Probably end of January when they were in |
| 18 | | Charlotte, North Carolina. |
| 19 | | **Q.  I'm not asking you about probably, because you** |
| 20 | 15:39 | **first said you didn't remember, and your attorney said** |
| 21 | | **that was what you said.** |
| 22 | | A.  Right. |
| 23 | | **Q.  Then you're now saying you're sure it was the** |
| 24 | | **first week of February.  I'm just trying to figure** |
| 25 | 15:40 | **out --** |

TAREQ FREITEKH  —  5/22/2015

```
 1   15:40      A.  No, no, no.  The serious talk when I called --

 2              Q.  I'm not asking about serious.  I'm talking

 3         about when did it ever get mentioned, the first --

 4              A.  Charlotte.

 5   15:40      Q.  -- that there may be a project involving Chris

 6         Brown and Tamer Hosny?

 7              A.  As far as I remember, in Charlotte, North

 8         Carolina after we left Atlanta.

 9              Q.  Do you just not remember if it came up in

10   15:40  Atlanta, or do you disagree it came up?

11              MR. JERISAT:  Counsel, I think we're splitting

12         hairs here.

13              MS. EWING:  It's an important issue, and I want to

14         make sure we're talking on the same page.

15   15:40      MR. JERISAT:  I understand, but the testimony of

16         this witness is he does not remember exactly when the

17         conversation happened, and I think more questions will

18         not clarify what the answer --

19              MS. EWING:  I disagree.  It's not clear.

20   15:40      Q.  I'm just trying to understand, is it your

21         position that while you were in Atlanta, you don't

22         remember if there was any discussion about a project in

23         the future between Chris Brown?

24              A.  No serious discussion.

25   15:40      Q.  I'm not asking about serious.
```

```
 1   15:41        I'm just saying, was there any discussion about

 2                another project?

 3                     A.  I don't remember.

 4                MR. JERISAT:  Objection.  Asked and answered.

 5   15:41        THE WITNESS:  I don't remember.

 6                MS. EWING:  It's not asked and answered because he

 7                keeps wanting to put "serious" when I'm just asking if

 8                there was any discussion.

 9                MR. JERISAT:  I understand and I said I understand.

10   15:41   And I think that's why I think there's a

11                misunderstanding.  He's saying there may be in terms of

12                he doesn't remember, but he's saying there are serious

13                discussions in --

14                THE WITNESS:  Charlotte.

15   15:41        MR. JERISAT:  -- Charlotte.  I think that's his

16                testimony.

17                MS. EWING:

18                     Q.  Okay.

19                So I want to try to clear it up.

20   15:41        You don't remember talking about Chris Brown in

21                Atlanta?

22                     A.  No, I don't remember.  We were too busy.

23                I'm telling you, we have a project that we need to

24                finish, deadlines, and hours of work.  And, then, I

25   15:41   really -- like it was too much pressure.  You know what
```

TAREQ FREITEKH  -  5/22/2015

```
 1   15:41    I mean?
 2                  And I also was -- My position there is to make,
 3             also, Tamer happy with Akon and other Tamer had to do
 4             with everybody.  You know what I mean?  So I really
 5   15:41    cannot remember.
 6                  Q.  Okay.
 7                  But you do remember talking about a future
 8             project -- potential future project with Chris Brown the
 9             first week of February?
10   15:42         A.  No, I said last -- first week, like by the end
11             of January and maybe the beginning of February.  That's
12             when Tamer said, "Call Akon."
13                  I still -- You know, "Call Akon and see if he can
14             really get us Chris Brown or Rihanna or" -- "Rihanna in
15   15:42    this project."  And I did call Akon, and we had
16             three-way call together.
17                  Q.  Do you recall promising, while you were in
18             Atlanta, to get $50,000 from your dad to close the deal
19             on a future project involving Tamer Hosny?
20   15:42         MR. JERISAT:  Objection.  Asked and answered.
21                  MS. EWING:  No, it's different.
22                  MR. JERISAT:  He said he does not remember.
23                  MS. EWING:  He said he does not remember talking
24             about Chris Brown.
25   15:42         THE WITNESS:  This happened in Charlotte,
```

```
 1    15:42    North Carolina.  We were sitting in my dad's restaurant

 2             when Tamer asked him if he can deposit money.  I didn't

 3             discuss any money.  There was no money.  The amount that

 4             Akon put for featuring Chris Brown, the amount was

 5    15:43    discussed.  We were in North Carolina Charlotte on the

 6             phone.

 7                      And the next day, we went to my dad's restaurant,

 8             La Shish Kabob, in Charlotte, North Carolina.  And this

 9             is when he asked my dad if he could put 50,000 as a

10    15:43    deposit for the project, like, and my dad did it

11             two days after.  So we're talking about 6th or 5th of

12             February.

13                      MS. EWING:

14                      Q.  While you're in Atlanta, do you recall talking

15    15:43    about any future deal and financial terms of --

16                      A.  I don't recall.

17                      Q.  -- another project with Tamer Hosny?

18                      MR. JERISAT:  Objection.  Asked and answered.  At

19             this point, I think he answered maybe five, six times.

20    15:43         MS. EWING:  I disagree.  And I think he said that

21             so many times --

22                      THE WITNESS:  I did.  To be honest, I did.  I

23             have -- I really don't remember.  And I told you how

24             much we were busy.

25    15:44    But I remember for sure, if you want to talk
```

| | | |
|---|---|---|
| 1 | 15:44 | serious, when Tamer in North Carolina, he came up with |
| 2 | | having a serious project.  This is a real project.  This |
| 3 | | is money being spent and features and time.  So it's not |
| 4 | | something you're, like, "Oh, I want to do a" -- "Let's |
| 5 | 15:44 | do a song with Tamer and Shakira."  You know what I |
| 6 | | mean?  "Let's do a song, Tamer, and" -- You know what I |
| 7 | | mean? |
| 8 | | So I'm talking this is -- What I remember is the |
| 9 | | serious talk when Tamer -- like the end of January, we |
| 10 | 15:44 | were North Carolina, Charlotte.  And he was happy what |
| 11 | | he did with "Welcome to the Life."  He felt that he did |
| 12 | | a step -- He said, "Let's take things serious, and I |
| 13 | | want to do a song with Chris Brown and Rihanna with |
| 14 | | Akon." |
| 15 | 15:44 | MR. JERISAT:  Can we go off record? |
| 16 | | MS. EWING:  Uh-huh. |
| 17 | | (A recess is taken.) |
| 18 | | MS. EWING:  Back on.  I'm going to mark as |
| 19 | | Exhibit 7. (EXHIBIT 7) |
| 20 | 15:53 | THE WITNESS:  Okay. |
| 21 | | MS. EWING: |
| 22 | | Q.  If you could take a look at that.  It's a |
| 23 | | couple different emails.  I'm sorry.  Yeah. |
| 24 | | It appears that on February 23rd, 2013, that |
| 25 | 15:53 | there's an initial email from you to Tamer Hosny, I |

```
 1   15:54   believe; is that correct?
 2                   There's two emails on this first page.  There's one
 3           that was the originating email dated February 23rd,
 4           2013, 10:02:15 p.m. and that says, "From:  Tarik
 5   15:54   Freitekh."
 6                   MR. JERISAT:  Counsel, if I may.  I'm objecting to
 7           the relevancy of this to his connection of Atlanta.
 8                   What is the relevance to his connection to Atlanta?
 9                   MS. EWING:  This is one of the issues we said is
10   15:54   that there's a Georgia clause here that was proposed.
11                   THE WITNESS:  I don't know what this is, anyway.
12                   MR. JERISAT:  Georgia clause in the agreement?
13                   MS. EWING:  Uh-huh.
14                   MR. JERISAT:  Okay.
15   15:54   MS. EWING:
16                   Q.  But just to kind of start this, am I correct
17           that on the first email, at the bottom of the first
18           page, that that was from your email address?
19                   A.  That's my email address, but I don't remember
20   15:54   this.
21                   Q.  Okay.
22                   But that is your email address?
23                   A.  Toh@usa.com.
24                   Q.  Uh-huh.
25   15:55   A.  Yes.
```

TAREQ FREITEKH - 5/22/2015

```
 1   15:55        Q.  And it appears that you sent an agreement to

 2              Tamer Hosny on February 23rd, 2013, which is the

 3              attachment that's titled "Side Artist Agreement"?

 4                   A.  No.  I didn't send that.

 5   15:55        Q.  Okay.

 6                   A.  I don't remember that, actually.  I don't

 7              remember that.

 8                   Q.  Do you just not remember this particular email,

 9              or do you --

10   15:55        A.  I don't remember the email, yeah.

11                   MS. EWING:  Okay.

12                   MR. JERISAT:  Counsel, same objection.  Even if

13              it's true that he did propose Georgia law, he's not

14              party to the agreement.  Just to make sure for the

15   15:55     record.

16                   MS. EWING:  You can make your statement, but that's

17              positions between lawyers for the court papers.

18                   MR. JERISAT:  Great.

19                   MS. EWING:  I'm entitled to ask about this.

20   15:55        MR. JERISAT:  I understand.  I understand.

21                   But I think we have a court order which clearly

22              states that he's not part of the side agreement between

23              the -- Akon and the plaintiff.

24                   THE WITNESS:  What is this?  This is not even

25   15:56     "Arabian Knight."
```

TAREQ FREITEKH -   5/22/2015

Page 89

1    15:56       MS. EWING:  I just want to take objection to -- I

2                mean, you can make a statement if you'd like, but the

3                judge did not qualify how I conduct jurisdictional

4                discovery --

5    15:56       MR. JERISAT:  No, I understand that.

6                MS. EWING:  -- and that's one of our arguments.

7                That's the purpose of additional discovery.

8                MR. JERISAT:  I understand that.

9                But I think the Court's position is clear that even

10   15:56       assuming that the witness did draft the agreement, he's

11               not part of the agreement.  So I take what you said, but

12               I'm just informing you what -- I think the Court's

13               opinion is clear in ECF 47.

14               MS. EWING:  With all due respect, I don't need your

15   15:56       opinion about what the opinion means from the Court.

16               MR. JERISAT:  I understand, understand.  Likewise.

17               Go ahead.

18               MS. EWING:

19               **Q.  So we got off track --**

20   15:56       A.  That's fine.

21               **Q.  -- but is it your position that you don't**

22               **recall --**

23               A.  I don't recall --

24               **Q.  -- this email?**

25   15:56       A.  -- this at all.

TAREQ FREITEKH  -  5/22/2015

```
 1   15:57        And I want to see why it's Tamer forwarding to

 2                Badawy.  Why it's not printed from Tamer's account?

 3                Isn't he the guy in the case?

 4                Q.  I'm just asking you if you remember.

 5   15:57        A.  I don't remember this, no.

 6                Q.  Okay.

 7                Do you remember sending an agreement for Tamer to

 8                review for the Chris Brown potential project?

 9                A.  No.

10   15:57        Q.  You just don't remember?

11                A.  No.

12                Q.  Okay.

13                Do you remember ever making a statement that any

14                agreement needed to have a Georgia law apply because

15   15:57   Akon lived in Georgia?

16                A.  This didn't happen.

17                Q.  Okay.

18                MR. JERISAT:  Objection to foundation, as to

19                hearsay when and where he made that statement about

20   15:57   Georgia law.

21                MS. EWING:  I asked if he ever did.

22                MR. JERISAT:  Foundation is when and where because

23                it's vague.

24                MS. EWING:  I asked if he ever made that statement.

25   15:58        Q.  Did you ever make that statement?  Did you ever
```

TAREQ FREITEKH -  5/22/2015

 1    15:58   **make a statement to anyone, Mr. Tamer Hosny?**

 2                    MR. JERISAT:  If he remembers.  But --

 3                    MS. EWING:  Yeah.

 4                    MR. JERISAT:  -- objection to the foundation as to

 5    15:58   it's vague.

 6                    MS. EWING:

 7            **Q.  Did you ever make a statement that an agreement**

 8            **between Tamer Hosny and anyone involving a potential**

 9            **project with Chris Brown or any other artist needed to**

10    15:58   **have Georgia law apply?**

11            A.  No.  I'm not a lawyer, and I never suggest

12            things like that.  It's not my job.

13            **Q.  Okay.**

14            **And you don't -- You don't recall sending an**

15    15:58   **agreement to review?**

16            A.  No.

17            MS. EWING:  Okay.

18            This is going to be Exhibit 8. (EXHIBIT 8)

19            **Q.  If you take a look at what I've marked as**

20    15:59   **Exhibit 8.**

21            A.  Uh-huh.

22            **Q.  For the first page, there is --**

23            MR. JERISAT:  Counsel, this is the document we

24            already marked in evidence which is Exhibit A; correct?

25    15:59   MS. EWING:  Exhibit 8?

TAREQ FREITEKH -  5/22/2015

```
 1   15:59      MR. JERISAT:  Exhibit A in Badawy declaration;

 2         correct?

 3              MS. EWING:  Yes, same thing.

 4              MR. JERISAT:  Okay.

 5   15:59      So just to confirm.  So this is -- this is now

 6         Exhibit 8, but it's also a portion of Exhibit A in --

 7         was that --

 8              Did we recall that -- did we mark that Plaintiff --

 9         Defendant Exhibit -- Defendant Exhibit A1?

10   15:59      THE REPORTER:  Yes, in the first deposition.

11              MR. JERISAT:  Yes.

12              So this is Exhibit A of the Defendant Exhibit 1,

13         okay, which is two deposits in a Georgia bank account.

14              THE WITNESS:  No, no, no.  Yeah, but deposit were

15   16:00  made in North Carolina.

16              MR. JERISAT:  Okay.  I understand.  I'm sorry.

17         Go ahead.

18              MS. EWING:

19         Q.  Okay.

20   16:00  Do you recall that being deposit receipts that you

21         sent to Mr. Badawy?

22         A.  Yes.

23         Q.  Okay.

24              And if you look at the deposit receipts, one is for

25   16:00  25,000, the second one is for 25,000?
```

TAREQ FREITEKH - 5/22/2015

```
 1   16:00      A.  Uh-huh.

 2               Q.  And do you agree that these were for deposits

 3          that would be made into a Georgia bank account?

 4               A.  I don't know what bank account it is, but they

 5   16:00   were made in North Carolina.  I don't have what

 6          information, what state, what city.  I just got the bank

 7          account.

 8               Q.  Do you know whose bank account this was going

 9          into?

10   16:00      A.  It's Akon or his company.

11               Q.  Who made these?

12               A.  My father.

13               Q.  Okay.

14               These are receipts; correct?

15   16:01      A.  Yes.

16               Q.  Okay.

17               MR. JERISAT:  Which exhibit is that, Exhibit 8?

18               MS. EWING:  That was Exhibit 8.

19               THE WITNESS:  Okay.

20   16:01      MS. EWING:  Okay.

21               I am now marking Exhibit 9. (EXHIBIT 9)

22               THE WITNESS:  Thank you.

23               MR. JERISAT:  All right.

24               For the record, this is the plaintiff exhibit, be

25   16:02   9.
```

TAREQ FREITEKH - 5/22/2015

| | | |
|---|---|---|
| 1 | 16:02 | MS. EWING:  I will say this one may be presented |
| 2 | | differently than what was in Mr. -- |
| 3 | | THE WITNESS:  Because it's from Ahmed Badawy to -- |
| 4 | | I don't know.  What is that? |
| 5 | 16:02 | MR. JERISAT:  Oh, you mean it's not part of the |
| 6 | | exhibit? |
| 7 | | MS. EWING:  No. |
| 8 | | Can we go off record for just a second. |
| 9 | | (A discussion is held off the record.) |
| 10 | 16:03 | MS. EWING:  Back on the record. |
| 11 | | MR. JERISAT:  This is Plaintiff's Exhibit 9, which |
| 12 | | is Defendant Exhibit D and Exhibit E, part of Defendant |
| 13 | | Exhibit 1. |
| 14 | | Go ahead, counsel. |
| 15 | 16:03 | MS. EWING: |
| 16 | | Q.  Okay. |
| 17 | | If you look at the first page of Exhibit 9, |
| 18 | | Mr. Freitekh, is that your email address as to the |
| 19 | | recipient of this -- of the first page email? |
| 20 | 16:04 | A.  Yes. |
| 21 | | Q.  And the date of that was March 10th, 2013? |
| 22 | | A.  Yes. |
| 23 | | Q.  And I'll represent to you that I don't have the |
| 24 | | attachment to this particular email, but it appears that |
| 25 | 16:04 | the original email had an attachment. |

TAREQ FREITEKH  -   5/22/2015

```
 1    16:04      A.  Uh-huh.

 2               Q.  Is that how it looks to you?

 3               A.  Yeah.

 4               Q.  Okay.

 5    16:04      And then this email that you -- that was dated

 6               March 10th, 2013, that was to you from Mr. Badawy?

 7               A.  Yes, I remember this email.

 8               Q.  Okay.

 9               What do you remember about this email on the 10th?

10    16:04      A.  I remember that Badawy send it to me and to

11               Tamer, and that he put together a side agreement.

12               Q.  Okay.

13               And then if you look at the next page, there are --

14               there's an email that contains -- that forwards another

15    16:05      email --

16               A.  Uh-huh.

17               Q.  -- and the email that was forwarded appears to

18               be from -- and I may say this wrong -- Aliaune Thiam?

19               A.  Aliaune Thiam, that's Akon.

20    16:05      Q.  Yes.

21               Is that correct?

22               A.  That's his name, but this email, it's even not

23               correct or there's something wrong with it because I

24               never forwarded the side agreement to Badawy.  I sent

25    16:05      him the track, but I forwarded the agreement that he put
```

| | | |
|---|---|---|
| 1 | 16:05 | together to Akon, after I told him I was against it from |
| 2 | | the beginning, because I wanted -- I wanted an official |
| 3 | | agreement with the lawyer before we start -- before I |
| 4 | | put the first deposit. |
| 5 | 16:05 | But then Badawy put together some sort of agreement |
| 6 | | and I was, like, "I'm going to send it, but I'm not |
| 7 | | going to follow up.  It's not my responsibility." |
| 8 | | **Q.  But you agree that your email is in both of the** |
| 9 | | **separate emails that are on the second page, meaning --** |
| 10 | 16:06 | A.  My email is correct, but I didn't send any |
| 11 | | attachment on the second email.  I need to check.  I |
| 12 | | didn't forward any agreements, especially Monday, like a |
| 13 | | day after. |
| 14 | | Q.  Okay. |
| 15 | 16:06 | **So you agree this is your email, but you dispute** |
| 16 | | **that there was an attachment?** |
| 17 | | A.  I agree I received the side artist agreement. |
| 18 | | I don't remember forwarding it to Ahmed Badawy. |
| 19 | | Q.  Okay. |
| 20 | 16:06 | A.  I forwarded it to Akon but not to Ahmed Badawy. |
| 21 | | Q.  Okay. |
| 22 | | **If you look on the third page, there's a side** |
| 23 | | **artist agreement that appears to be signed.** |
| 24 | | **And did you forward that to Mr. Badawy?** |
| 25 | 16:06 | A.  No. |

TAREQ FREITEKH - 5/22/2015

```
 1    16:06      MS. EWING:  Okay.

 2                Now marking Exhibit 10. (EXHIBIT 10)

 3                Sorry, I'm taking a minute to compare it to our

 4           earlier exhibit.

 5    16:08      MR. JERISAT:  It's Plaintiff's Exhibit 10, which is

 6           Defendant Exhibit 1 and Exhibit G as part of Exhibit 1.

 7                MS. EWING:

 8                Q.  Okay.

 9                Mr. Freitekh, have you had a chance to look at

10    16:08  Exhibit 10?

11                A.  Sure.  Yes.

12                Q.  Okay.

13                Is this an email from you to Mr. Badawy dated

14           April 9, 2013?

15    16:08      A.  Yes.

16                Q.  Okay.

17                And there's an attachment to this email?

18                A.  Uh-huh.

19                THE REPORTER:  Is that a "yes"?

20    16:08      THE WITNESS:  Yes.

21                MS. EWING:

22                Q.  Okay.

23                And do you agree that there's an attachment that

24           appears to be a deposit receipt to this email?

25    16:08      A.  Yes.
```

TAREQ FREITEKH  -  5/22/2015

Page 98

```
 1    16:08        Q.  Okay.

 2                 You disputed one of the other attachments?

 3                 A.  Uh-huh.

 4                 Q.  Do you have any reason to dispute that this was

 5    16:09    an attachment that you sent?

 6                 A.  I remember this one.  But the other one, I

 7             don't remember forwarding an agreement to -- to Badawy.

 8                 Q.  Uh-huh.

 9                 A.  I remember I forwarded it to Akon.  But this

10    16:09    one I remember because it's -- it's $100,000 from my

11             money transferred to Akon, so I better remember this

12             one.

13                 Q.  Okay.

14                 And this one appears from this document to be a

15    16:09    transfer that was made to Akon's account in Georgia?

16                 A.  Uh-huh.

17                 THE REPORTER:  Is that a "yes"?

18                 THE WITNESS:  Yes, yes.

19                 MS. EWING:

20    16:09        Q.  What's the date on this particular receipt?

21                 A.  April 1st, 2013.

22                 Q.  Okay.

23                 Is this an accurate -- or is this a real deposit

24             receipt?

25    16:10        A.  I believe so.
```

TAREQ FREITEKH -  5/22/2015

```
 1    16:10         Q.  Do you have any reason to think that this is

 2            not accurate?

 3                   A.  No.

 4                   Q.  Tell me -- It appears, so that you know, based

 5    16:10    on what we have looked at as far as some of these

 6            receipts that show an account in Akon -8766, which is

 7            Akon's account.

 8                   A.  Okay.

 9                   Q.  Can you tell me whether you ever came to

10    16:10    Georgia to make any receipts or deposit into his

11            account?

12                   A.  No.

13                   Q.  How did you make transfers to Akon's account?

14                   A.  For which subject?

15    16:11         Q.  For any -- Like for the project that is related

16            to the lawsuit, "Arabian Knight," or anything that was

17            after "Welcome to the Life."

18                   A.  Can you be more specific?  Because, you know, I

19            have a relationship with Akon.  It's very general

20    16:11    question.

21                   Q.  Okay.  Sure.

22                   A.  But I never done any -- no money deposits to

23            Akon Georgia account, if that's the question.  I never

24            went to Georgia, or I never presented in Georgia and

25    16:11    presented money to Akon's account.
```

TAREQ FREITEKH  -  5/22/2015

```
 1    16:11        Q.  Okay.

 2                 You never went to his home bank and in person went

 3         to the teller and gave --

 4                 A.  No.

 5    16:11        Q.  Okay.

 6                 How much money did you send to Akon for the second

 7         project involving Tamer Hosny?

 8                 A.  "Arabian Knight"?

 9                 Q.  Yes.

10    16:11        A.  Well, you have to be specific because there's

11         two project.  One canceled, and then we set up the

12         "Arabian Knight" in Miami in March.  So I just want

13         to --

14                 Q.  Okay.

15    16:12        Let me ask it this way.  After "Welcome to the

16         Life," for any other project involving Tamer Hosny,

17         regardless of what it was called --

18                 A.  Okay.

19                 Q.  -- how much money do you contend that you

20    16:12  transferred to Akon?

21                 MR. JERISAT:  Objection.  Vague.

22                 MS. EWING:

23                 Q.  Were there other Tamer Hosny projects?

24                 A.  There was Tamer Hosny "Arabian Knight."  I

25    16:12  mean, there was -- Chris Brown got canceled.  So there
```

TAREQ FREITEKH -  5/22/2015

1   16:12   was, you know -- And then it changed to "Arabian

2           Knight."

3                   There was money deposits from North Carolina to his

4           account, 25-, 25-, $50,000.  And then I transferred

5   16:12   $100,000 on April 4th from my money, because later on

6           with Tamer, we agreed that I'm going to go as partner in

7           this.  So this $100,000 is my money.

8                   And then we transferred another $5,000 because what

9           happened, the total was 300-.  Tamer sent 145-, and I

10  16:13   believe the total I sent was 155- or around 155,000 --

11               **Q.  Okay.**

12               A.  -- to finish the 300-.

13               **Q.  Are you aware that Akon had claimed that the**

14      **money that you transferred never made it into his**

15  16:13  **account?**

16               A.  No.

17               MR. JERISAT:  Objection.  I think -- I don't think

18          this is relevant to the issue of personal jurisdiction,

19          Counsel.  This goes to the heart of this lawsuit and --

20  16:13       MS. EWING:  It relates to a Georgia account.  You

21          can make your objection, but --

22               MR. JERISAT:  I'm instructing him not to answer.

23               THE WITNESS:  I'm not answering.

24               MS. EWING:

25  16:13       **Q.  Okay.**

TAREQ FREITEKH -  5/22/2015

| | | |
|---|---|---|
| 1 | 16:13 | **Is it your position that you paid the full $155,000** |
| 2 | | **to Akon?** |
| 3 | | A.  Is it -- Excuse me? |
| 4 | | **Q.  Is it your position that you paid $155,000 to** |
| 5 | 16:14 | **Akon?** |
| 6 | | A.  What do you mean? |
| 7 | | MR. JERISAT:  Same objection. |
| 8 | | Can we -- Can we go off record. |
| 9 | | (A discussion is held off the record.) |
| 10 | 16:16 | MS. EWING:  Back on the record. |
| 11 | | **Q.  The question is, is your position that you** |
| 12 | | **transferred $150,000 into a Georgia bank account?** |
| 13 | | A.  I don't understand the question, really.  Like |
| 14 | | what do you mean, what is my position? |
| 15 | 16:16 | **Q.  Did you transfer $155,000 into Akon's account** |
| 16 | | **in Georgia?** |
| 17 | | MR. JERISAT:  I'm going to object to that.  I think |
| 18 | | it's irrelevant to the issue of personal jurisdiction. |
| 19 | | MS. EWING:  He and I disagree. |
| 20 | 16:16 | MR. JERISAT:  And I don't think he should answer |
| 21 | | the question, with all due respect, because now we're |
| 22 | | going to have a running into an issue with a party who's |
| 23 | | not represented in this lawsuit -- |
| 24 | | MS. EWING:  I'm asking him -- |
| 25 | 16:17 | MR. JERISAT:  -- so far. |

TAREQ FREITEKH – 5/22/2015

1   16:17      MS. EWING:  -- if he transferred money into an

2           account in Georgia.  I'm entitled to ask that.

3           MR. JERISAT:  I think he testified he transferred

4           money into an account in Georgia.

5   16:17      MS. EWING:  He didn't, actually.

6           MR. JERISAT:  He said he transferred money.  What's

7           the amount and whose account it was, it's not relevant,

8           and there's a third party not present here.

9           MS. EWING:

10  16:17      **Q.  I'm still going to ask, did you transfer**

11          **$155,000 into a Georgia bank account?**

12          MR. JERISAT:  Same objection.

13          THE WITNESS:  My lawyer is objecting.

14          Answer or --

15  16:17      MR. JERISAT:  I don't think we should go into

16          another party who's not represented here.

17          THE WITNESS:  Can you ask me the question with

18          Akon's party is represented so everybody is happy?

19          MS. EWING:

20  16:17      **Q.  I'm asking you if you paid money, 155,000.**

21          **That, you should remember.**

22          **Did you pay $155,000 into -- (QUES)**

23          MR. JERISAT:  Counsel, same objection.  I don't

24          think he should answer this question.

25  16:17      THE WITNESS:  I'm not going to answer this

TAREQ FREITEKH  -  5/22/2015

1    16:18    question.

2              MS. EWING:  Okay.

3              Tell me if you object to this.

4              **Q.  Did you pay $155,000 into the account ending in**

5    16:18    **8766?  (QUES)**

6              MR. JERISAT:  Same objections.

7              THE WITNESS:  I'm not going to answer.

8              There was deposits and you --

9              MR. JERISAT:  I instructed you not to answer --

10   16:18    THE WITNESS:  Okay.

11             MR. JERISAT:  -- on behalf of Akon because Akon is

12        not represented now, and it's not fair to Akon's

13        interest at this point.

14             THE WITNESS:  When Akon's represented, I'll answer.

15   16:18    MS. EWING:  So that's your position?

16             MR. JERISAT:  Yes.

17             MS. EWING:  Okay.

18             Just for the record, I disagree with that position.

19             What are we on, 11?

20   16:19    THE WITNESS:  No, 9 -- No, no, 10.

21             MR. JERISAT:  10.

22             MS. EWING:  All right.

23             I'm now marking Exhibit 11. (EXHIBIT 11)

24             THE WITNESS:  Sure.

25   16:19    MS. EWING:

TAREQ FREITEKH  -  5/22/2015

```
 1   16:19        Q.  Mr. Freitekh, if you could take a look at

 2              Exhibit 11.

 3                 A.  Uh-huh.

 4                 Q.  Have you seen this document before?

 5   16:19        A.  Yes.

 6                 Q.  And on the second page, is that your signature?

 7                 A.  Yes.

 8                 Q.  Did you have a chance to review Exhibit -- the

 9              document that's Exhibit 11 before you signed it?

10   16:19        A.  Yes.

11                 Q.  And you signed it on July 25th, 2014?

12                 A.  Uh-huh.

13                 Q.  Under penalty of perjury; correct?

14                 A.  Uh-huh.

15   16:20      THE REPORTER:  Is that a "yes"?

16              THE WITNESS:  Yes.

17              MS. EWING:

18                 Q.  And you signed this stating that the

19              11 statements represented in Exhibit 11 were true and

20   16:20      correct; correct?

21                 A.  Yes.

22                 Q.  Okay.

23                 And if you look at number 9, can you read that

24              statement for me?

25   16:20        A.  "I have never been present in Georgia."
```

TAREQ FREITEKH  -  5/22/2015

```
 1   16:20        That's regarding "Arabian Knight."  I have not

 2                presented in Georgia during the filming or negotiation

 3                of "Arabian Knight."

 4           Q.  Does that say that in paragraph 9?

 5   16:20        A.  To be honest, the way I understood it and the

 6                way it was explained to me, present during the "Arabian

 7                Knight," this is the whole subject of the case.

 8                Because, like, there's footage from me and photos

 9                everywhere and video.  There's no reason for me to lie

10   16:21        about this.

11                I have never been presented in Georgia during the

12                "Arabian Knight" project.  This is the true, honest

13                meaning.

14           Q.  But for -- at least for Exhibit 11, you signed

15   16:21     off on July 25th, 2014 swearing that it was true and

16             correct that you had never been present in Georgia,

17             period?

18                A.  No, it didn't mean that way.

19                MR. JERISAT:  Objection.  Asked and answered.

20   16:21        I think the witness explained to you and also

21                explained by the defendant in his amended memorandum

22                that the statement "present" is relevant to the subject

23                of the lawsuit.

24                So asked and answered.  I mean, you're not going to

25   16:21        get any more mileage from this.  You can try.  We went
```

TAREQ FREITEKH  -  5/22/2015

1    16:21   on how many hours earlier before today.

2              MR. JERISAT:  Go ahead, yeah.

3              MS. EWING:

4           **Q.  Nothing in your statement in number 9, you**

5    16:21  **know, if someone had read this -- or nothing in**

6           **statement 9 says here that this is only in regard to the**

7           **"Arabian Knight" project; correct?**

8           A.  What is the case about?

9           **Q.  I'm not asking you what the case is about.**

10   16:22   A.  The case is about "Arabian Knight."  I wasn't

11         there during the shooting of "Arabian Knight" in

12         Georgia.  I never -- I wasn't present in Georgia during

13         the shooting of "Arabian Knight."

14          **Q.  But it's true that at least for this final, you**

15   16:22  **signed you had never been present in Georgia with --**

16         **without any other --**

17         MR. JERISAT:  Objection.  Asked and answered.

18         Counsel, I mean, we understand your position --

19         THE WITNESS:  Yeah.

20   16:22   MR. JERISAT:  -- during the morning hours, and you

21         made fun of our position that -- about the English

22         language.  Now you're taking the same counter-position

23         here.

24         MS. EWING:  I take opposition to you saying I made

25   16:22  fun of you earlier.

TAREQ FREITEKH -   5/22/2015

Page 108

```
1    16:22      MR. JERISAT:  I mean, your witness, and you clearly

2              agreed with him --

3              MS. EWING:  But --

4              MR. JERISAT:  -- and --

5    16:22      MS. EWING:  -- I am entitled to ask him

6              specifically --

7              MR. JERISAT:  Sure.

8              MS. EWING:  -- if he added anything to number 9 to

9              say that this is only talking about the case or only

10   16:22   talking about "Arabian Knight."

11             THE WITNESS:  What's the purpose of this paper?

12             MS. EWING:

13             Q.  All I'm asking you --

14             A.  All I'm asking you is, this is the purpose of

15   16:23   the case.  I have never been present in Georgia for this

16             case, not in my life.  This was the true, honestly, and

17             I'm telling you now.  So this is it.  I have never been

18             present in Georgia during "Arabian Knight," period.

19             That's it.

20   16:23      Q.  Okay.

21             You're telling me that's your explanation for why

22             you put number 9; correct?

23             MR. JERISAT:  Yes.

24             THE WITNESS:  Yes.

25   16:23      MS. EWING:
```

TAREQ FREITEKH  -  5/22/2015

Page 109

```
 1    16:23      Q.  But just so we're clear for the record, in

 2               number 9, you only stated the actual words, "I have

 3               never been present in Georgia," period --

 4               A.  Yeah.

 5    16:23      Q.  -- just the specific words?

 6               MR. JERISAT:  Objection.  Asked and answered.

 7               And I think, Counsel, we have explained to you -- I

 8               think we're going back and forth here, but in document

 9               31, we explain our position.  We explain with the

10    16:23  amended declaration.

11               You can go ahead and answer.

12               MS. EWING:  I can ask the question because you're

13               referring to a legal filing.

14               MR. JERISAT:  Sure, go ahead.  Go ahead.

15    16:24  THE WITNESS:  Yeah.

16               MS. EWING:

17               Q.  Okay.

18               And you agree that clearly, you know, you had been

19               present in Georgia before the "Arabian Knight" project?

20    16:24      A.  Of course.

21               Q.  Okay.

22               Number 10, you state, "I have never done business

23               in Georgia"; correct?

24               A.  Uh-huh, correct.

25    16:24      Q.  And you signed off on that?
```

TAREQ FREITEKH - 5/22/2015

```
 1   16:24      A.  Right.

 2              Q.  But you agree that you participated in the

 3         filming of a video in Georgia?

 4              THE REPORTER:  Hold on a second.

 5   16:24      MR. JERISAT:  Objection.  You're assuming that

 6         business is simply transacting and doing anything in

 7         Georgia.  His definition of business is receiving

 8         income, and he stated clear --

 9              MS. EWING:  I'm sorry, but let the witness describe

10   16:24  what he thinks "business" means.

11              MR. JERISAT:  Right, right.

12              Go ahead.

13              THE WITNESS:  I was a student.  By that time, it

14         was not a business.  It was help, volunteer.  I didn't

15   16:24  make money out of it, so I don't look at it as business.

16              So I had never done business or money in Georgia.

17         This is how I look at it.  I volunteered to help as a

18         student and helping out Tamer as a friend.

19              MS. EWING:

20   16:25      Q.  So is it -- Just so I understand, if -- is it

21         your position that you aren't doing business unless

22         you're getting paid to do the work?

23              A.  No, it doesn't have -- it is the money, of

24         course, this is number one, as business.  Number two,

25   16:25  transaction should have been paper, legal, filing taxes,
```

TAREQ FREITEKH -  5/22/2015

```
 1   16:25   all that.
 2                   This is business -- legal business, everything, you
 3            know, a real business.  You know, this was not business.
 4            This was help, volunteer, school, project as well.  You
 5   16:25   know, this is for me not business for sure.
 6                   Q.  But you did work on that project for "Welcome
 7            to the Life" in Georgia; correct?
 8                   A.  I worked on -- I worked on previous videos for
 9            free too.  I worked on -- 90 percent of the videos I
10   16:25   worked on is free.  There is over 200,000 filmmakers
11            ever year graduating.  So, you know, we need -- we need
12            to get, you know, the resume.
13                   MR. JERISAT:  Resume?
14                   THE WITNESS:  Resume, yeah.
15   16:26      So for me, it's not business for sure.  I'll say
16            it's business if I gained money or if there was a, you
17            know, business transaction that happened there.  But no,
18            this is pure help, volunteer.
19                   MS. EWING:
20   16:26           Q.  Okay.
21                   And then number 11 says, "I have never received any
22            income from any Georgia business or person."
23                   A.  Uh-huh.
24                   Q.  How is that different from the statement in
25   16:26   number 10 that "I have never done business in Georgia"?
```

TAREQ FREITEKH  -  5/22/2015

1   16:26        MR. JERISAT:  Objection.  Asked and answered.  It's

2              the same -- It's the same answer, Counsel.

3              MS. EWING:  I'm asking the witness because he

4              signed his name and provided his statement.

5   16:26        MR. JERISAT:  Sure.

6              MS. EWING:  I'm asking him because he told me

7              number 10 meant receiving money.

8              MR. JERISAT:  Right.

9              MS. EWING:

10  16:26      **Q.  So I'm just asking if there's any difference**

11           **between number 10 and 11.**

12              A.  I think number 11, if you know if -- more

13           specific, I never done business with individuals or

14           company like -- you know, no one person hired me or,

15  16:27   like, whole company hired me.  This was my meaning.  So

16           it's individuals or corporate.  I was never hired or got

17           paid in Georgia, Atlanta.

18              **Q.  Okay.  All right.**

19              **And it's true that you did change the declaration**

20  16:27   **that was number 11?**

21              MR. JERISAT:  Objection to that characterization of

22           the form.  This was an amended, not changed --

23              MS. EWING:  Okay.

24              MR. JERISAT:  -- to clarify.

25  16:27        MS. EWING:  All right.

TAREQ FREITEKH -  5/22/2015

1    16:27        I'm now going to mark Exhibit 12. (EXHIBIT 12)

2              THE WITNESS:  Thank you.

3              MS. EWING:

4                 **Q.  If could you take a look at Exhibit 12 and let**

5    16:28   **me know if you recognize this document.**

6              A.  Yeah.

7                 **Q.  Is that your signature on the second page?**

8              A.  Yes.

9                 **Q.  Okay.**

10   16:28        **And do you recognize this as an amended declaration**

11          **of Tarik Freitekh pursuant to 28 U.S.C. 1746?**

12             A.  Uh-huh.

13                **Q.  And what was the purpose for amending the**

14          **declaration that we saw in number 11?  What was your**

15   16:28   **reason?**

16             MR. JERISAT:  Objection.  Asked and answered, I

17          think.

18             MS. EWING:  No, this is a new exhibit.

19             I'm asking him, why did you amend your Exhibit

20   16:28   Number 11?

21             THE WITNESS:  Because of --

22             MR. JERISAT:  Objection.  You're asking him a legal

23          question.

24             THE WITNESS:  Yeah.  Honestly, it is a legal

25   16:28   question.

TAREQ FREITEKH  -   5/22/2015

1    16:28        MS. EWING:

2              Q.  If there's any -- Did something about -- Tell

3         me, did you come to your attorney -- or I don't want to

4         find out what you said to your attorney, but what were

5    16:29    the circumstances of amending your first declaration?

6              Did you decide that you needed to change something,

7         or was it your initiative or not?

8              MR. JERISAT:  I'm going to object as

9         attorney-client privilege.

10   16:29        MS. EWING:  Okay.

11             Q.  Did you have a chance to review Exhibit 12

12        before you signed it?

13             MR. JERISAT:  Can we go off record.

14             (A discussion is held off the record.)

15   16:29        MS. EWING:  We can go back on.

16             Q.  If you look -- Mr. Freitekh, if you look at

17        Exhibit 11, Exhibit 12 --

18             A.  I don't see 12.  Oh, 11.  Oh, okay.  I know

19        what you mean now.

20   16:29        Q.  Okay.

21             And I just want to figure out what's different

22        between the two.

23             A.  Of course.

24             Q.  Do you agree that the statement number 1 looks

25   16:30    to be the same?

TAREQ FREITEKH -  5/22/2015

| 1 | 16:30 | A.  Uh-huh. |
| 2 | | **Q.  Is that true?** |
| 3 | | A.  Yeah. |
| 4 | | **Q.  Okay.** |
| 5 | 16:30 | **Statement number 2 appears to be the same; is that** |
| 6 | | **correct?** |
| 7 | | A.  Yes. |
| 8 | | MR. JERISAT:  Counsel, we'll stipulate that |
| 9 | | statements 1 through 8 are the same. |
| 10 | 16:30 | THE WITNESS:  Yeah. |
| 11 | | MS. EWING:  Okay. |
| 12 | | MR. JERISAT:  And that statement 9, 10, and 11 are |
| 13 | | different. |
| 14 | | MS. EWING:  You said 1 through 8 -- |
| 15 | 16:30 | MR. JERISAT:  1 through 8 are the same. |
| 16 | | MS. EWING:  Okay. |
| 17 | | I thought you said 1 through 3 at first.  1 through |
| 18 | | 8.  And -- Okay. |
| 19 | | **Q.  So if you look at statement 9 --** |
| 20 | 16:31 | A.  Uh-huh. |
| 21 | | **Q.  -- statement 9 is different in Exhibit 12** |
| 22 | | **versus the number 9 in Exhibit 11?** |
| 23 | | A.  Uh-huh, yes. |
| 24 | | **Q.  Now, the Exhibit 9 says that you had traveled** |
| 25 | 16:31 | **to Georgia in or around January 2013 to record a music** |

TAREQ FREITEKH -  5/22/2015

1    16:31   video; correct?

2            A.  Yes, I traveled to Georgia in about January,

3    yeah.

4            Q.  But, in fact, as we talked about earlier, you

5    16:31   had also been in Georgia in December of 2012; correct?

6            A.  Yes.

7            Q.  Okay.

8            A.  But it says "in or about January."  So it was

9    because everything happened in the two weeks.  It was,

10   16:31   like, probably, yeah.

11           Q.  Is there a reason, you know, not to mention

12   December -- the December visit?

13           A.  No, there's no reason at all.

14           The case -- You know, the whole "Arabian Knight"

15   16:32   started in 2013.  So my whole intention, you know, when

16   writing this, I was focusing on "Arabian Knight."  I

17   didn't know it's a question, like, you know, I have to

18   reveal years before and all that.

19           Q.  And then number 10 --

20   16:32   A.  In 11 or 12?

21           MR. JERISAT:  10.

22           MS. EWING:

23           Q.  In 10 in number 12.

24           A.  Uh-huh.

25   16:32   Q.  This one is different from 10 in number 11?

| | | |
|---|---|---|
| 1 | 16:32 | A.  Yeah. |
| 2 | | Q.  Okay. |
| 3 | | And this one now says, "I was not paid for my work |
| 4 | | on the music video "Welcome to the Life"; is that |
| 5 | 16:32 | correct? |
| 6 | | A.  That's correct. |
| 7 | | Q.  Is that statement -- Do you still believe that |
| 8 | | statement to be true and correct? |
| 9 | | A.  Yes. |
| 10 | 16:33 | Q.  And it's your position that you never received |
| 11 | | any money for work that you did on the "Welcome to the |
| 12 | | Life" video? |
| 13 | | A.  I didn't receive money for my fees.  I didn't |
| 14 | | get paid for this video. |
| 15 | 16:33 | Q.  For your work? |
| 16 | | A.  For my work, yeah. |
| 17 | | Q.  Okay. |
| 18 | | And number 11, you agree, is different, and number |
| 19 | | 12 is different from 11 -- in number Exhibit 11? |
| 20 | 16:33 | A.  Yeah, they're different. |
| 21 | | Q.  Okay. |
| 22 | | And in Exhibit -- sorry. |
| 23 | | MR. JERISAT:  12. |
| 24 | | MS. EWING: |
| 25 | 16:33 | Q.  -- 12, number 11 of Exhibit 12, you say, "I did |

TAREQ FREITEKH  -  5/22/2015

```
 1   16:33   not discuss the "Arabian Knight" project, the subject of

 2           this lawsuit, with Akon or Hosny during my visit to

 3           Georgia"; correct?

 4               A.  Correct.

 5   16:33       Q.  Do you still believe that statement to be true

 6           and correct?

 7               A.  Yes.

 8               Q.  Because there's some -- there may be an issue

 9           about when it was called "Arabian Knight."  Is this --

10   16:34       A.  "Arabian Knight" came to the picture on

11           March -- March -- mid March, like almost --

12               MR. JERISAT:  Can we have a second to be clear.

13           This was no question -- Just answer the question.

14               THE WITNESS:  Okay.

15   16:34   MS. EWING:

16               Q.  Did you discuss any other project involving

17           Tamer Hosny during your visit to Atlanta with Akon or

18           Hosny different from "Welcome to the Life"?

19               MR. JERISAT:  Objection.  Asked and answered.  The

20   16:34   witness clearly stated he does not remember.

21               MS. EWING:  I'm asking him just based now looking

22           at this document.

23               THE WITNESS:  I don't remember any general

24           questions, but no serious talk were about any other

25   16:34   project other than "Welcome to the Life" in Georgia.
```

TAREQ FREITEKH  -  5/22/2015

1   16:35      MS. EWING:

2            **Q.  Even if it wasn't a serious --**

3            A.  I don't remember.

4            **Q.  Okay.**

5   16:35      **If you do remember at a later time, would you be**

6         **willing to change your declaration?**

7            A.  Sure, sure.

8            **Q.  And if you do remember at a later time, do you**

9         **agree that because you signed your name saying that**

10  16:35   **these statements are true and correct, that you would**

11        **need to change it?**

12           A.  Say again.

13           **Q.  You said you don't remember --**

14           A.  Uh-huh.

15  16:35      **Q.  -- if those discussions happened in Atlanta.**

16           **If something changes and you remember having**

17        **discussions about another project in Atlanta, other than**

18        **"Welcome to the Life," do you agree you would need to**

19        **change your affidavit because you said -- this is**

20  16:35   **supposed to be correct?**

21           MR. JERISAT:  Objection.  Speculation -- Calls for

22        speculation, also calls for a legal conclusion.

23           MS. EWING:

24           **Q.  Well, let me ask it this way.  Since you signed**

25  16:36   **your name stating that all your statements in your**

TAREQ FREITEKH  -  5/22/2015

```
 1    16:36   declaration are true and correct under penalty of
 2             perjury, if you discover later on through your memory or
 3             otherwise that your statements are false, don't you
 4             agree you need to change your statements?
 5    16:36        MR. JERISAT:  Objection.  Speculation, asking for a
 6             legal conclusion.
 7                 THE WITNESS:  So --
 8                 MS. EWING:
 9                 Q.  You can --
10    16:36        A.  Can you paraphrase the question.
11                 Q.  Sure --
12                 You signed your name stating that all the
13             statements in Exhibit 12 --
14                 A.  Okay.
15    16:36        Q.  -- were true and correct under penalty of
16             perjury.
17                 A.  Yes.
18                 Q.  All I'm asking is, if you remember --
19                 A.  I did not discuss the "Arabian Knight" project,
20    16:36   the subject of lawsuit, with Akon and Hosny during my
21             visit to Georgia.
22                 Q.  But you're telling me that you don't remember.
23                 A.  "Arabian Knight" was not discussed in Georgia
24             for sure, hundred percent, "Arabian Knight."  Pitbull
25    16:36   and Akon and Tamer came to the picture at the end of
```

TAREQ FREITEKH  -  5/22/2015

```
 1   16:36   March --

 2              Q.  Okay.

 3              A.  -- the whole project.

 4              So here my statement is hundred percent that I did

 5   16:37   not discuss "Arabian Knight" project in -- you know, in

 6              Georgia, Atlanta.  The main focus was "Welcome to the

 7              Life."

 8              MR. JERISAT:  Stop.  There's no question and you're

 9              confusing the record.  Listen to her question.

10   16:37   THE WITNESS:  I answered that question many time.

11              MR. JERISAT:  But listen to her question and then

12              don't volunteer until she asks her question because

13              you're confusing the record.

14              THE WITNESS:  I'm sorry.

15   16:37   MS. EWING:

16              Q.  Is your number 11, the statement that you just

17              read from, is your distinction about calling that the

18              "Arabian Knight" project, is your statement -- I'm

19              trying not to be confusing.

20   16:37   MR. JERISAT:  This is confusing.

21              THE WITNESS:  Can I go to the restroom real quick?

22              MS. EWING:  Yeah.

23              (A recess is taken.)

24              MS. EWING:  Back on the record.

25   16:40   Q.  So one of the issues that we're kind of -- that
```

TAREQ FREITEKH -   5/22/2015

```
 1    16:40    keep coming up in this issue is that this project, some

 2              people call it "Arabian Knight," some people call it

 3              something else, some people call it "the project."

 4                   MR. JERISAT:  I think there's two projects, to be

 5    16:40    honest, because the Chris Brown project -- Stop, stop.

 6              Don't interrupt here.

 7                   MS. EWING:  Yeah.

 8                   MR. JERISAT:  And listen to the question before you

 9              answer because she can only take down one person --

10    16:40         THE WITNESS:  Okay.  I'm sorry.

11                   MS. EWING:  I just want to make sure we don't get

12              hung up on names.

13                   THE WITNESS:  Okay.

14                   MS. EWING:

15    16:40         Q.  So I understand what your statements mean when

16              I read your declaration, when you say there were no

17              discussions about the "Arabian Knight" project in

18              Atlanta, but then you also tell me that you don't

19              remember discussing the second project --

20    16:40         A.  There was no serious discussions that I

21              remember, serious.

22                   MR. JERISAT:  Stop.  She didn't finish.

23                   THE WITNESS:  Okay.

24                   Finish.  Okay.

25    16:41         MR. JERISAT:  Let her finish.
```

TAREQ FREITEKH -  5/22/2015

```
 1    16:41      THE WITNESS:  It's the same point.

 2               MR. JERISAT:  She can only take one person --

 3               THE WITNESS:  Okay.

 4               MS. EWING:  Okay.

 5    16:41      THE WITNESS:  Sorry.

 6               MS. EWING:

 7               Q.  I just want to make sure that we're talking --

 8          I don't want you to get hung up on that it wasn't called

 9          "Arabian Knight" until a certain point in time.  I'm

10    16:41  just asking in general.

11               You told me earlier that you don't remember the

12          second project involving Tamer Hosny, other than

13          "Welcome to the Life," a new one was talked about in

14          Atlanta.

15    16:41      That's what you said earlier; is that correct?

16               A.  Say it again.

17               Q.  That you don't remember if a future project,

18          other than "Welcome" -- you know, after "Welcome to the

19          Life," was talked about in Atlanta.

20    16:41      A.  I remember there was no serious talk.  Yes,

21          there was no serious talk about any future project.  If

22          anybody around me said -- or anybody said, "Let's do

23          another project," which I doubt it, that, you know,

24          there was nothing serious.  There was no serious talk

25    16:41  about a new project.  I don't remember if anybody said
```

TAREQ FREITEKH  -  5/22/2015

Page 124

| | | |
|---|---|---|
| 1 | 16:42 | anything. |
| 2 | | MR. JERISAT:  Stop, stop, stop, stop.  You're not |
| 3 | | listening to the question.  You're not answering the |
| 4 | | question.  Okay.  We need to have a clean record. |
| 5 | 16:42 | THE WITNESS:  Okay. |
| 6 | | MR. JERISAT:  She asked you -- |
| 7 | | Can you repeat the question.  Okay. |
| 8 | | (The record is read by the reporter.) |
| 9 | | MR. JERISAT:  Okay. |
| 10 | 16:42 | Now she has a question. |
| 11 | | THE WITNESS:  I don't remember. |
| 12 | | MS. EWING: |
| 13 | | **Q.  Okay.** |
| 14 | | **You make the statement in Exhibit 12 that there was** |
| 15 | 16:42 | **no discussion about the "Arabian Knight" project in** |
| 16 | | **Atlanta?** |
| 17 | | A.  Uh-huh. |
| 18 | | **Q.  And you were definite about that?** |
| 19 | | A.  Yeah. |
| 20 | 16:42 | **Q.  And I guess I'm trying to understand if --** |
| 21 | | **because you said you also don't remember whether you** |
| 22 | | **talked about a future project in Atlanta.** |
| 23 | | A.  Okay. |
| 24 | | MR. JERISAT:  Hold on. |
| 25 | 16:43 | I'm sorry.  What's the question? |

TAREQ FREITEKH -  5/22/2015

```
 1   16:43        MS. EWING:  Okay.  Sorry.
 2              Q.  Let me -- Let me ask this.
 3              A.  Go ahead.  I think we're all tired, that's it.
 4         We're all getting sleepy.  I didn't sleep myself.
 5   16:43      Q.  Sorry.  This is my problem of not being able to
 6         ask a clear question.
 7              A.  No, go ahead.  I want to give you a clear
 8         answer.
 9              Q.  I just want to make sure I understand what you
10   16:43   meant when you put that paragraph 11.
11              A.  Of course.
12              Q.  So for paragraph 11, that talks about there was
13         no discussion about the "Arabian Knight" project in
14         Atlanta?
15   16:43      A.  Paragraph number 11?
16              Q.  On Exhibit 12.
17              A.  On Exhibit 12?
18              Q.  Uh-huh.
19              Does that depend on your understanding that there
20   16:44   was no "Arabian Knight" project called that until after
21         you left Atlanta?
22              A.  I didn't discuss the "Arabian Knight" project.
23              Q.  Uh-huh.
24              A.  That's based on there was no serious talk about
25   16:44   any next project.  Like, I don't know -- How can I put
```

TAREQ FREITEKH -  5/22/2015

1    16:44    this?  There was no serious talk about --

2                    MR. JERISAT:  Okay.  This is -- Okay.

3                    Please ask your question again.

4                    Listen to the question.

5    16:44    MS. EWING:  Okay.

6                    THE WITNESS:  Am I misunderstanding the question?

7                    MR. JERISAT:  Yes, yes.

8                    Please ask the question.

9                    THE WITNESS:  Okay.  Go ahead.

10   16:44    MS. EWING:

11               Q.  Okay.

12               A.  I'm sorry.  I'm sorry.

13               MS. EWING:  Can you repeat the question.

14               (The record is read by the reporter.)

15   16:45    THE WITNESS:  "Arabian Knight" was not discussed.

16               MS. EWING:

17               Q.  Okay.

18               When you say that "Arabian Knight" was not

19          discussed in Atlanta --

20   16:46        A.  Okay.

21               Q.  -- is your reason for saying that because there

22          was no project that was called specifically "Arabian

23          Knight" until a later point in time after you all left

24          Atlanta?

25   16:46        A.  That's one of the reasons, yes.

TAREQ FREITEKH  -   5/22/2015

| | | |
|---|---|---|
| 1 | 16:46 | Q.  Is that the reason that -- for your statement |
| 2 | | 11 that there was no discussion about the "Arabian |
| 3 | | Knight" project? |
| 4 | | A.  One of the reasons.  One of the reasons. |
| 5 | 16:46 | Q.  What's the other reason? |
| 6 | | A.  There's many reasons.  Because we really didn't |
| 7 | | have any serious talk, us saying, "We're going to do a |
| 8 | | new feature in Miami" in Atlanta while we haven't even |
| 9 | | recorded or have a name for the project Tamer and Akon. |
| 10 | 16:46 | That's what I was saying. |
| 11 | | Q.  Okay. |
| 12 | | And I hate to sort of reask these questions again. |
| 13 | | A.  No, no, no.  That's fine.  Of course. |
| 14 | | Q.  I want to make sure the record is clear. |
| 15 | 16:46 | Every now and again, you say there were no serious |
| 16 | | talks.  I am trying to understand if there was any |
| 17 | | talks. |
| 18 | | A.  This is music industry and -- |
| 19 | | MR. JERISAT:  Counsel, I have to object.  It's |
| 20 | 16:47 | asked and answered. |
| 21 | | And, further, the question is confused.  He |
| 22 | | testified that part of the reason that the project -- |
| 23 | | the "Arabian Knight" was not discussed in Atlanta is |
| 24 | | because the name only came after January, and there may |
| 25 | 16:47 | have been discussions about other projects, I think. |

TAREQ FREITEKH - 5/22/2015

```
 1   16:47  So --
 2               MS. EWING:  I'm not sure he said that.
 3               MR. JERISAT:  And I think further questioning is
 4          not going to clarify it, but go ahead, try.
 5   16:47     THE WITNESS:  Go ahead.
 6               MS. EWING:
 7               Q.  Okay.
 8               This may be like the last question I ask on this.
 9               A.  No, no.
10   16:47     Q.  I just want to make sure --
11               A.  Of course.
12               Q.  -- nothing has changed from what you told me
13          earlier?
14               A.  Of course.
15   16:47     Q.  Earlier, you told me you did not remember if
16          another project was talked about in Atlanta aside from
17          "Welcome to the Life."
18               A.  Any serious.
19               Q.  No, you told me -- Earlier, you told me you
20   16:47     don't remember any.
21               A.  I don't remember any talk.  But if we had a
22          serious conversation, I would have remembered.  If we
23          discussed -- If we sat and talk about an artist and new
24          project, I would have remembered serious conversation.
25   16:48  But if anybody talking between me, no, I don't remember.
```

TAREQ FREITEKH - 5/22/2015

Page 129

| | | |
|---|---|---|
| 1 | 16:48 | Q.  My question is, just simply, do you remember |
| 2 | | any conversation about another project, other than |
| 3 | | "Welcome to the Life," that would have involved Tamer |
| 4 | | Hosny while you were in Atlanta? |
| 5 | 16:48 | MR. JERISAT:  Objection.  Asked and answered. |
| 6 | | THE WITNESS:  I don't remember. |
| 7 | | MS. EWING:  I'm sorry.  But -- |
| 8 | | THE WITNESS:  I don't remember. |
| 9 | | MS. EWING:  -- this has made me ask the question |
| 10 | 16:48 | again because -- |
| 11 | | MR. JERISAT:  I understand, but I don't think we're |
| 12 | | getting anywhere with this. |
| 13 | | THE WITNESS:  I don't remember. |
| 14 | | MS. EWING:  Okay.  All right. |
| 15 | 16:48 | THE WITNESS:  Took me forever to understand. |
| 16 | | MS. EWING: |
| 17 | | Q.  Is there anything here today that you want to |
| 18 | | add to the statements that you made in Exhibit 12? |
| 19 | | A.  Can I discuss question with my lawyer? |
| 20 | 16:49 | MR. JERISAT:  No, you can't discuss. |
| 21 | | THE WITNESS:  I can't? |
| 22 | | MR. JERISAT:  Either answer "yes" or "no." |
| 23 | | THE WITNESS:  I transferred $43,000 to -- |
| 24 | | MR. JERISAT:  Objection. |
| 25 | 16:49 | She's asking you a question about Exhibit 12. |

TAREQ FREITEKH  -  5/22/2015

```
 1   16:49        THE WITNESS:  Oh, Exhibit 12.

 2                MS. EWING:

 3                   Q.  Uh-huh.  I'm just asking you if there's

 4                anything you want to add or change.

 5   16:49        MR. JERISAT:  No, no.  Listen to the question.

 6                THE WITNESS:  Oh, I'm sorry.

 7                MS. EWING:

 8                   Q.  No, anything you want to add or change --

 9                   A.  No, no.  All good.

10   16:49           Q.  -- to Exhibit 12?

11                   A.  To Exhibit 12?

12                   Q.  Uh-huh.

13                   A.  No.

14                   Q.  Okay.

15   16:49           Are there -- Is there anything else that you want

16                to add about the case here today?

17                MR. JERISAT:  Objection.  Vague, asking for a

18                narrative, and foundation.

19                   If you would be specific, you may ask that.  You're

20   16:49     asking a general question.

21                MS. EWING:

22                   Q.  Okay.

23                   Is there anything else about your trip to Atlanta

24                or your project on "Welcome to the Life" or anything

25   16:49     about the trip to Atlanta and while you were with the
```

TAREQ FREITEKH -  5/22/2015

| | | |
|---|---|---|
| 1 | 16:50 | other, you know, parties in Atlanta that you would like |
| 2 | | to add? |
| 3 | | A.  No. |
| 4 | | MS. EWING:  Okay. |
| 5 | 16:50 | Let me just look over my notes real quick. |
| 6 | | MR. JERISAT:  Sure.  All right. |
| 7 | | MS. EWING: |
| 8 | | Q.  I just have a couple more questions, and then I |
| 9 | | wanted to show you the videos that we discussed earlier. |
| 10 | 16:52 | A.  For sure. |
| 11 | | Q.  Okay. |
| 12 | | Have you -- I think I saw that you've done work for |
| 13 | | Neo? |
| 14 | | A.  Neo. |
| 15 | 16:52 | Q.  Neo, have you done any work for him? |
| 16 | | A.  He pictured, yes. |
| 17 | | Q.  Okay. |
| 18 | | Any work that you've done with him involve meetings |
| 19 | | in Georgia or any work in Georgia? |
| 20 | 16:52 | A.  His house is next to my house in L.A.  Neo |
| 21 | | lives in L.A. |
| 22 | | Q.  He's also -- |
| 23 | | A.  In Georgia. |
| 24 | | Q.  Yeah. |
| 25 | 16:52 | A.  All artists have tons of house. |

TAREQ FREITEKH -  5/22/2015

1    16:52        Q.  Have you had any reason to come work with him

2              in Georgia?

3                 A.  No.

4                 Q.  And any other artist that you've visited, even

5    16:52     if it was for a short period of time, here in Georgia?

6                 A.  No.

7                 Q.  Okay.

8                 And I'm going to show you a couple videos that we

9              mentioned earlier just to make sure that the one that

10   16:52     I'm looking at is the one we talked about was posted.

11                A.  For sure.

12                Q.  Wouldn't be an exhibit.  I just want to make

13             sure.

14                A.  No problem.

15   16:52     THE REPORTER:  Do you want to go off the record?

16             MS. EWING:  Yeah, go off the record.

17             (Video played.)

18             MS. EWING:  Back on.  Okay.

19                Q.  Mr. Freitekh, we're back on the record.

20   16:55        Earlier today, we looked at a screenshot of your

21             YouTube account and there was an entry that was

22             filmed -- or posted in December 2012, and you said that

23             that was the event that you were -- visited Akon in

24             Atlanta?

25   16:56        A.  For a few hours, yes, in Atlanta.

TAREQ FREITEKH -  5/22/2015

1   16:56      Q.  And that you had posted a video from

2          Ritz-Carlton?

3              A.  It was recorded.  I posted it in my house in

4          North Carolina.

5   16:56      Q.  I wanted to see -- I wanted to play a video for

6          you.

7              A.  Sure.

8              Q.  And I am about to play the video, and I want

9          you to tell me if this is the same video that's on your

10  16:56   YouTube page --

11             A.  Of course.

12             Q.  -- from December 2012 posted.

13             (Video played.)

14             THE WITNESS:  Is this the one taken from my page or

15  16:57   Tamer's page?

16             MS. EWING:

17             Q.  This was from your page.

18             A.  Yes, that's it.  But I just need to

19          double-check because Tamer, he had had one.

20  16:57      The closeup on Akon in my video, I think we were

21          together all the time, but I need to double-check.  You

22          know what I mean?  This is the one downloaded from --

23             Q.  From your page.

24             A.  I just want to -- Can I go online and check?

25  16:57      Q.  I don't know if there's a Wi-Fi --

TAREQ FREITEKH  -  5/22/2015

Page 134

```
 1   16:57      MR. JERISAT:  What's the question?
 2              MS. EWING:  I just wanted to see if this was -- I
 3         mean, this is the title.  I got it from his YouTube
 4         page.
 5   16:57      THE WITNESS:  If you got it from my YouTube page,
 6         yeah, this is it.
 7              MS. EWING:  And I just wanted his confirmation
 8         we're talking about the same video.
 9              THE WITNESS:  Yes.
10   16:57      MR. JERISAT:  Which is at the Ritz-Carlton or at
11         his house?
12              THE WITNESS:  Yeah, where I parked my car, where he
13         dropped me at the Ritz-Carlton.  We just did -- The
14         video was -- Tamer asked for it.
15   16:58      MR. JERISAT:  Okay.
16              THE WITNESS:  So yes.
17              MS. EWING:
18         Q.  Are you comfortable this is the video that we
19         talked about earlier --
20   16:58      A.  Yes.
21         Q.  -- that you posted to your account?
22         A.  Yes.
23              MS. EWING:  All right.  Another video.  Off the
24         record.
25   16:58      (Video playing.)
```

TAREQ FREITEKH - 5/22/2015

```
 1   16:58        MS. EWING:  Let the record reflect I'm not

 2                introducing as an exhibit, but I'm showing to the

 3                witness for his comment about what the video is.

 4                    I'm going to tell you it's -- this one is posted on

 5   16:58        Tamer's YouTube page, and it's called "Behind the Scenes

 6                for the Welcome to the Life Project."  And I just want

 7                to see if this is the video that you recognize as being

 8                the "Behind the Scenes."

 9                    MR. JERISAT:  For the record, though -- You can ask

10   16:58        questions.  For the record, we're objecting to these

11                videos on the basis of hearsay and foundation and

12                authenticity.

13                    But go ahead, you can ask those questions.

14                    MS. EWING:  Okay.

15   16:59        Q.  Well, the video that we looked at a minute ago,

16                do you agree that you're in that video?

17                A.  Yes.

18                Q.  Okay.

19                A.  The video that you took from my YouTube page?

20   16:59        Q.  The one -- Yes.

21                Is this going to Akon's house, the house that's

22                pictured at the beginning?

23                A.  Yes, yes.

24                Q.  Okay.

25   16:59        A.  This is leaving his house going to Tuk-Tuk.
```

TAREQ FREITEKH  –   5/22/2015

```
1    16:59      Q.  Okay.

2               Is that the recording studio?

3               A.  Uh-huh.

4               Q.  And is that -- Sorry.  I'm just pausing it for

5    16:59    a second.  Okay.

6               So the part where you're in the recording studio,

7             earlier you talked about how you had to get the song put

8             together for "Welcome to the Life."

9               A.  I was with them, yeah, but we were all working

10   17:00    together.

11              Q.  I'm sorry.  Not you directly, but the team, the

12            group?

13              A.  Yeah, the group.  Yeah.

14              Q.  So when they're working in the studio, this was

15   17:00    trying to get the "Welcome to the Life" song put

16            together like you had mentioned earlier?

17              A.  Yes, "Welcome to the Life."

18              Q.  Okay.

19              And let's see.

20   17:00    A.  Learning Arabic.

21            MR. JERISAT:  There's no question.

22            THE WITNESS:  No, I'm telling you.

23            MS. EWING:  Okay.

24            And we're at a minute 12.

25   17:01      Q.  Is that you in the plaid or greenish shirt?
```

TAREQ FREITEKH – 5/22/2015

```
 1    17:01      A.  Yeah, yeah.

 2                Q.  Okay.

 3                And who is the individual with the cap on?

 4                A.  Tamer Yehia.

 5    17:01      Q.  And that's who?

 6                A.  Akon's assistant.

 7                Q.  Okay.

 8                And the guy with the white T-shirt?

 9                A.  That's J.R. Taylor, choreographer.

10    17:01      THE REPORTER:  One at a time.

11                MR. JERISAT:  Choreographer.

12                MS. EWING:

13                Q.  And this was the rehearsals that you talked

14          about earlier for "Welcome to the Life," the dancers?

15    17:01      A.  Yes.

16                Q.  Okay.

17                A.  Tamer Yehia.

18                Q.  And we're at a minute 25.

19                Again, that's -- the guy with the white cap,

20    17:02  that's --

21                A.  Tamer Yehia.

22                Q.  And are you pictured in this frame?

23                A.  Yes.

24                Q.  And what are you doing in this frame?

25    17:02      A.  I'm looking.
```

TAREQ FREITEKH -  5/22/2015

1   17:02      Q.  Is this on -- at the warehouse location?

2              A.  Yeah.

3              Q.  Okay.

4              And who's the other individual?

5   17:02      A.  That's Hosny.  They brought him here to take

6              care of the baby, the new -- you know, after he was born

7              because she was thinking she going to be tired.  So he

8              basically is taking care of the baby.

9              This is Zeus, the DP.

10  17:02      Q.  We're at a minute 27.

11             MR. JERISAT:  There's no question.

12             MS. EWING:  We're at a minute 27.

13             Q.  The man with the cap on, the knit cap, his

14             name, that's Zeus, the DP?

15  17:02      A.  The DP.

16             Q.  Okay.

17             And it's hard to see with that clip.  There's

18             another guy with a black ban- -- headband in this frame.

19             Do you recognize who that is?

20  17:03      A.  I don't remember, but there was few guys that

21             came -- What's the word?  Like when you're at school and

22             you go to help -- and they give you --

23             MR. JERISAT:  Credit intern?

24             THE WITNESS:  Intern.  There was a few interns.

25  17:03  I'll get their names.

TAREQ FREITEKH - 5/22/2015

```
 1    17:03      MS. EWING:  Okay.

 2               THE WITNESS:  That's Badawy.

 3               MS. EWING:

 4               Q.  So we're at a minute 28.

 5    17:03      A.  Uh-huh.

 6               Q.  The man on the left, that's Mr. Badawy?

 7               A.  Yes.

 8               Q.  Okay.

 9               And who's the gentleman on the right?

10    17:03      A.  Hosny, Tamer's brother.

11               Q.  Okay.

12               So you're pictured a few times, you know.  This is

13          what you're talking about before, where you had worked

14          on and assisted with the video?

15    17:04      A.  Say again.

16               Q.  Strike that.

17               A.  Okay.

18               Q.  Is -- Strike that.

19               I don't know.  I did ask you about one frame you

20    17:04  appear in the video.

21               A.  Yeah, yeah, I am in the video.

22               MS. EWING:  Okay.  All right.

23               Those are the only videos that I was going to show

24          you.  I just want to make sure that we were talking

25    17:05  about the same project.  And that's all I have.
```

TAREQ FREITEKH  -  5/22/2015

| | |
|---|---|
| 1 | 17:05        MR. JERISAT:  I have just a brief redirect -- or |
| 2 |         recross.  Okay. |
| 3 |                Which exhibit is that, Counselor? |
| 4 |         THE WITNESS:  1. |
| 5 | 17:05        MR. JERISAT:  Exhibit 1 and 6. |
| 6 |         THE WITNESS:  1 and 6. |
| 7 | |
| 8 |                        -EXAMINATION- |
| 9 | |
| 10 |         BY MR. JERISAT: |
| 11 |         Q.  Let me direct your attention to Exhibit 1. |
| 12 |         There's a message here, "Just made you $10,000," appears |
| 13 |         from, allegedly, Badawy to you. |
| 14 |         If you recall, what is the $10,000 for in |
| 15 | 17:05        Exhibit 1?  We said -- Yeah, Exhibit 1, the plaintiff |
| 16 |         Exhibit 1. |
| 17 |         What is that for, if you recall? |
| 18 |         A.  This -- You know, they had a limit.  Badawy had |
| 19 |         a limit to get out cash, and he exceeded his limit, and |
| 20 | 17:06        they wanted money even to pay for Akon or pay for |
| 21 |         production.  So they transferred money to Tamer Yehia, |
| 22 |         and they transferred some of the money for my parents' |
| 23 |         account to take care of the expenses, crew, anything |
| 24 |         like that, as I mentioned. |
| 25 | 17:06        Q.  Okay. |

1    17:06        Did any of that money went to paying you for your

2              fees?

3                   A.  No, not even a penny.

4                   Q.  Were you paid for the project "Welcome to the

5    17:06    Life"?

6                   A.  Not even a penny, nothing, no.

7                   Q.  All right.

8              Directing your attention to Exhibit 6 here.

9                   A.  Uh-huh.

10   17:06        Q.  Appears that there's a date on that exhibit.

11             What date is that?

12                  A.  March 12th, 2013.

13                  Q.  Okay.

14             And the project "Welcome to the Life," when was

15   17:06    that project shot -- or done?

16                  A.  That was in January.  January 23rd.

17                  Q.  Approximately?

18                  A.  Approximately.

19                  Q.  Okay.

20   17:07        So would you say that March 12th, 2013, at that

21             time, the project "Welcome to the Life," was it still

22             going, or was that done?

23                  A.  It was done.

24                  Q.  Okay.

25   17:07        And is it -- Still looking at the Exhibit 6, if

TAREQ FREITEKH  -  5/22/2015

1    17:07   **there were any money paid, was that paid to you as a fee**

2           **or compensation?**

3                  A.   No.   I never got paid any fee from Tamer

4           towards any project I did for him of all the four

5    17:07   projects.

6                  **Q.   Well, just focus on "Welcome to the Life."**

7                  A.   No.

8                  **Q.   Okay.**

9                  **You were asked about forwarding an agreement to**

10   17:08   **Tamer or Badawy -- or Badawy.**

11                 A.   Uh-huh.

12                 **Q.   Is it possible that you may have forwarded**

13          **something to them?**

14                 A.   I can't remember forwarding Badawy any

15   17:08   agreement.

16                 **Q.   Right, I understand.**

17                 **But is it possible you may have forwarded**

18          **something -- some agreement to him you can't recall?**

19                 A.   I can't recall.

20   17:08          **Q.   Okay.**

21                 A.   I remember I sent to Akon an agreement, that's

22          for sure.

23                 **Q.   Right.**

24                 **But is it possible that you may have forwarded and**

25   17:08   **you don't recall?**

TAREQ FREITEKH -   5/22/2015

```
1    17:08      A.  I don't recall.

2                MR. JERISAT:  Okay.

3                No more questions.

4                MS. EWING:  I have one follow-up to clarify.

5

6                           -EXAMINATION-

7

8                BY MS. EWING:

9                Q.  The "Welcome to the Life" project, the filming

10   17:08    in Atlanta completed in January 2013?

11               A.  Uh-huh.

12               Q.  But the project had filming in Miami as well;

13           isn't that correct?

14               A.  In Miami, there's a -- pickup shots, beauty

15   17:09    shots that for -- for "Welcome to the Life" and other

16           purposes happen.  It wasn't like the project was closed.

17           The project was closed that he going to shoot everything

18           in Egypt.  But he stayed longer in Miami and decided to

19           have pickup shots, beauty shots, use it for "Welcome to

20   17:09    the Life" or any other project.  It wasn't specifically

21           to "Welcome to the Life," even the whole -- it was a

22           beach scene.  We wanted just beach scene, whether it's

23           for "Welcome to the Life" or any other project.

24               Q.  So it wouldn't be correct that the project was

25   17:09    closed in January 2013 because there was more filming --
```

1   17:09      A.  No, the project was closed in January.

2             Q.  -- afterwards?

3             A.  Like from the U.S. end.  It was closed.  The

4        rest was -- You know, the rest was something that Tamer

5   17:10  reopened.

6             But the main idea was filming Akon's part and

7        Tamer's part on Atlanta.  Tamer felt that -- after felt

8        that he can add for footage.  So he reopened the subject

9        of "Welcome to the Life."  And even the footage did not

10  17:10  make it to the video -- to the final video.

11            Q.  But there was filming for "Welcome to the Life"

12       after January?

13            A.  Not specifically for "Welcome to the Life."  We

14       did filming, beauty shots, and that Tamer decided this

15  17:10  would complete "Welcome to the Life."  But it didn't

16       happen.  They shot in Egypt "Welcome to the Life."  What

17       was shot in Miami didn't make it to final project, not

18       "Welcome to the Life" or other project.

19            Q.  You agree there was filming outside of the

20  17:10  United States after January 2013 for "Welcome to the

21       Life"?

22            A.  We shot for Tamer, part of it was used for

23       "Welcome to the Life," but he decided not to -- we shot

24       it in general with Badawy's girlfriend as the model.  It

25  17:11  was like, you know, last-minute beauty shots with Tamer

TAREQ FREITEKH -  5/22/2015

```
 1   17:11   and Badawy's girlfriend on the beach and the footage

 2           never made it to the final "Welcome to the Life"

 3           footage.

 4                   Q.  So are you saying you were in charge of that

 5   17:11   project?

 6                   A.  In charge?

 7                   Q.  Yeah.

 8                   A.  Because you're now telling me when -- you know,

 9           you're the one that determined when it closed.

10   17:11        MR. JERISAT:  Objection.  That's misstating this

11           witness testimony.  I think he stated, based on his

12           observation, he believed that the shooting to that video

13           or movie is done and that Tamer is the one who

14           decided --

15   17:11        THE WITNESS:  He's the decision-maker, and I

16           followed the steps.  He said it was closed, it was

17           closed.  He wanted to shoot more for it or for other

18           projects.  I'm helping him at the end.

19                MS. EWING:

20   17:11        Q.  But there was talk made about Exhibit 6 and the

21           fact that date was March 12th, 2013, and you made the

22           statement that "Welcome to the Life" was done at that

23           point, but you also testified there was filming after

24           January 2013.

25   17:12        A.  There was filming that did relate to the
```

TAREQ FREITEKH  –  5/22/2015

```
 1   17:12   "Welcome to the Life" song.  They wanted to put the

 2           footage, and they didn't put it.

 3                   Q.  Well, whether they put it in the video or not,

 4           there was filming?

 5   17:12       A.  Initially, beauty, initial.  Miami was beauty.

 6           Tamer was like, "Let's see.  We use it for 'Welcome to

 7           the Life,'" you know.

 8                   Q.  But there was filming and it related to

 9           "Welcome to the Life" after January 2013?

10   17:12       MR. JERISAT:  Objection.  Asked and answered.  And

11           I think a mischaracterization of the testimony.  I think

12           the term "shooting" or "continued to shoot" is some

13           technical term.  I think that's where the confusion is.

14                   MS. EWING:

15   17:12       Q.  What's your understanding of when a project

16           closes?

17               A.  When the client or the friend I'm helping told

18           me it's closed, then it's closed.

19                   Q.  Who told you it was closed?

20   17:12       A.  Tamer closed everything that day.  He shot

21           everything like that day.  The original plan was to

22           finish everything.

23                   Q.  What day?

24               A.  The day before the shoot, we decided to finish

25   17:13   everything.
```

TAREQ FREITEKH  -  5/22/2015

```
 1   17:13        Q.  The day before what shoot?

 2              A.  Before the shoot of "Welcome to the Life."

 3              Q.  When?  What day?

 4              A.  What day was the shoot?  I mean, you're asking

 5   17:13    me about dates.  I need to look at -- see what date

 6            exactly was the shoot.  You want exact date?

 7              MR. JERISAT:  You recall, if you recall.

 8              MS. EWING:  Yeah.

 9              MR. JERISAT:  If you don't --

10   17:13      THE WITNESS:  I don't remember.  I don't remember.

11              MS. EWING:

12              Q.  So you don't remember when it closed?

13              A.  The project closed after the shoot of the

14            video.  Tamer said, "This is done."  Okay.

15   17:13      Few days after, he reopened it.  So he closed it

16            the day of the shoot.  He said, "Okay.  We're done.

17            This is it."

18              Q.  The Atlanta portion of the shoot is what you're

19            talking about; right?

20   17:13      A.  The original plan was finishing everything in

21            Atlanta.  But when Tamer felt that -- You know, the

22            original plan was, you know, filming everything in

23            Atlanta.  But when Tamer -- but end of the video felt

24            there's not enough footage, he said, "I'll shoot.  I'll

25   17:14    finish it in Egypt."  And he closed it there, you know.
```

1   17:14   Lebanon, he closed it there.

2           But, then, when we were in Miami, we were planning,

3           you know, for "Arabian Knight" as well.  So he mentioned

4           that "If we have" -- "equipment are cheaper in Miami,

5   17:14   let's shoot it here.  Let's shoot."  So beauty shots

6           here.  So he reopened the project.

7           **Q.  Okay.**

8           A.  Okay.

9           MR. JERISAT:  Done?

10  17:14   MS. EWING:  Yeah.

11          MR. JERISAT:  We'll do the one oath.

12          So both parties stipulate that the Hutchings court

13          reporter will finish the transcripts, and those

14          transcripts, the original ones, will be transferred to

15  17:16   the two counsels of record, who will inform the

16          witnesses and have them review and sign and prepare any

17          errata sheets.

18          MS. EWING:  I would say the stipulation regarding

19          the opportunity for the witnesses to read and sign goes

20  17:18   to the two depositions that were conducted today,

21          Mr. Badawy as well as Mr. Freitekh.

22          (A recess is taken.)

23          MR. JERISAT:  So we stipulate that the originals in

24          both depositions shall be sent to counsel for that

25          witness and a copy shall be sent to opposing counsel.

TAREQ FREITEKH - 5/22/2015

1            That's right?

2            MS. EWING:  So stipulated.

3            (Whereupon the documents referred to are marked by

4       the reporter as Plaintiff Exhibits 1 through 12 for

5       identification.)

6            (The proceedings concluded at 5:18 p.m.)

7                                ***

8

9            I declare under penalty of perjury under the laws

10      of the State of California that the foregoing is true

11      and correct.

12

13           Executed at _____, California,

14           on _____.

15

16

17           _____

18                        TAREQ FREITEKH

19

20

21

22

23

24

25

TAREQ FREITEKH  -  5/22/2015

Page 150

1        I, Diane M. Lytle, CSR 8606, do hereby declare:

2        That, prior to being examined, the witness named in
the foregoing deposition was by me duly sworn pursuant
3   to Section 30(f)(1) of the Federal Rules of Civil
Procedure and the deposition is a true record of the
4   testimony given by the witness.

5        That said deposition was taken down by me in
shorthand at the time and place therein named and
6   thereafter reduced to text under my direction.

7        _____   That the witness was requested to review the
transcript and make any changes to the
8              transcript as a result of that review
pursuant to Section 30(e) of the Federal
9              Rules of Civil Procedure.

10       _____   No changes have been provided by the witness
during the period allowed.
11

_____   The changes made by the witness are appended
12              to the transcript.

13       _____   No request was made that the transcript be
reviewed pursuant to Section 30(e) of the
14              Federal Rules of Civil Procedure.

15       I further declare that I have no interest in the
event of the action.
16

I declare under penalty of perjury under the laws
17   of the United States of America that the foregoing is
true and correct.
18

WITNESS my hand this _____ day of
19

_____, _____.
20

21   _____
Diane M. Lytle, CSR 8606
22

23

24

25

**A**

**able** 6:18 60:11
  125:5
**Abu** 24:6,8
  28:21
**accommodate**
  6:11
**account** 14:20
  35:3,8,10,10
  35:25 36:3
  37:21 38:3,5,9
  38:13,14,17,20
  39:23 40:7,10
  40:10,11,18
  41:1,9,13,14
  41:17 42:3
  44:10,10 53:19
  54:7 62:10,21
  63:1,10,18,25
  64:1,12,15
  65:11,12,16,16
  66:2,21 67:1
  67:14,14,15
  90:2 92:13
  93:3,4,7,8
  98:15 99:6,7
  99:11,13,23,25
  101:4,15,20
  102:12,15
  103:2,4,7,11
  104:4 132:21
  134:21 140:23
**accounts** 40:13
  42:24
**accurate** 55:14
  61:7 98:23
  99:2
**acted** 50:2
**acting** 44:5
**action** 150:15
**activities** 72:15
**actual** 109:2
**add** 129:18
  130:4,8,16

131:2 144:8
**added** 52:5
  108:8
**additional** 39:6
  89:7
**address** 5:24
  17:20 19:17,17
  87:18,19,22
  94:18
**advance** 71:17
**advantage**
  67:16
**affidavit** 119:19
**ago** 24:6 69:21
  135:15
**agree** 8:3 37:15
  38:8,12 41:13
  41:16 93:2
  96:8,15,17
  97:23 109:18
  110:2 114:24
  117:18 119:9
  119:18 120:4
  135:16 144:19
**agreed** 28:21
  101:6 108:2
**agreement**
  87:12 88:1,3
  88:14,22 89:10
  89:11 90:7,14
  91:7,15 95:11
  95:24,25 96:3
  96:5,17,23
  98:7 142:9,15
  142:18,21
**agreements**
  96:12
**ahead** 40:2
  63:14 65:7
  72:24 89:17
  92:17 94:14
  107:2 109:11
  109:14,14
  110:12 125:3,7
  126:9 128:4,5

135:13
**Ahmed** 39:19
  94:3 96:18,20
**airport** 29:18
**Akon** 1:9 3:15
  11:7 12:8,12
  19:11 21:6,8,9
  23:4 24:5,6,8
  24:14 25:17
  28:21 30:15
  31:6,9,17,17
  32:4,10 33:21
  50:7 53:10,22
  56:1,6 57:2,21
  58:7 72:6
  75:15 76:11,13
  76:14,15 77:24
  78:17,21,25
  79:12,17,23
  80:5,17 81:13
  84:3,12,13,15
  85:4 86:14
  88:23 90:15
  93:10 95:19
  96:1,20 98:9
  98:11 99:6,19
  99:23 100:6,20
  101:13 102:2,5
  104:11,11
  118:2,17
  120:20,25
  127:9 132:23
  133:20 140:20
  142:21
**Akon's** 30:5,12
  30:20 33:15
  56:3,4,12,20
  56:21 76:18,21
  78:10 98:15
  99:7,13,25
  102:15 103:18
  104:12,14
  135:21 137:6
  144:6
**Aliaune** 1:9

95:18,19
**allegedly** 140:13
**allowed** 150:10
**all-one-day** 48:3
**altered** 61:14
**amend** 113:19
**amended** 4:12
  106:21 109:10
  112:22 113:10
**amending**
  113:13 114:5
**America** 150:17
**American** 44:17
  49:23 51:13
  60:1 67:18
  71:24
**amount** 85:3,4
  103:7
**amounts** 39:6
**Angeles** 1:16
  76:7
**answer** 4:16
  6:21 13:16
  41:21 65:23
  67:9 70:1,2
  74:13 82:18
  101:22 102:20
  103:14,24,25
  104:7,9,14
  109:11 112:2
  118:13 122:9
  125:8 129:22
**answered** 42:18
  75:13 83:4,6
  84:20 85:18,19
  106:19,24
  107:17 109:6
  112:1 113:16
  118:19 121:10
  127:20 129:5
  146:10
**answering**
  101:23 124:3
**anybody** 17:17
  18:14 74:8

77:2 123:22,22
  123:25 128:25
**anybody's** 37:10
  47:25
**anymore** 51:20
**anyway** 87:11
**appear** 55:12
  64:14 139:20
**APPEARAN...**
  2:1
**appeared** 41:1
**appears** 36:24
  59:13,20 62:10
  62:11 64:11,11
  86:24 88:1
  94:24 95:17
  96:23 97:24
  98:14 99:4
  115:5 140:12
  141:10
**appended**
  150:11
**apply** 90:14
  91:10
**appreciate**
  63:19
**Approximately**
  141:17,18
**April** 97:14
  98:21 101:5
**Arabian** 12:12
  12:14 78:1,3,7
  88:25 99:16
  100:8,12,24
  101:1 106:1,3
  106:6,12 107:7
  107:10,11,13
  108:10,18
  109:19 116:14
  116:16 118:1,9
  118:10 120:19
  120:23,24
  121:5,18 122:2
  122:17 123:9
  124:15 125:13

125:20,22
126:15,18,22
127:2,23 148:3
**Arabic** 46:4
65:21 136:20
**arguments** 89:6
**arranged** 29:8
**arrest** 74:17
75:1
**arrested** 72:10
73:1
**arrived** 25:18
30:18 31:13
48:24
**arrives** 25:19
**arriving** 26:3
29:25 31:9
**Art** 9:24
**artist** 12:20
19:10 20:20
78:20,21 80:6
81:13 88:3
91:9 96:17,23
128:23 132:4
**artists** 10:23
12:2,6,7,18
75:16 80:24
131:25
**Arts** 10:3
**aside** 65:25 70:3
128:16
**asked** 6:14
24:11 25:10
28:22 43:8
46:10 57:8,8
66:3 75:13
83:4,6 84:20
85:2,9,18
90:21,24
106:19,24
107:17 109:6
112:1 113:16
118:19 124:6
127:20 129:5
134:14 142:9

146:10
**asking** 35:13
36:15 37:4
42:12 61:20
63:2 67:12,24
68:1 69:24
81:19 82:2,25
83:7 90:4
102:24 103:20
107:9 108:13
108:14 112:3,6
112:10 113:19
113:22 118:21
120:5,18
123:10 129:25
130:3,17,20
147:4
**asks** 121:12
**assist** 28:16
**assistant** 28:20
45:18 46:19
137:6
**assisted** 139:14
**assume** 76:14
**assuming** 79:4
89:10 110:5
**ate** 22:21 26:9
26:19 27:8
**Atlanta** 1:4 2:7
23:6,7 25:16
26:4 27:6,7,12
27:18 29:7
31:13 34:24
36:10 37:19,20
37:25 50:10,20
51:15,21 54:12
55:13,17 68:16
69:8 75:17
76:1,2 79:13
79:15 80:17
81:7,10 82:8
82:10,21 83:21
84:18 85:14
87:7,8 112:17
118:17 119:15

119:17 121:6
122:18 123:14
123:19 124:16
124:22 125:14
125:21 126:19
126:24 127:8
127:23 128:16
129:4 130:23
130:25 131:1
132:24,25
143:10 144:7
147:18,21,23
**attachment** 3:24
4:6,8 88:3
94:24,25 96:11
96:16 97:17,23
98:5
**attachments** 4:3
98:2
**attention** 48:15
61:11 140:11
141:8
**attorney** 5:11
75:6 81:20
114:3,4
**attorney-client**
114:9
**authenticity**
135:12
**Avenue** 2:13
**aware** 101:13
**a.m** 32:9
**A1** 92:9

_____
**B**
**B** 3:7 4:1
**baby** 138:6,8
**Bachelor** 10:3
**back** 24:18
33:16 36:7
51:5 61:18
68:12 71:25
75:9 76:2
86:18 94:10
102:10 109:8

114:15 121:24
132:18,19
**background** 8:7
**bad** 54:24
**Badawy** 37:6,21
39:10,12,15,18
39:19 42:4
44:5,17,24
45:23,23 47:1
47:6,12 51:12
59:14,21,25
66:1,21 67:13
68:1,3 69:1
71:10,19,19,21
71:23,24 74:16
74:19 90:2
92:1,21 94:3
95:6,10,24
96:5,18,20,24
97:13 98:7
139:2,6 140:13
140:18 142:10
142:10,14
148:21
**Badawy's** 36:23
41:11 144:24
145:1
**ban** 138:18
**bank** 35:3,8,10
35:10 39:22
41:13,14,17
44:9,10 63:18
66:21 92:13
93:3,4,6,8
100:2 102:12
103:11
**based** 14:8
18:21 41:11
49:16 64:2
99:4 118:21
125:24 145:11
**basically** 30:3
50:12 138:8
**basis** 135:11
**beach** 143:22,22

145:1
**beauty** 49:12
143:14,19
144:14,25
146:5,5 148:5
**beginning** 17:20
17:24 18:3
19:18 84:11
96:2 135:22
**behalf** 5:12
35:19,20 79:5
104:11
**behind-the-sc...**
30:17
**behind-the-sc...**
48:20 57:7
**believe** 14:9
36:25 42:18
45:21 52:4
53:23 78:22,22
87:1 98:25
101:10 117:7
118:5
**believed** 145:12
**best** 48:6 71:24
**better** 56:13
98:11
**big** 50:12 68:14
68:23 80:9
**bigger** 68:6
77:16 80:10,10
**biggest** 12:3
**bills** 43:7
**birth** 51:9 71:16
**bit** 30:22 33:20
50:6 52:13
**black** 138:18
**blue** 80:4
**body** 6:21
**bond** 73:9
**book** 68:7
**booked** 34:7
73:3,7,12,14
**booking** 26:13
**born** 20:14

32:19 138:6
**bottom** 87:17
**Boulevard** 1:16
**break** 5:10 6:9
   7:12 52:19
**brief** 7:14 140:1
**briefly** 5:8
**bring** 28:6 45:8
**bringing** 62:3
   64:24
**brother** 29:25
   34:13,14 47:12
   64:22 139:10
**brought** 50:20
   77:11,14 138:5
**Brown** 20:19
   77:24 78:6,17
   79:1,17,24
   80:18 81:6,11
   81:16 82:6,23
   83:20 84:8,14
   84:24 85:4
   86:13 90:8
   91:9 100:25
   122:5
**budget** 33:7,10
   33:12 44:8
**Building** 2:6
**buildings** 27:13
**Burkhalter** 1:15
   2:4
**business** 8:19,23
   14:22 43:4
   67:3 109:22
   110:6,7,10,14
   110:15,16,21
   110:24 111:2,2
   111:3,3,5,15
   111:16,17,22
   111:25 112:13
**busy** 48:6 78:11
   83:22 85:24
**buy** 68:8
**Buzz** 14:21
   15:18,22 16:2

17:8,10

**C**

**California** 1:17
   2:14 13:4 19:7
   19:25 22:3
   24:18 70:25
   149:10,13
**call** 26:23 69:11
   84:12,13,15,16
   122:2,2,3
**called** 8:22
   12:20,21 21:11
   48:13 65:12,17
   65:19 77:25
   82:1 100:17
   118:9 123:8
   125:20 126:22
   135:5
**calling** 121:17
**calls** 119:21,22
**cam** 45:20 46:7
   46:10
**camera** 45:17
   46:11,19 50:4
**Canada** 28:12
**cancel** 72:3
**canceled** 78:6
   100:11,25
**cap** 137:3,19
   138:13,13
**capacity** 13:19
**caption** 61:24
   62:3
**capture** 64:25
**car** 22:25 23:3
   68:14,15
   134:12
**card** 43:4
**care** 34:8,19
   49:24 67:3
   75:3 138:6,8
   140:23
**Carolina** 14:3,8
   14:13,14 18:22

19:22 24:19,20
   37:22 39:23
   41:18 68:16
   70:15 75:3
   78:8 81:11,18
   82:8 85:1,5,8
   86:1,10 92:15
   93:5 101:3
   133:4
**carrying** 28:14
**cars** 45:10
**case** 5:12 51:25
   72:18 73:8,23
   74:1 75:11
   90:3 106:7
   107:8,9,10
   108:9,15,16
   116:14 130:16
**cases** 60:3
**cash** 28:6,12,14
   39:9,15 43:2,2
   44:25 47:2,8
   47:16,18 48:13
   60:2 67:17
   140:19
**cell** 36:23
**certain** 123:9
**chance** 97:9
   105:8 114:11
**change** 15:20
   66:11 112:19
   114:6 119:6,11
   119:19 120:4
   130:4,8
**changed** 15:24
   66:19 71:22
   101:1 112:22
   128:12
**changes** 119:16
   150:7,10,11
**characterizati…**
   112:21
**characterize**
   10:5
**charge** 75:4

145:4,6
**charging** 43:4
**Charlotte** 9:24
   18:21 19:6,21
   22:14 27:6
   68:13 78:8
   81:18 82:4,7
   83:14,15 84:25
   85:5,8 86:10
**cheaper** 148:4
**check** 41:20
   44:9 46:23
   48:14 64:15
   96:11 133:24
**checks** 47:9
**choreographer**
   137:9,11
**Chris** 20:19
   77:24 78:6,17
   79:1,17,24
   80:17 81:6,11
   81:15 82:5,23
   83:20 84:8,14
   84:24 85:4
   86:13 90:8
   91:9 100:25
   122:5
**Christian** 18:16
   34:6,6,12,16
   45:15
**Christmas** 22:6
   22:11 53:4,5,7
   54:11,12,14,15
   54:21,23
**Christmastime**
   23:11
**circumstances**
   21:14 114:5
**city** 75:19 93:6
**Civil** 150:3,9,14
**claim** 39:12
**claimed** 74:16
   101:13
**claims** 39:12
**clarify** 7:4,9

35:22 39:22
   82:18 112:24
   128:4 143:4
**clause** 87:10,12
**clean** 124:4
**clear** 36:4,18
   55:2 72:17
   80:15 82:19
   83:19 89:9,13
   109:1 110:8
   118:12 125:6,7
   127:14
**clearly** 72:19
   88:21 108:1
   109:18 118:20
**client** 146:17
**clip** 138:17
**close** 20:18,19
   27:13 51:9
   84:18
**closed** 52:4
   143:16,17,25
   144:1,3 145:9
   145:16,17
   146:18,18,19
   146:20 147:12
   147:13,15,25
   148:1
**closes** 146:16
**closeup** 133:20
**clothes** 57:25
**Colin** 45:19
   46:17
**collaboration**
   24:7 28:22
**color** 3:13,20
**combined** 50:16
**come** 36:7 70:9
   70:10 75:9,15
   114:3 132:1
**comes** 12:24
   22:1
**comfortable**
   134:18
**coming** 27:5

30:2 122:1
**comment** 135:3
**comments** 24:13
**commercials**
12:23
**community**
75:10
**companies** 9:19
14:19 18:12
**company** 13:8
15:2,16,17
16:18 19:5
69:16 93:10
112:14,15
**company's** 19:4
**compare** 97:3
**compared** 27:20
**compensation**
142:2
**competent** 7:22
**complete** 144:15
**completed**
143:10
**concluded** 149:6
**conclusion**
119:22 120:6
**conduct** 89:3
**conducted**
148:20
**confirm** 54:6
58:21 61:7,17
61:22 92:5
**confirmation**
134:7
**confused** 127:21
**confusing** 121:9
121:13,19,20
**confusion** 7:6
146:13
**connect** 72:16
**connection** 13:6
13:13 20:16
87:7,8
**contains** 95:14
**contend** 100:19

**continue** 51:6
**continued** 4:1
14:21 15:3
146:12
**contribute** 33:5
**contributed**
33:21
**contribution**
33:14
**conversation**
36:24 37:1,5
59:14,20,23,24
62:2,5,15
82:17 128:22
128:24 129:2
**copies** 3:18 55:4
**copy** 3:13,20
36:23 53:17
148:25
**corporate**
112:16
**correct** 13:7
37:19 41:2
42:14 53:10,18
60:18,24 63:3
73:9 76:20
87:1,16 91:24
92:2 93:14
95:21,23 96:10
105:13,20,20
106:16 107:7
108:22 109:23
109:24 111:7
115:6 116:1,5
117:5,6,8
118:3,4,6
119:10,20
120:1,15
123:15 143:13
143:24 149:11
150:17
**counsel** 2:1 42:8
62:6 72:13
82:11 87:6
88:12 91:23

94:14 101:19
103:23 107:18
109:7 112:2
115:8 127:19
148:24,25
**Counselor**
140:3
**counsels** 148:15
**counter-positi...**
107:22
**country** 14:22
**couple** 86:23
131:8 132:8
**course** 6:23 7:8
30:13 43:15,19
55:1 70:1
109:20 110:24
114:23 125:11
127:13 128:11
128:14 133:11
**court** 1:2 6:10
6:16 55:10
57:10 73:22
75:9 88:17,21
89:15 148:12
**court's** 72:17
89:9,12
**cousin** 48:23
**cover** 34:17
**co-owner** 9:8
**credit** 49:10,12
138:23
**crew** 13:21
28:18 29:9
45:14 47:22
48:5 49:19
69:18 70:9,22
71:9,12 72:8
140:23
**CSR** 1:18 150:1
150:21
**current** 5:24

——————
**D**
——————
**D** 3:1 94:12

**dad** 37:21 70:16
70:16 71:15
84:18 85:9,10
**dad's** 68:19 85:1
85:7
**daily** 39:3 41:6
60:2
**Damn** 58:4
**dancers** 33:20
33:21 137:14
**date** 25:17 31:9
37:15 58:10
60:8,12,12,15
60:22 62:23
64:25 66:15
94:21 98:20
141:10,11
145:21 147:5,6
**dated** 3:23 4:3,5
4:7 87:3 95:5
97:13
**dates** 147:5
**daughter** 32:18
32:18 71:16
**day** 12:9 25:19
27:22,22 28:1
28:2,3 30:5,15
30:16,16,18,20
32:21,21 46:17
46:18 48:7,8
49:15 51:12
57:18 68:18
76:16 79:16
85:7 96:13
146:20,21,23
146:24 147:1,3
147:4,16
150:18
**days** 22:13
25:25 26:1
43:8 85:11
147:15
**daytime** 30:17
**deadlines** 83:24
**deal** 14:10 24:9

71:15 84:18
85:15
**DeCarlo** 12:20
13:1,2
**December** 53:1
54:9,16 116:5
116:12,12
132:22 133:12
**decide** 114:6
**decided** 15:20
143:18 144:14
144:23 145:14
146:24
**decision** 34:2
**decision-maker**
145:15
**Decision-mak...**
10:8
**declaration** 4:9
4:12 92:1
109:10 112:19
113:10,14
114:5 119:6
120:1 122:16
**declare** 149:9
150:1,15,16
**defendant** 1:14
2:10 5:2 92:9
92:9,12 94:12
94:12 97:6
106:21
**Defendants** 1:10
**definite** 124:18
**definitely** 27:19
27:20 39:14
61:10
**definition** 110:7
**degree** 10:2
**depend** 125:19
**deposed** 6:3
**deposit** 38:4
85:2,10 92:14
92:20,24 96:4
97:24 98:23
99:10

**deposition** 1:14
5:11 6:8 7:10
17:21 19:18
63:20 92:10
150:2,3,5
**depositions**
148:20,24
**deposits** 92:13
93:2 99:22
101:3 104:8
**describe** 10:7
110:9
**described** 10:13
**DESCRIPTI...**
3:10 4:2
**detail** 40:5
**details** 49:24
**determined**
145:9
**developed** 29:16
**Dhabi** 24:6,8
28:21
**Diane** 1:18
150:1,21
**difference**
112:10
**different** 40:15
60:14 80:25
81:1 84:21
86:23 111:24
114:21 115:13
115:21 116:25
117:18,19,20
118:18
**differently** 94:2
**digital** 10:3
**digits** 38:9
**dinner** 22:20,21
**direct** 35:24
36:2 140:11
**directed** 50:12
**directing** 10:19
10:20 49:12
141:8
**direction** 150:6

**directions** 50:6
**directly** 68:1,3
136:11
**director** 13:22
20:20 46:4
50:11 52:10
**directors** 13:21
50:9,20
**disagree** 41:16
74:20,21 82:10
82:19 85:20
102:19 104:18
**disappointed**
52:11,14
**disband** 16:22
**discover** 120:2
**discovery** 89:4,7
**discuss** 75:2
80:1 85:3
118:1,16
120:19 121:5
125:22 129:19
129:20
**discussed** 24:6,8
70:19 81:9
85:5 120:23
126:15,19
127:23 128:23
131:9
**discussing** 17:3
122:19
**discussion** 76:22
78:16,23 82:22
82:24 83:1,8
94:9 102:9
114:14 124:15
125:13 127:2
**discussions**
83:13 119:15
119:17 122:17
122:20 127:25
**dismissed** 73:4
73:8,23 75:11
**dispute** 37:5
96:15 98:4

**disputed** 98:2
**distinction**
121:17
**DISTRICT** 1:2
1:3
**DIVISION** 1:4
**document** 35:7
42:9 61:14
62:12 65:25
66:12 69:17
91:23 98:14
105:4,9 109:8
113:5 118:22
**documents**
149:3
**Dogg** 11:7 33:10
70:25
**doing** 10:13
24:7 29:5 48:5
50:10,21 71:24
77:23 81:13
110:6,21
137:24
**Dontlee** 45:15
**door** 31:18
**double-check**
21:12 38:15
44:23 45:1
70:18 73:18
133:19,21
**doubt** 123:23
**downloaded**
133:22
**downtown**
27:10,16,17,18
27:19
**DP** 44:18 70:21
138:9,14,15
**draft** 89:10
**Dreamland**
12:21
**drive** 6:1 22:16
**driving** 27:6
**dropped** 23:1
134:13

**drove** 22:14
**due** 89:14
102:21
**duly** 150:2
**Dustin** 18:16,18
**D-o-n-t-l-e-e**
45:17

———————
**E**
**E** 2:12 3:1,7 4:1
94:12
**earlier** 7:10
60:24 66:19
97:4 107:1,25
116:4 123:11
123:15 128:13
128:15,19
131:9 132:9,20
134:19 136:7
136:16 137:14
**earth** 74:7
**East** 1:16
**eating** 26:24
68:18
**ECF** 89:13
**editing** 48:25
**Egypt** 48:24
143:18 144:16
147:25
**eight** 29:20
**either** 33:23
42:16 45:22
60:23 63:24
66:20 70:9
71:10 129:22
**email** 4:7 86:25
87:3,17,18,19
87:22 88:8,10
89:24 94:18,19
94:24,25 95:5
95:7,9,14,15
95:17,22 96:8
96:10,11,15
97:13,17,24
**emails** 3:23 4:3

4:5 86:23 87:2
96:9
**embarrassing**
65:1
**ended** 32:22
**English** 25:11
25:12 65:21
107:21
**Entertainment**
15:16,22 16:1
16:11,14,17
17:11,15 20:17
20:17 20:17
20:20,22
**entitled** 3:15
62:5 79:6
88:19 103:2
108:5
**entry** 132:21
**envelope** 47:9
**equipment** 45:7
50:4 51:12
148:4
**errata** 148:17
**especially** 47:14
50:13 96:12
**essentially**
17:10
**Eve** 22:6,11
53:5,7 54:11
54:13,21
**event** 132:23
150:15
**everybody** 29:4
29:7 30:21
33:2,3 34:15
48:10 49:9
84:4 103:18
**everybody's**
45:24
**evidence** 43:13
79:4,4 91:24
**evolved** 29:16
**Ewing** 2:5 3:4
5:7,11 8:24
9:7 11:15

13:12 24:24
35:23 36:17,20
40:3 42:12,15
42:21 44:2
46:10,13 47:19
52:21 55:8
57:19 60:10
61:19 62:9
63:15 64:5
66:7 67:4,11
72:14,19,22,25
73:15 74:15
75:14,23 76:8
79:6,10 80:21
80:25 81:3
82:13,19 83:6
83:17 84:21,23
85:13,20 86:16
86:18,21 87:9
87:13,15 88:11
88:16,19 89:1
89:6,14,18
90:21,24 91:3
91:6,17,25
92:3,18 93:18
93:20 94:1,7
94:10,15 97:1
97:7,21 98:19
100:22 101:20
101:24 102:10
102:19,24
103:1,5,9,19
104:2,15,17,22
104:25 105:17
107:3,24 108:3
108:5,8,12,25
109:12,16
110:9,19
111:19 112:3,6
112:9,23,25
113:3,18 114:1
114:10,15
115:11,14,16
116:22 117:24
118:15,21

119:1,23 120:8
121:15,22,24
122:7,11,14
123:4,6 124:12
125:1 126:5,10
126:13,16
128:2,6 129:7
129:9,14,16
130:2,7,21
131:4,7 132:16
132:18 133:16
134:2,7,17,23
135:1,14
136:23 137:12
138:12 139:1,3
139:22 143:4,8
145:19 146:14
147:8,11
148:10,18
149:2
**ex** 26:5 73:18
**exact** 147:6
**exactly** 60:16
82:16 147:6
**EXAMINATI...**
3:3 5:5 140:8
143:6
**examined** 150:2
**example** 42:7
**examples** 47:23
**exceeded** 39:3
41:6 140:19
**exchange** 47:3
**exchanged**
21:20
**excited** 27:4
77:3 78:9
**Excuse** 11:22
102:3
**Executed**
149:13
**exhausted** 48:10
48:10
**exhibit** 3:8,8,12
3:14,17,19,21

3:22,24 4:4,6,8
4:11,14 36:20
36:20,22 52:23
52:23 53:13,13
53:14 55:3,3
55:11 58:6,6
59:5,6,6,8,9,11
59:11 60:13
62:18,20 63:1
63:2,24,25
86:19,19 91:18
91:18,20,24,25
92:1,6,6,9,9,12
92:12 93:17,17
93:18,21,21,24
94:6,11,12,12
94:13,17 97:2
97:2,4,5,6,6,6
97:10 104:23
104:23 105:2,8
105:9,19
106:14 113:1,1
113:4,18,19
114:11,17,17
115:21,22,24
117:19,22,25
120:13 124:14
125:16,17
129:18,25
130:1,10,11
132:12 135:2
140:3,5,11,15
140:15,16
141:8,10,25
145:20
**Exhibits** 149:4
**exist** 20:25
**existing** 16:17
**expect** 6:7
**expenses** 34:17
69:1 70:11
140:23
**expensive** 18:8
**experience** 14:7
33:9 50:13

**expert** 61:15
**explain** 109:9,9
**explained** 106:6
106:20,21
109:7
**explanation**
108:21
**Express** 44:17
49:23 51:13
60:1 67:18
71:25
**extent** 16:16

——————
**F**
**Facebook** 16:5,9
58:4
**facilitate** 72:8
79:1
**fact** 35:7 37:1
116:4 145:21
**fair** 104:12
**false** 120:3
**far** 12:23 25:13
28:17 29:8
34:8 44:7,11
47:5 48:23
52:2 55:24
60:12 66:24
82:7 99:5
102:25
**father** 70:18
93:12
**favor** 49:9,16
50:1 69:22
70:25
**favorite** 75:19
**feature** 11:5,6,7
80:14 127:8
**features** 86:3
**featuring** 12:8
19:11 85:4
**February** 77:22
81:12,16,24
84:9,11 85:12
86:24 87:3

88:2
**Federal** 150:3,8
150:14
**fee** 142:1,3
**feed** 43:3
**feeding** 43:7
**fees** 34:10,11,12
34:22 35:1,3
73:17 117:13
141:2
**felt** 52:15 86:11
144:7,7 147:21
147:23
**field** 50:14
**fifth** 57:11,11
**figure** 39:4 41:7
80:3,5 81:24
114:21
**filing** 109:13
110:25
**film** 10:3
**filmed** 50:24,25
132:22
**filming** 51:17
106:2 110:3
143:9,12,25
144:6,11,14,19
145:23,25
146:4,8 147:22
**filmmakers**
111:10
**Films** 18:16,21
34:7
**final** 107:14
144:10,17
145:2
**finalized** 15:13
78:2
**final-final** 78:5
**financial** 34:14
85:15
**find** 36:17 72:15
114:4
**fine** 73:16 89:20
127:13

finish 76:24
  83:24 101:12
  122:22,24,25
  146:22,24
  147:25 148:13
finished 77:7
finishing 147:20
FIRM 2:11
first 5:22 6:4
  11:6 25:18,20
  28:24 30:3
  37:4 51:15
  55:20,23 64:18
  64:19 76:11
  77:22 81:10,12
  81:14,20,24
  82:3 84:9,10
  87:2,17,17
  91:22 92:10
  94:17,19 96:4
  114:5 115:17
five 23:2 28:4
  38:9 85:19
flagged 3:8
focus 29:3 121:6
  142:6
focusing 116:16
follow 96:7
followed 145:16
following 4:17
  27:22 32:21
  58:23,24 59:1
follows 5:3
follow-up 73:21
  143:4
food 48:2 68:14
footage 30:17
  50:10,21 106:8
  144:8,9 145:1
  145:3 146:2
  147:24
foregoing
  149:10 150:2
  150:17
foreign 25:8

65:18
forever 129:15
forget 15:14
forgive 19:3
  25:6
form 112:22
forth 109:8
forward 34:3
  72:5 96:12,24
forwarded
  95:17,24,25
  96:20 98:9
  142:12,17,24
forwarding 90:1
  96:18 98:7
  142:9,14
forwards 95:14
found 43:13
foundation
  63:13 90:18,22
  91:4 130:18
  135:11
four 19:22,24
  22:15 26:1
  38:9 63:9
  142:4
frame 137:22,24
  138:18 139:19
free 111:9,10
freelance 13:22
  20:22
freelanced
  18:25 19:3
freelancer 13:23
freelancing
  18:11,13
Freitekh 1:9,14
  2:10 3:2 4:10
  4:12 5:1,16,17
  5:21,23 36:3
  36:21 38:13,18
  38:20 64:2
  87:5 94:18
  97:9 105:1
  113:11 114:16

132:19 148:21
  149:17
Friday 1:17
friend 13:8
  20:18 22:15
  31:20 110:18
  146:17
friends 20:19
  21:16,17
friendship
  52:18
front 22:25
  45:23 47:1
frustrated 28:9
full 5:19 7:17
  29:24 61:25
  62:2,13,15
  63:18 65:22
  102:1
fully 7:25
fun 107:21,25
further 127:21
  128:3 150:15
future 78:23
  80:1 81:9
  82:23 84:7,8
  84:19 85:15
  123:17,21
  124:22
F-r-e-i-t-e-k-h
  5:23
_____
G
G 97:6
gained 111:16
game 42:11
general 35:12
  67:12 99:19
  118:23 123:10
  130:20 144:24
gentleman
  139:9
Georgia 1:3 2:7
  20:8 22:4
  72:10,14,16,20

73:1 74:4,18
  75:1,15 77:17
  87:10,12 88:13
  90:14,15,20
  91:10 92:13
  93:3 98:15
  99:10,23,24,24
  101:20 102:12
  102:16 103:2,4
  103:11 105:25
  106:2,11,16
  107:12,12,15
  108:15,18
  109:3,19,23
  110:3,7,16
  111:7,22,25
  112:17 115:25
  116:2,5 118:3
  118:25 120:21
  120:23 121:6
  131:19,19,23
  132:2,5
getting 14:7
  28:17 29:3
  32:24 39:6
  43:17 45:24
  68:11 69:14,16
  71:9,21,25
  79:17,24 80:17
  110:22 125:4
  129:12
Gibson 11:8
  19:11
Gibson/Akon
  11:19
girlfriend
  144:24 145:1
give 6:7 24:13
  37:7,10 44:3
  45:22 47:12
  52:2 69:17
  125:7 138:22
given 38:17
  59:21 71:12
  150:4

giving 50:6 62:7
  68:11
go 6:6 22:20,23
  24:18 26:8
  34:16 40:2
  51:5 63:14
  65:7 72:24
  73:6,21 75:17
  77:5 78:13,25
  79:16,23 86:15
  89:17 92:17
  94:8,14 101:6
  102:8 103:15
  107:2 109:11
  109:14,14
  110:12 114:13
  114:15 121:21
  125:3,7 126:9
  128:4,5 132:15
  132:16 133:24
  135:13 138:22
goal 48:15
goes 101:19
  148:19
going 6:17 9:4
  24:2 28:22
  31:10 40:5,8
  42:8 52:22
  55:3,6,9 56:25
  58:6,16 59:4,5
  59:11 60:11
  61:24 63:16
  68:18 72:23
  74:9 75:20
  76:13 77:13
  78:25 79:12,16
  80:9,16 86:18
  91:18 93:8
  96:6,7 101:6
  102:17,22
  103:10,25
  104:7 106:24
  109:8 113:1
  114:8 127:7
  128:4 132:8

135:4,21,25
138:7 139:23
141:22 143:17
**good** 6:15 25:13
26:23 31:20
55:15 58:25
130:9
**goodbye** 23:2
**gotten** 39:15
45:4
**graduated** 10:1
10:2
**graduating**
111:11
**Great** 88:18
**greenish** 136:25
**ground** 6:6
**group** 1:15 2:4
34:2 55:12
136:12,13
**guess** 48:22,24
50:17 60:25
124:20
**guy** 46:7,11
48:24 77:1
90:3 137:8,19
138:18
**guys** 74:9 80:4
138:20
**guy's** 70:25

———————
**H**
———————
**H** 3:7 4:1
**Habiby** 64:19
64:21 65:8,11
65:15
**Haifa** 11:8
20:23
**hairs** 82:12
**half** 49:22,23
65:21,21
**hand** 71:13
150:18
**hanging** 77:11
**happen** 35:1

47:10 67:19
69:6 72:2
81:16 90:16
143:16 144:16
**happened** 15:21
15:25 26:22
49:7 68:10
69:3,5,7,10
82:17 84:25
101:9 111:17
116:9 119:15
**happens** 49:18
**happy** 6:13
28:10 78:10
84:3 86:10
103:18
**hard** 138:17
**hate** 127:12
**headband**
138:18
**hear** 75:5
**hearing** 64:24
**hearsay** 63:12
90:19 135:11
**heart** 101:19
**held** 94:9 102:9
114:14
**help** 14:6 18:14
28:23 34:2
43:9 44:15
51:10 67:19,22
68:11 69:21
72:4,8,8 78:25
110:14,17
111:4,18
138:22
**helped** 12:16,18
14:20 18:15,15
**helping** 13:15
13:19 34:18
43:17 50:12,15
60:3 68:6
69:13 71:19,20
71:23,23,24
110:18 145:18

146:17
**hi** 5:8 78:21
**Hills** 58:17
**hindering** 7:18
**hire** 74:23,25
**hired** 20:23
49:15 112:14
112:15,16
**hold** 80:4 110:4
124:24
**holds** 46:11
**Hollywood**
58:14,17
**home** 18:15,20
18:21 33:16
34:7 100:2
**honest** 27:4,7,12
29:5 31:18
35:12 36:4
40:13 41:20
47:10 52:14
56:13 57:3
61:15 66:16
75:19 85:22
106:5,12 122:5
**honestly** 26:13
47:5 52:11
65:14 108:16
113:24
**hopefully** 75:18
80:9
**Hosny** 1:6 3:17
5:12 11:5,6
24:3 27:1,2,23
28:15 29:24
34:13 42:4
50:11 56:1,9
57:2,21 80:18
82:6 84:19
85:17 86:25
88:2 91:1,8
100:7,16,23,24
118:2,17,18
120:20 123:12
129:4 138:5

139:10
**Hosny's** 34:13
**Hossam** 45:24
47:1,6,11
65:12,16,17
71:10
**hotel** 26:9,19,24
27:8,13 30:12
30:13
**hours** 22:14,15
28:4,7 30:3
48:8 49:22
52:12,12 73:4
73:7,14 76:25
83:24 107:1,20
132:25
**house** 17:17,19
22:10,12,15,21
23:5 30:5,12
30:20 33:24
37:21,22 56:3
56:4,12,15,20
56:21 58:12,13
58:17 68:12,16
68:17,17,19,20
70:12,13,14,15
71:14 76:18,21
131:20,20,25
133:3 134:11
135:21,21,25
**hundred** 120:24
121:4
**hung** 122:12
123:8
**Hutchings** 1:20
148:12
**H-a-i-f-a** 11:12

———————
**I**
———————
**idea** 6:7 7:5 17:3
29:2 32:15
33:2 34:1
51:19 77:12,14
77:21 144:6
**ideas** 33:3,5

**identification**
3:8 149:5
**IDENTIFIED**
3:10 4:2
**identifier** 3:8
4:16
**immigration**
28:5
**important** 33:13
82:13
**inaccurate** 61:9
**incident** 73:22
74:23
**included** 41:9
**income** 110:8
111:22
**indicated** 4:16
**individual** 137:3
138:4
**individuals**
46:25 112:13
112:16
**industry** 50:16
127:18
**inform** 148:15
**information** 8:7
31:8 40:5,6,9
40:17 42:6
63:24 64:24
66:16 69:20
93:6
**informing** 89:12
**initial** 81:10
86:25 146:5
**Initially** 146:5
**initiative** 114:7
**instance** 42:2
**Institute** 9:24
**instructed** 104:9
**instructing**
101:22
**instructions**
41:9
**intention** 116:15
**interest** 104:13

TAREQ FREITEKH – 5/22/2015

150:15
**intern** 138:23,24
**Internet** 3:15
**interns** 138:24
**interrupt** 7:2
  60:7 122:6
**interrupted**
  12:17
**introducing**
  135:2
**invited** 22:5
**involve** 131:18
**involved** 47:11
  51:24 72:15
  129:3
**involving** 78:17
  82:5 84:19
  91:8 100:7,16
  118:16 123:12
**irrelevant** 74:11
  102:18
**Irvine** 2:14
**Israel** 20:13,14
**issue** 28:5,8
  74:17 82:13
  101:18 102:18
  102:22 118:8
  122:1
**issues** 25:11,13
  42:12 87:9
  121:25

_____
**J**

**jail** 73:6,9,13
**James** 19:4
**January** 25:21
  37:15 38:10
  40:18 55:17
  73:1,2 81:17
  84:11 86:9
  115:25 116:2,8
  127:24 141:16
  141:16 143:10
  143:25 144:1
  144:12,20

145:24 146:9
**JERISAT** 2:11
  2:12 3:5 11:11
  35:21 36:13
  39:22,25 42:8
  42:14,18 43:24
  46:9 47:15,17
  52:19 55:5
  57:15 60:7
  61:16 62:4
  63:12 64:3
  66:5,22 67:3,9
  72:12,17,21,24
  73:11 74:11
  75:13,21 76:6
  79:3,8 80:19
  80:23 82:11,15
  83:4,9,15
  84:20,22 85:18
  86:15 87:6,12
  87:14 88:12,18
  88:20 89:5,8
  89:16 90:18,22
  91:2,4,23 92:1
  92:4,11,16
  93:17,23 94:5
  94:11 97:5
  100:21 101:17
  101:22 102:7
  102:17,20,25
  103:3,6,12,15
  103:23 104:6,9
  104:11,16,21
  106:19 107:2
  107:17,20
  108:1,4,7,23
  109:6,14 110:5
  110:11 111:13
  112:1,5,8,21
  112:24 113:16
  113:22 114:8
  114:13 115:8
  115:12,15
  116:21 117:23
  118:12,19

119:21 120:5
  121:8,11,20
  122:4,8,22,25
  123:2 124:2,6
  124:9,24 126:2
  126:7 127:19
  128:3 129:5,11
  129:20,22,24
  130:5,17 131:6
  134:1,10,15
  135:9 136:21
  137:11 138:11
  138:23 140:1,5
  140:10 143:2
  145:10 146:10
  147:7,9 148:9
  148:11,23
**job** 10:6 91:12
**jogs** 66:9
**judge** 89:3
**July** 105:11
  106:15
**June** 18:1,1
**jurisdiction**
  72:18 101:18
  102:18
**jurisdictional**
  89:3
**J.R** 137:9

_____
**K**

**K** 38:24
**Kabob** 85:8
**keep** 55:5,5
  122:1
**keeps** 83:7
**kept** 21:22
**kid** 30:1,1
**kind** 8:6 15:3
  28:19 29:14
  32:21 75:10
  87:16 121:25
**knew** 34:15,16
  79:1
**Knight** 12:12

78:1,3,7 88:25
  99:16 100:8,12
  100:24 101:2
  106:1,3,7,12
  107:7,10,11,13
  108:10,18
  109:19 116:14
  116:16 118:1,9
  118:10 120:19
  120:23,24
  121:5,18 122:2
  122:17 123:9
  124:15 125:13
  125:20,22
  126:15,18,23
  127:3,23 148:3
**knit** 138:13
**Knoll** 5:25
**know** 6:7,8,9,10
  6:11,19 7:5,5
  7:11,12,17,22
  8:6 12:6,24
  13:20,21,22,23
  14:3,20 17:25
  18:14 21:20,22
  23:14,20,21
  25:14 27:5,6
  27:12,13,25
  28:10,16,20,22
  29:4,8,8,9,19
  30:4,9,10,21
  30:21,23 31:6
  31:9,10 32:14
  32:19 33:1,11
  33:16,16,19,25
  34:2,8,14,15
  34:16,16 41:21
  41:22 43:5,6,8
  43:12 44:5,11
  44:17 45:24
  46:3,4,4,12
  47:8,13,13
  48:4,6,12,13
  49:11,16,17,18
  50:14 51:2,7,8

54:23 55:14
  58:11 59:3,13
  59:25 60:3,9
  60:17,19,22
  63:23 65:13,19
  65:19,21 66:1
  66:9 67:21
  68:7,7,9,15,15
  68:18,19,21
  69:9,11,11,13
  70:3,10,17,19
  70:22 71:4,5
  71:12,14,18,19
  71:22,22,25
  72:1,2 76:14
  76:22 77:2,4,6
  77:7,22,24
  78:1,1,2,9,9,11
  78:22 80:7,9
  80:10,12,13
  83:25 84:4,13
  86:5,6 87:11
  93:4,8 94:4
  99:4,18 101:1
  107:5 109:18
  111:3,3,5,11
  111:12,17
  112:12,14
  113:5 114:18
  116:11,14,15
  116:17,17
  121:5 123:18
  123:23 125:25
  131:1 133:22
  133:25 138:6
  139:12,19
  140:18 144:4
  144:25 145:8
  146:7 147:21
  147:22,25
  148:3
**knowledge** 64:2
**known** 17:11
**knows** 49:9
**Kumara** 9:3,6

**K-n-o-l-l** 6:1
**K-u-m-a-r-r-a** 9:6

**L**

**La** 13:9 24:21
  24:23 25:1
  85:8
**label** 8:9,11,22
  10:8 21:2
**labels** 10:22
**language** 6:21
  25:11 107:22
**last-minute**
  29:11 33:6
  49:21 144:25
**late** 10:12 30:18
**Laurianne** 11:7
  11:19 19:11
**Laurianne/Ak...**
  19:2
**law** 1:15 2:4,11
  88:13 90:14,20
  91:10
**laws** 149:9
  150:16
**lawsuit** 99:16
  101:19 102:23
  106:23 118:2
  120:20
**lawyer** 74:17,23
  74:24 75:2
  91:11 96:3
  103:13 129:19
**lawyers** 88:17
**leading** 79:6
**Learning**
  136:20
**leave** 7:6 55:9
  55:10
**leaving** 72:7
  135:25
**Lebanon** 52:6
  148:1
**left** 14:22 23:3
  51:15 55:24

82:8 125:21
  126:23 139:6
**legal** 109:13
  110:25 111:2
  113:22,24
  119:22 120:6
**Legend** 3:17
**let's** 33:15 49:2
  51:5 62:17
  75:21 76:16
  77:16 80:5
  86:4,6,12
  123:22 136:19
  146:6 148:5,5
**liar** 74:19
**lie** 106:9
**life** 12:11,15,16
  28:17 43:18,22
  44:4,12 45:4,5
  51:24 52:4
  55:13 58:18
  66:25 67:20
  69:6,8 71:8
  74:5 75:18
  76:4,9,24
  79:22 86:11
  99:17 100:16
  108:16 111:7
  117:4,12
  118:18,25
  119:18 121:7
  123:13,19
  128:17 129:3
  130:24 135:6
  136:8,15,17
  137:14 141:5
  141:14,21
  142:6 143:9,15
  143:20,21,23
  144:9,11,13,15
  144:16,18,21
  144:23 145:2
  145:22 146:1,7
  146:9 147:2
**lighting** 44:18

**Likewise** 89:16
**limit** 39:3 41:6
  60:2 67:17,18
  68:8 140:18,19
  140:19
**limited** 33:12
**line** 64:19
**liquid** 47:14
**listed** 49:18
**listen** 33:6 51:10
  80:4 121:9,11
  122:8 126:4
  130:5
**listened** 31:12
**listening** 124:3
**lists** 40:18
**literally** 28:4
  73:14
**little** 30:22
  33:19 50:6
**live** 5:24,25
  19:20
**lived** 90:15
**lives** 131:21
**local** 12:2,4,5,18
  13:1,3
**located** 4:17
**location** 33:7,12
  48:5 49:12
  68:7 71:3
  138:1
**locations** 13:20
  28:17 29:9
  33:23 47:24
**lodging** 48:17
**logistics** 32:25
  44:15 47:3
  51:16
**long** 7:13 8:14
  17:23 20:10
  32:9
**longer** 143:18
**look** 30:6 36:21
  41:24 42:24
  43:11 49:9

53:24 54:3
  55:6,11,13,20
  55:23 56:23
  59:12 61:6
  62:17,18,20
  65:18,20 69:10
  71:11 86:22
  91:19 92:24
  94:17 95:13
  96:22 97:9
  105:1,23
  110:15,17
  113:4 114:16
  114:16 115:19
  131:5 147:5
**looked** 43:13
  59:19 99:5
  132:20 135:15
**looking** 56:16
  61:13,18 62:11
  63:8,9 66:18
  118:21 132:10
  137:25 141:25
**looks** 23:13 37:9
  39:3 41:6
  42:10 57:24
  58:7 95:2
  114:24
**Los** 1:16 76:7
**lose** 72:6
**lost** 55:15
**lot** 12:6 43:10
  43:11 78:20
  80:24
**love** 52:12 65:9
**Lovers** 77:25
  78:6
**lying** 39:13
**lyrics** 76:14
  80:3
**Lytle** 1:18 150:1
  150:21
**L-a** 13:11 24:23
**L.A** 5:25 13:2,3
  13:4 19:17

27:19 58:12
  131:20,21

**M**

**M** 1:18 150:1,21
**main** 29:3 48:15
  121:6 144:6
**major** 68:6
  78:21 81:13
**making** 10:3,20
  90:13
**man** 138:13
  139:6
**manager** 34:14
**mansion** 43:8
**March** 17:4
  60:9,12,17,18
  60:23,23 61:3
  61:4 94:21
  95:6 100:12
  118:11,11,11
  121:1 141:12
  141:20 145:21
**mark** 53:13
  59:5,7,9 86:18
  92:8 113:1
**marked** 3:10
  4:2 36:22
  53:14 91:19,24
  149:3
**market** 46:4
**marking** 52:22
  93:21 97:2
  104:23
**MARTIN** 2:12
**massive** 50:13
**meal** 77:8
**meals** 47:25
  48:1
**mean** 7:9 12:4
  13:3 32:18
  40:12 42:9
  44:21 47:14
  49:25 59:3
  64:21,22 65:8

65:19,22 70:24
78:3,11 80:7
84:1,4 86:6,7
89:2 94:5
100:25 102:6
102:14 106:18
106:24 107:18
108:1 114:19
122:15 133:22
134:3 147:4
**meaning** 96:9
106:13 112:15
**means** 8:3 64:16
89:15 110:10
**meant** 112:7
125:10
**medication** 7:20
**meet** 5:13
**meeting** 21:15
**meetings** 131:18
**Melissa** 2:5 5:10
**members** 29:9
45:14 70:9
71:9
**memorandum**
106:21
**memory** 42:10
66:10 120:2
**mention** 116:11
**mentioned** 43:1
53:21 63:1
71:4 72:4
76:17 82:3
132:9 136:16
140:24 148:3
**message** 37:18
38:16,18,21
60:14,15 61:7
61:18 62:13
63:7 64:18
65:13,14
140:12
**messages** 3:11
3:22 36:23
61:6 64:25

65:20
**met** 5:8 21:6,8,9
27:23 47:6
**methods** 67:20
**Miami** 21:11,12
22:1 51:2,3,6,8
51:17,23 52:5
69:8 71:16
78:5 100:12
127:8 143:12
143:14,18
144:17 146:5
148:2,4
**mid** 118:11
**middle** 62:3
**middleman**
69:13
**mileage** 106:25
**mind** 5:14 65:4
79:21
**mine** 20:19
31:20
**minute** 37:7
59:12 67:21
68:8 69:9 71:3
97:3 135:15
136:24 137:18
138:10,12
139:4
**minutes** 23:2,2
**mischaracteri...**
146:11
**misstating**
66:22 80:19
145:10
**misunderstan...**
73:3,24 75:12
83:11 126:6
**model** 144:24
**moment** 78:12
**Monday** 96:12
**money** 13:25
28:5,12 33:25
34:17,21 35:1
35:13,16,17,19

35:20,24 36:2
36:10,12,15
37:24 38:2,5,6
40:10 43:4,5
43:21,25,25
44:2,3,12,19
44:19,21,25
45:4,22 46:1
46:25 47:4,11
47:13 48:12
49:6 60:4
64:12 67:13,15
67:17 68:3,11
70:9,10 71:12
71:16,17,18
72:3 74:10
85:2,3,3 86:3
98:11 99:22,25
100:6,19 101:3
101:5,7,14
103:1,4,6,20
110:15,16,23
111:16 112:7
117:11,13
140:20,21,22
141:1 142:1
**month** 24:6
51:18
**Moran** 44:20
**morning** 107:20
**Morse** 2:13
**Mostafa** 8:19
**move** 34:2 72:5
**moved** 19:24
51:3,8
**movie** 145:13
**moving** 17:25
**music** 8:12,14
8:22 9:13 10:4
10:20 14:21
15:17,22 16:2
17:8,10 20:25
49:20 115:25
117:4 127:18
**M-o-s-t-a-f-a**

8:21

---

**N**

**N** 3:1
**nailed** 32:7,10
**name** 5:10,15,19
5:22 8:11,20
11:4,12 13:9
13:11 15:14,24
15:24 19:4,4,5
19:9 21:12
28:6,14 29:24
32:3 36:3 37:9
37:10 38:12,18
38:21 45:19
46:3 48:23
50:7 59:20
64:1 77:16
95:22 112:4
119:9,25
120:12 127:9
127:24 138:14
**named** 52:10
150:2,5
**names** 9:1,5
25:7,8 122:12
138:25
**narrative**
130:18
**near** 27:10
**need** 6:9,21 7:9
7:12 13:20,20
13:21,22 28:24
30:6,6 33:7,12
33:19 34:15
41:20,24 42:24
43:11 44:23
45:1 61:6,6
62:13,15 65:18
65:20,22 69:10
69:10 71:11
72:3 73:18
75:2 77:5
83:23 89:14
96:11 111:11

111:11 119:11
119:18 120:4
124:4 133:18
133:21 147:5
**needed** 43:3
60:4 71:16,17
76:24 90:14
91:9 114:6
**needs** 18:14
61:17
**negotiation**
106:2
**neither** 71:21
**Nelly** 31:18,19
78:20
**Nelson** 9:10,11
**Neo** 131:13,14
131:15,20
**never** 14:21,21
15:2,3,10,13
15:21,24 16:1
16:25 51:21,21
56:14 68:3
74:5 75:9,11
75:17 79:20
80:15,15 91:11
95:24 99:22,23
99:24 100:2
101:14 105:25
106:11,16
107:12,15
108:15,17
109:3,22
110:16 111:21
111:25 112:13
112:16 117:10
142:3 145:2
**new** 12:6 71:2
77:18,25 78:2
78:7 80:5,13
81:13 113:18
123:13,25
127:8 128:23
138:6
**Nice** 5:13

**night** 22:18
24:16 26:22
30:14 32:7,8,8
32:9 53:8
68:20
**nine** 29:20 30:2
30:2
**North** 5:25 14:3
14:8,13,14
18:22 19:22
24:19,20 37:22
39:23 41:18
68:16 70:15
75:3 78:8
81:11,18 82:7
85:1,5,8 86:1
86:10 92:15
93:5 101:3
133:4
**NORTHERN**
1:3
**notes** 131:5
**noticed** 1:15
**November**
58:10,19
**Nowadays**
49:17
**number** 1:20
38:17 40:18
41:10 63:1,18
65:11,12,16,16
65:17 105:23
107:4 108:8,22
109:2,22
110:24,24
111:21,25
112:7,11,12,20
113:14,20
114:24 115:5
115:22 116:19
116:23,25
117:18,18,19
117:25 121:16
125:15
**numbers** 21:20

62:22 63:10,11

**O**

**oath** 8:2 148:11
**object** 42:8
102:17 104:3
114:8 127:19
**objecting** 87:6
103:13 135:10
**objection** 35:21
36:13 43:24
61:16 63:12
66:22 72:12,22
73:11 75:13
79:3 80:19
83:4 84:20
85:18 88:12
89:1 90:18
91:4 100:21
101:17,21
102:7 103:12
103:23 106:19
107:17 109:6
110:5 112:1,21
113:16,22
118:19 119:21
120:5 129:5,24
130:17 145:10
146:10
**objections** 104:6
**observation**
145:12
**occurred** 47:4
**official** 49:10
96:2
**officially** 17:25
**Oh** 26:22 56:17
56:24 59:1
86:4 94:5
114:18,18
130:1,6
**okay** 6:2,5,12
8:5,10,13,25
9:12,18 10:9
10:11,18,21,25

11:3,18,21,25
12:25 13:5,18
13:24 14:5,12
14:15,18,23
15:1,4,7,12,19
15:23 16:8,24
17:2,5,13,18
18:2,4,9,24
19:8,12,16,23
20:2,7,24 21:5
21:21,25 22:9
22:17,22 23:9
24:12,15 25:4
25:15 26:2,7
26:17 27:9,14
27:21 29:13
30:7,19 31:1,4
31:7,11,15,21
32:2,6,12,20
33:4 34:20
36:6,8 37:14
37:18 38:7,22
39:20 40:1,1,1
40:14,24 41:8
41:15 42:1,22
42:25 43:16
44:13 45:2,6,9
45:12 46:6,16
46:22 47:17,20
50:8,18,23
51:7,14,22
52:1,8 53:3,6,9
54:2,5,24
55:16,19,22
56:2,5,8,11,17
56:18 57:20,23
58:3,15,20
59:2 60:21
62:4,14,16
63:15,22 64:6
64:10,17 65:2
65:4,10 66:14
66:17 68:24
69:4,23 70:5
70:20 72:9

73:5,20,25
74:22 75:22
76:1 79:11
81:2 83:18
84:6 86:20
87:14,21 88:5
88:11 90:6,12
90:17 91:13,17
92:4,13,16,19
92:23 93:13,16
93:19,20 94:16
95:4,8,12
96:14,19,21
97:1,8,12,16
97:22 98:1,13
98:22 99:8,21
100:1,5,14,18
101:11,25
104:2,10,17
105:22 108:20
109:17,21
111:20 112:18
112:23 113:9
114:10,18,20
115:4,11,16,18
116:7 117:2,17
117:21 118:14
119:4 120:14
121:2 122:10
122:13,23,24
123:3,4 124:4
124:5,7,9,13
124:23 125:1
126:2,2,5,9,11
126:17,20
127:11 128:7
129:14 130:14
130:22 131:4
131:11,17
132:7,18
134:15 135:14
135:18,24
136:1,5,18,23
137:2,7,16
138:3,16 139:1

139:8,11,17,22
140:2,25
141:13,19,24
142:8,20 143:2
147:14,16
148:7,8
**once** 22:2,4
**ones** 148:14
**online** 133:24
**operate** 50:4
**opinion** 61:12
89:13,15,15
**opportunity**
148:19
**opposing** 148:25
**opposition**
107:24
**Orchard** 2:6
**order** 28:24
65:23 88:21
**organized** 69:14
**original** 94:25
146:21 147:20
147:22 148:14
**originally** 25:5
**originals** 148:23
**originating** 87:3
**outings** 22:23
**outside** 28:4
144:19
**overtime** 46:18
**owned** 13:8
18:16
**owner** 8:9,14,23
10:8 14:16
15:8 19:4
20:18
**owners** 8:18
9:13
**owns** 15:21

**P**

**page** 3:3 16:5,9
55:20,23 57:11
82:14 87:2,18

91:22 94:17,19
95:13 96:9,22
105:6 113:7
133:10,14,15
133:17,23
134:4,5 135:5
135:19
**page(s)** 4:17
**paid** 34:11,12
34:21,22,25
36:15 43:19
44:17,24,24
45:21,25 46:7
46:12 47:22
48:13,19 59:25
67:1 68:3
69:12,15,16,18
70:18 71:21
72:3 73:18
102:1,4 103:20
110:22 112:17
117:3,14 141:4
142:1,1,3
**paper** 15:11
108:11 110:25
**papers** 88:17
**paperwork** 34:8
**paragraph** 4:10
4:13 106:4
125:10,12,15
**paraphrase**
120:10
**parents** 19:21
140:22
**parked** 22:25
134:12
**part** 15:8 32:10
32:10 33:15
51:23 55:6
63:20 69:8,8
88:22 89:11
94:5,12 97:6
127:22 136:6
144:6,7,22
**participated**

110:2
**particular** 88:8
94:24 98:20
**parties** 131:1
148:12
**partner** 8:19
14:22 15:5
101:6
**party** 88:14
102:22 103:8
103:16,18
**passed** 21:17
**Patel** 1:15 2:4
**pause** 7:14
**pausing** 136:4
**pay** 13:25 34:10
44:14 45:14
47:7,7,24,25
48:1,17,18
68:8 69:1,12
70:9,10 73:16
74:17 103:22
104:4 140:20
140:20
**paying** 48:15
68:12 71:9,24
71:25 141:1
**payment** 34:23
39:9 40:19,20
40:22,23 43:17
66:24 70:5
**payments** 42:13
67:1 70:8
**pays** 44:6
**Pejj** 18:16,19,20
**pen** 26:21
**penalty** 105:13
120:1,15 149:9
150:16
**pending** 7:13
**penny** 68:4
141:3,6
**people** 29:19,20
30:2,2 33:24
34:19 43:3,7

44:6 55:25
70:8 122:2,2,3
**percent** 111:9
120:24 121:4
**period** 77:18
106:17 108:18
109:3 132:5
150:10
**perjury** 105:13
120:2,16 149:9
150:16
**person** 9:8
24:21,25 39:10
47:22 55:24
75:4 100:2
111:22 112:14
122:9 123:2
**personal** 62:3
72:18 101:18
102:18
**personally**
34:25 35:2,16
36:1,11,16
43:25 65:22
70:5
**phone** 36:23
85:6
**photo** 56:6
57:11 59:10
**photograph**
3:13,20
**photographer**
25:5
**photographers**
30:1
**photographs**
3:18
**photos** 56:14
106:8
**physical** 44:12
**piano** 30:21
**pick** 33:7
**pickup** 143:14
143:19
**picture** 52:25

58:7 118:10
120:25
**pictured** 131:16
135:22 137:22
139:12
**pictures** 55:12
**Pitbull** 12:8
120:24
**place** 150:5
**plaid** 136:25
**plaintiff** 1:7 2:3
3:10 4:2 5:12
88:23 92:8
93:24 140:15
149:4
**Plaintiff's** 94:11
97:5
**plan** 146:21
147:20,22
**planned** 29:6
**planning** 148:2
**plans** 51:19
80:13
**play** 133:5,8
**Playa** 19:13,14
19:15
**played** 30:21
31:17 132:17
133:13
**playing** 42:10
134:25
**please** 5:20 42:9
74:13 126:3,8
**pocket** 44:14
69:2
**point** 31:2 55:23
65:3 66:18
78:16 85:19
104:13 123:1,9
126:23 145:23
**points** 65:6
**portion** 92:6
147:18
**position** 35:6
41:19 42:16

81:4 82:21
84:2 89:9,21
102:1,4,11,14
104:15,18
107:18,21
109:9 110:21
117:10
**positions** 88:17
**positive** 79:21
81:10
**possibility** 60:5
70:17
**possible** 33:23
42:23 77:6
142:12,17,24
**posted** 23:10,21
53:22 54:9,10
132:10,22
133:1,3,12
134:21 135:4
**posts** 58:4
**potential** 31:12
47:21 84:8
90:8 91:8
**prepare** 52:13
148:16
**presence** 71:13
**present** 45:22
80:16 103:8
105:25 106:6
106:16,22
107:12,15
108:15,18
109:3,19
**presented** 94:1
99:24,25 106:2
106:11
**pressure** 83:25
**previous** 70:22
111:8
**printed** 90:2
**printout** 3:11,15
**prior** 9:19 19:20
26:3 150:2
**privilege** 114:9

**probably** 46:17
46:20 57:18
58:2 60:5
81:17,19
116:10
**problem** 28:13
40:16 54:22
58:22 64:8
125:5 132:14
**Procedure**
150:3,9,14
**proceedings**
149:6
**produced** 48:20
48:21
**producer** 8:8
13:22 44:5
**producing**
10:20 49:12
**production** 10:4
13:8 14:8
44:15 140:21
**Productions**
13:6 18:11
25:2
**profession** 10:6
**professional**
49:19,19 69:17
**project** 3:16
11:8 19:2,9,13
20:23 34:2
43:18,20 44:1
44:2,3,8 48:14
50:16 51:6,20
66:25 67:19,22
68:4 71:8 76:3
76:23 77:12,18
77:21,23,24,25
78:2,7,10,17
78:23 79:18,25
80:1,2,6 81:5,9
81:10,15 82:5
82:22 83:2,23
84:8,8,15,19
85:10,17 86:2

86:2 90:8 91:9
99:15 100:7,11
100:16 106:12
107:7 109:19
111:4,6 118:1
118:16,25
119:17 120:19
121:3,5,18
122:1,3,5,17
122:19 123:12
123:17,21,23
123:25 124:15
124:22 125:13
125:20,22,25
126:22 127:3,9
127:22 128:16
128:24 129:2
130:24 135:6
139:25 141:4
141:14,15,21
142:4 143:9,12
143:16,17,20
143:23,24
144:1,17,18
145:5 146:15
147:13 148:6
**projects** 10:17
11:6 16:25
20:21 71:7
75:16 80:11,18
81:9 100:23
122:4 127:25
142:5 145:18
**promising** 84:17
**promote** 16:10
**pronounce** 5:14
**property** 33:24
**propose** 88:13
**proposed** 87:10
**provide** 7:17
43:14 44:10
**provided** 38:5
112:4 150:10
**published** 11:2
54:10

**pure** 111:18
**purely** 67:16
**purpose** 66:6,8
68:11 89:7
108:11,14
113:13
**purposes** 143:16
**pursuant** 4:10
4:12 113:11
150:2,8,13
**put** 15:10 28:6
28:13 46:3
48:4 76:11,14
83:7 85:4,9
95:11,25 96:4
96:5 108:22
125:10,25
136:7,15 146:1
146:2,3
**putting** 65:25
70:3
**P-e-j-j** 18:17
**p.m** 1:17 87:4
149:6
**P/K/A** 1:9

---

**Q**

**qualify** 89:3
**quality** 56:13
**QUES** 4:16
103:22 104:5
**question** 4:17
6:9,13 7:13
36:4,14 37:24
43:23 46:9
62:17,21,25
64:9 66:3,5
67:10,12 68:22
68:23 69:24
74:12,13 79:7
79:9 99:20,23
102:11,13,21
103:17,24
104:1 109:12
113:23,25

116:17 118:13
118:13 120:10
121:8,9,10,11
121:12 122:8
124:3,4,7,10
124:25 125:6
126:3,4,6,8,13
127:21 128:8
129:1,9,19,25
130:5,20 134:1
136:21 138:11
**questioning**
128:3
**questions** 4:16
7:3,4 65:5,23
72:23 82:17
118:24 127:12
131:8 135:10
135:13 143:3
**quick** 121:21
131:5

---

**R**

**raise** 61:23 65:6
**raises** 61:21
**Raja** 9:3,6
**Rami** 48:23 57:8
77:1
**read** 66:13
105:23 107:5
121:17 122:16
124:8 126:14
148:19
**ready** 51:16
**real** 62:17 86:2
98:23 111:3
121:21 131:5
**really** 16:25
26:13 28:3
29:5 30:15,18
33:18 38:19
43:6,10 44:6
47:8 48:6,11
48:14 49:15,24
51:7,9 69:13

69:20 75:20
83:25 84:4,14
85:23 102:13
127:6
**reask** 127:12
**reason** 7:16
36:25 59:22
61:9 63:23
98:4 99:1
106:9 113:15
116:11,13
126:21 127:1,5
127:22 132:1
**reasons** 126:25
127:4,4,6
**recall** 23:24
25:25 28:2
32:3 39:6 42:2
43:17 49:3,4,8
49:17 65:25
66:20 76:21
77:20 84:17
85:14,16 89:22
89:23 91:14
92:8,20 140:14
140:17 142:18
142:19,25
143:1 147:7,7
**recalling** 30:4
**receipt** 97:24
98:20,24
**receipts** 92:20
92:24 93:14
99:6,10
**receive** 43:21
68:4,25 117:13
**received** 96:17
111:21 117:10
**receiving** 110:7
112:7
**reception** 23:18
**recess** 52:20
86:17 121:23
148:22
**recipient** 94:19

**recognize** 63:24
64:1 113:5,10
135:7 138:19
**record** 5:19 6:18
8:9,11 21:2
24:5,10 30:25
55:7 63:12
75:21 86:15
88:15 93:24
94:8,9,10
102:8,9,10
104:18 109:1
114:13,14
115:25 121:9
121:13,24
124:4,8 126:14
127:14 132:15
132:16,19
134:24 135:1,9
135:10 148:15
150:3
**recorded** 127:9
133:3
**recording** 6:17
21:19,19 23:4
23:14 78:14,20
136:2,6
**records** 10:10
31:17
**recross** 140:2
**redirect** 140:1
**reduced** 150:6
**referenced**
62:10
**referred** 149:3
**referring** 39:23
39:25 109:13
**reflect** 135:1
**refuses** 4:16
**regard** 107:6
**regarding** 106:1
148:18
**regardless**
100:17
**rehearsals**

137:13
**reimburse**
70:10
**reimbursed**
71:9
**reimburseme...**
68:25
**relate** 145:25
**related** 45:4
66:21 99:15
146:8
**relates** 101:20
**relationship**
15:9 21:22
99:19
**relative** 67:15
**relatives** 20:8
**relative's** 67:14
**relax** 30:14
**release** 11:14
49:11
**released** 52:6,10
**relevance** 87:8
**relevancy** 72:13
87:7
**relevant** 72:19
101:18 103:7
106:22
**remember**
12:21,23 18:15
19:4,5,9 25:17
25:20 26:9,14
26:24 28:3,7
30:4,15,17
32:5 34:9
38:19 39:8
42:5,17,17,19
42:20 43:6
44:6,7,11,16
44:17 45:5,19
46:8 47:5 48:7
48:11 49:7,24
51:12 52:2
57:8,17 59:18
64:3,4 65:14

69:7,21 70:12
77:19 78:19
79:21 80:20
81:5,8,8,20
82:7,9,16,22
83:3,5,12,20
83:22 84:5,7
84:22,23 85:23
85:25 86:8
87:19 88:6,7,8
88:10 90:4,5,7
90:10,13 95:7
95:9,10 96:18
98:6,7,9,10,11
103:21 118:20
118:23 119:3,5
119:8,13,16
120:18,22
122:19,21
123:11,17,20
123:25 124:11
124:21 128:15
128:20,21,25
129:1,6,8,13
138:20 142:14
142:21 147:10
147:10,12
**remembered**
128:22,24
**remembers** 91:2
**rent** 18:7 45:7
45:10
**rented** 31:17
43:8 68:13
**renting** 33:24,24
**reopened** 144:5
144:8 147:15
148:6
**repeat** 7:4 124:7
126:13
**rephrase** 6:13
36:5,14 43:23
79:8
**reporter** 6:10,16
8:20 9:4 11:10

13:10 24:22
45:16 55:10
57:10 67:7
92:10 97:19
98:17 105:15
110:4 124:8
126:14 132:15
137:10 148:13
149:4
**represent** 36:22
55:12 94:23
**representation**
63:16
**represented**
102:23 103:16
103:18 104:12
104:14 105:19
**representing**
10:23
**request** 35:11
37:25 38:1,4,5
41:11 150:13
**requested** 150:7
**requesting** 38:2
**reserved** 32:4
34:4
**respect** 89:14
102:21
**responsibility**
96:7
**rest** 63:10 66:12
144:4,4
**restaurant**
30:23 31:22,25
58:1 68:19
76:17 78:13
79:15 85:1,7
**restroom** 6:10
121:21
**result** 150:8
**resume** 111:12
111:13,14
**reveal** 116:18
**review** 90:8
91:15 105:8

114:11 148:16
150:7,8
**reviewed** 150:13
**right** 6:14 8:8
29:1,23 31:23
41:12 49:4
50:2 53:9,12
58:8,20 60:20
63:15 64:20
66:4 67:23
68:24 69:25
72:17 75:12
77:9 81:22
93:23 104:22
110:1,11,11
112:8,18,25
129:14 131:6
134:23 139:9
139:22 141:7
142:16,23
147:19 149:1
**Rihanna** 84:14
84:14 86:13
**Ritz-Carlton**
22:25 23:16,17
23:19 27:11
53:22 133:2
134:10,13
**Riveting** 20:16
20:18,20,21
**road** 2:6 68:16
**room** 5:10
**rules** 6:6 150:3
150:9,14
**running** 102:22
**R-a-j-a** 9:6
**R-a-m-i** 48:23

─────── **S** ───────

**S** 3:7 4:1
**Sam** 34:13,16
**sat** 128:23
**saw** 22:6 26:25
28:15 113:14
131:12

TAREQ FREITEKH  -  5/22/2015

saying 31:23
40:4 43:25
51:4 61:17
64:23 66:24
70:6 81:14,23
83:1,11,12
107:24 119:9
126:21 127:7
127:10 145:4
says 38:18,23,24
39:2 42:19
64:15,19 65:11
87:4 107:6
111:21 115:24
116:8 117:3
scary 58:5
scene 143:22,22
Scenes 135:5,8
school 10:17
18:22 20:3
111:4 138:21
scout 49:13
scratched 63:4
63:11,17
screen 61:23
62:2 64:25
screenshot
53:17 132:20
screen-captio...
61:25
second 19:3
25:16 37:11
38:18 45:17
46:19 51:23
52:2 56:6 60:7
92:25 94:8
96:9,11 100:6
105:6 110:4
113:7 118:12
122:19 123:12
136:5
Section 150:3,8
150:13
securing 28:17
see 11:8 22:1

23:8 28:10
37:5 48:3 49:2
52:3 57:3
60:12,15 61:20
62:13,15 71:11
76:16 78:25
84:13 90:1
114:18 133:5
134:2 135:7
136:19 138:17
146:6 147:5
seeing 66:9
seen 22:2,4,8
23:10 56:14
105:4
segment 51:15
send 35:24 36:2
88:4 95:10
96:6,10 100:6
sending 90:7
91:14
sensitive 52:13
sent 38:21 41:9
67:1,13,15
88:1 92:21
95:24 98:5
101:9,10
142:21 148:24
148:25
separate 96:9
serious 77:23
80:13 81:12
82:1,2,24,25
83:7,12 86:1,2
86:9,12 118:24
119:2 122:20
122:21 123:20
123:21,24,24
125:24 126:1
127:7,15
128:18,22,24
service 75:10
set 14:20 100:11
Shaggy 11:5
33:10 71:2,8

Shakira 21:17
86:5
sheets 148:17
shirt 136:25
Shish 85:8
shoot 33:15
45:21 51:5,5
51:16,20 77:2
143:17 145:17
146:12,24
147:1,2,4,6,13
147:16,18,24
148:5,5
shooting 33:17
107:11,13
145:12 146:12
short 132:5
shorthand
150:5
shot 12:9,9 22:7
52:5 70:24
71:2 72:6
141:15 144:16
144:17,22,23
146:20
shots 52:5
143:14,15,19
143:19 144:14
144:25 148:5
show 35:6,7
42:9 52:22
99:6 131:9
132:8 139:23
showing 53:14
135:2
side 88:3,22
95:11,24 96:17
96:22
sign 17:14,16
148:16,19
signature 105:6
113:7
signed 96:23
105:9,11,18
106:14 107:15

109:25 112:4
114:12 119:9
119:24 120:12
similar 25:7
simple 33:18,20
simply 37:24
110:6 129:1
Simpson 18:16
34:6 45:15
sit 7:22 30:13
site 16:10
sitting 61:8 85:1
situation 15:22
30:11 71:14,18
six 28:4,7 85:19
sleep 48:7 125:4
sleepy 125:4
slept 24:20
small 48:16
49:24
smoothly 77:13
Snoop 11:7
33:10 70:25
71:7
social 22:23,24
somebody 48:18
61:10 74:25
song 12:21
21:19 28:23,24
29:3 30:10,25
31:2,5,6 32:7
32:11,14 76:5
76:12,13 81:13
86:5,6,13
136:7,15 146:1
songs 11:1 31:12
soon 74:10
sorry 11:24
12:14,17 24:19
26:12 29:21
39:22 40:11,15
46:9 47:15
53:16 54:15,24
56:16 57:9
59:9 73:2

75:22 76:5
86:23 92:16
97:3 110:9
117:22 121:14
122:10 123:5
124:25 125:1,5
126:12,12
129:7 130:6
136:4,11
sort 6:6 24:9
71:15 96:5
127:12
sound 25:7 32:3
Sounds 6:15
space 17:14,16
17:17,19 18:5
18:7 32:4 34:5
76:25
speak 6:24
special 49:11
specific 49:5
62:17,25 66:16
99:18 100:10
109:5 112:13
130:19
specifically
74:25 108:6
126:22 143:20
144:13
speculation
119:21,22
120:5
spell 5:22 8:20
9:4 11:11
13:10 45:16
Spelling 24:22
spend 22:18
24:16
spent 86:3
splitting 82:11
spot 29:12
Srour 8:19,21
stand 33:22
Starbuzz 15:15
15:16,20,21,22

16:1,11,13,17
16:17 17:11,15
**start** 8:6 9:16
17:3,25 30:10
33:2 80:13
87:16 96:3
**started** 9:14,17
15:3,3 17:4
25:10 32:14,24
76:18 116:15
**starting** 55:24
77:20
**starts** 76:12,13
76:13
**state** 5:19 93:6
109:22 149:10
**stated** 66:25
109:2 110:8
118:20 145:11
**statement** 79:4
88:16 89:2
90:13,19,24,25
91:1,7 105:24
106:22 107:4,6
111:24 112:4
114:24 115:5
115:12,19,21
117:7,8 118:5
121:4,16,18
124:14 127:1
145:22
**statements**
41:24 105:19
115:9 119:10
119:25 120:3,4
120:13 122:15
129:18
**states** 1:2 88:22
144:20 150:17
**stating** 105:18
119:25 120:12
**stay** 22:10 26:22
**stayed** 19:21
23:1 30:14
31:16 49:22

68:13 143:18
**staying** 26:10,12
51:3
**steady** 45:20
46:7,10
**step** 86:12
**steps** 145:16
**stipulate** 115:8
148:12,23
**stipulated** 149:2
**stipulation**
148:18
**stop** 121:8 122:5
122:5,22 124:2
124:2,2,2
**stopped** 28:5,11
**story** 62:8 71:22
**straight** 30:5,24
48:8
**strike** 75:21
139:16,18
**structure** 15:10
**structured**
15:17
**student** 9:20,21
9:23 10:15,16
14:3 18:10,14
35:4 69:19
110:13,18
**studio** 17:14,16
17:17,19 18:5
18:7 21:9,10
21:12,18 23:4
23:4,14,14
30:25 31:16
32:4 57:18
77:8 78:14,19
80:2 136:2,6
136:14
**stuff** 62:3
**subject** 40:1
99:14 106:7,22
118:1 120:20
144:8
**Sue** 74:9

**sued** 74:1,2,8
**suggest** 91:11
**Suite** 2:13
**supposed**
119:20
**sure** 6:11 7:1,4,5
7:10,15 29:4
29:15 30:14
36:17,19 37:7
37:12 38:14
41:25 42:17
44:8 45:24
46:1,23 47:10
49:3,8 52:24
57:3 61:2 62:9
62:24 63:4
66:9 69:24
70:12 74:14
75:7 79:8
80:21 81:23
82:14 85:25
88:14 97:11
99:21 104:24
108:7 109:14
111:5,15 112:5
119:7,7 120:11
120:24 122:11
123:7 125:9
127:14 128:2
128:10 131:6
131:10 132:9
132:11,13
133:7 139:24
142:22
**suspicion** 61:21
61:23
**swearing** 106:15
**sworn** 5:2 150:2
**system** 28:14
**S-r-o-u-r** 8:21

━━━━━━━━━
**T**
**T** 3:7 4:1
**take** 6:9 7:12,13
36:21 37:12

52:15,19 55:11
55:13 59:12
67:3 86:12,22
89:1,11 91:19
105:1 107:24
113:4 122:9
123:2 138:5
140:23
**taken** 1:15
52:20 86:17
121:23 133:14
148:22 150:5
**talk** 46:2 57:8
71:6 76:25
77:1,20 78:25
79:12,16,23
80:16 81:12,15
82:1 85:25
86:9 118:24
123:20,21,24
125:24 126:1
127:7 128:21
128:23 145:20
**talked** 7:7 21:20
70:16 75:6
80:24 81:5
116:4 123:13
123:19 124:22
128:16 132:10
134:19 136:7
137:13
**talking** 3:16
12:11,18 23:20
24:1,2,4 27:1
28:10 33:11
39:17 49:21
53:15,25 54:18
57:10 65:1
71:1 78:10
82:2,14 83:20
84:7,23 85:11
85:14 86:8
108:9,10 123:7
128:25 134:8
139:13,24

147:19
**talks** 24:1
125:12 127:16
127:17
**Tamer** 1:6 3:17
5:12 11:5,6
12:9,13 24:2,4
24:8 25:19
26:3,5,25 27:1
27:2,5,23 28:5
28:15,19,20
29:18,20,21,21
29:24 30:9,20
31:6 32:9,14
33:9,15 34:1,1
34:13 37:22
42:4 43:1,12
46:2,2 48:19
49:10 50:7,11
50:15 51:3
52:12 56:1,1,7
57:2,21 70:15
70:16,19,23
71:15,15,25
72:6,8 76:15
76:23 77:23
78:18 79:17,24
80:4,9,18 81:6
81:11,15 82:6
84:3,3,12,19
85:2,17 86:1,5
86:6,9,25 88:2
90:1,7 91:1,8
95:11 100:7,16
100:23,24
101:6,9 110:18
118:17 120:25
123:12 127:9
129:3 133:19
134:14 137:4
137:17,21
140:21 142:3
142:10 144:4,7
144:14,22,25
145:13 146:6

146:20 147:14
147:21,23
**Tamers** 29:22
**Tamer's** 28:19
47:12 48:23
90:2 133:15
135:5 139:10
144:7
**Tareq** 1:14 2:10
3:2 5:1,21,23
62:12 149:17
**Tarik** 1:9 3:16
4:9,12 87:4
113:11
**taxes** 110:25
**Taylor** 137:9
**team** 33:16
49:19 136:11
**technical** 146:13
**tell** 8:3 21:6,14
23:23 27:25
47:3 52:25
53:18 69:5
99:4,9 104:3
114:2 122:18
133:9 135:4
**teller** 100:3
**telling** 36:9 47:6
65:15 69:20
83:23 108:17
108:21 120:22
136:22 145:8
**ten** 23:2 43:7
**term** 146:12,13
**terms** 83:11
85:15
**Test** 3:22
**testified** 73:11
103:3 127:22
145:23
**testifies** 5:2
**testify** 7:23
**testifying** 67:4
79:5
**testimony** 7:17

66:19,23 80:20
82:15 83:16
145:11 146:11
150:4
**text** 3:11 36:23
37:6 59:15,17
59:20 60:8
150:6
**Thank** 25:15
63:21 93:22
113:2
**thanks** 49:11
**Thanksgiving**
58:11 59:10
**Thiam** 1:9 95:18
95:19
**Thien** 13:9
14:11 24:21,23
25:1
**thing** 6:16 29:11
30:8,9 33:7
48:3,3 59:16
61:25 69:9
70:24 92:3
**things** 48:16
61:24 65:1
68:15 72:4
80:24 86:12
91:12
**think** 21:11 22:2
27:16,17 28:25
32:13 34:6
36:13 42:6,18
43:24 44:18,23
45:3 46:20
47:23 52:6,9
57:7,14 59:7
59:22 61:9,14
61:17 62:5,18
64:16 66:3,22
67:4 72:17,19
72:21 73:17
76:12,17 80:22
80:23 81:1
82:11,17 83:10

83:10,15 85:19
85:20 88:21
89:9,12 99:1
101:17,17
102:17,20
103:3,15,24
106:20 109:7,8
112:12 113:17
122:4 125:3
127:25 128:3
129:11 131:12
133:20 145:11
146:11,11,13
**thinking** 32:15
138:7
**thinks** 110:10
**third** 56:23
77:24 96:22
103:8
**thought** 115:17
**thousand** 46:20
**three** 9:10 25:21
50:19
**three-way** 84:16
**throwing** 33:3
**TI** 78:20
**ties** 72:20
**time** 6:4,8 10:13
10:19,22 11:10
14:4,22 25:16
25:24,24 26:6
28:15 29:12
31:18,19 32:13
33:12 34:13
37:12 45:3
49:5,5 50:2,9
50:13 67:7
68:13 69:19
77:4,7 81:6,14
86:3 110:13
119:5,8 121:10
123:9 126:23
132:5 133:21
137:10 141:21
150:5

times 22:7 46:24
47:21 52:11
70:4 73:21
85:19,21
139:12
**tired** 27:5 125:3
138:7
**title** 9:9 31:2,5
76:10 134:3
**titled** 88:3
**TMZ's** 61:11
**today** 6:17 7:6
7:16,23 10:5
49:2 54:4 61:8
70:4 72:14
74:2 107:1
129:17 130:16
132:20 148:20
**Toh@usa.com**
87:23
**told** 28:20 35:4
40:25 59:25
66:8 67:21
70:4 74:16
78:12 80:15
85:23 96:1
112:6 123:11
128:12,15,19
128:19 146:17
146:19
**tons** 131:25
**top** 37:9 59:20
**total** 101:9,10
**track** 89:19
95:25
**transacting**
110:6
**transaction** 71:4
110:25 111:17
**transactions**
43:10,11,14
44:7
**transcript** 3:8
4:16 63:20
150:7,8,12,13

**transcripts**
148:13,14
**transfer** 35:1,7
37:20 39:3
41:6 42:3 66:1
68:10 98:15
102:15 103:10
**transferred**
28:11 35:9
36:9,11 37:25
38:2 64:12,15
67:25 68:1
98:11 100:20
101:4,8,14
102:12 103:1,3
103:6 129:23
140:21,22
148:14
**transferring**
43:5 60:2
**transfers** 40:9
66:20 99:13
**travel** 43:2
**traveled** 115:24
116:2
**traveling** 68:14
**travels** 29:20
**tried** 28:6
**trip** 13:10 52:25
53:4 54:18
55:13,17 68:16
130:23,25
**Troels** 9:10
**trucks** 45:10
**true** 39:9 63:6
72:10 75:12
88:13 105:19
106:12,15
107:14 108:16
112:19 115:2
117:8 118:5
119:10 120:1
120:15 149:10
150:3,17
**truly** 42:20

truth 8:3 70:7
truthfully 7:25
try 6:24,24
  18:15 19:3
  26:9 36:17
  39:4 41:6
  44:16,16 69:7
  72:14 83:19
  106:25 128:4
trying 12:21
  38:23 39:2
  41:5 42:15
  62:8 67:22
  68:22 71:6,17
  80:3 81:24
  82:20 121:19
  124:20 127:16
  136:15
Tuk 31:22,22,25
  31:25 56:24,24
  56:25,25
Tuk-Tuk 57:4,5
  57:25 58:2
  76:17 77:7,10
  78:13 79:15
  135:25
two 9:13 22:7
  25:20 29:22
  51:18 62:21
  69:21 70:22
  73:4,7,14
  78:21 85:11
  87:2 92:13
  100:11 110:24
  114:22 116:9
  122:4 148:15
  148:20
type 23:13
T-a-r-e-q 5:23
T-h-i-e-n 13:11
  24:23
T-r-o-e-l-s 9:11
T-shirt 137:8

_____

U

uh-huh 6:19
  8:17 9:15,22
  17:9,22 19:19
  23:12 32:1,16
  35:14,15 37:8
  39:1,5,19 41:4
  41:19 48:9
  56:10 57:22
  77:15 78:4,15
  86:16 87:13,24
  91:21 93:1
  95:1,16 97:18
  98:3,8,16
  105:3,12,14
  109:24 111:23
  113:12 115:1
  115:20,23
  116:24 119:14
  124:17 125:18
  125:23 130:3
  130:12 136:3
  139:5 141:9
  142:11 143:11
uncomplete
  64:23
understand 8:2
  30:11 35:5
  38:24 39:17
  42:15 49:4
  61:19,21 62:8
  65:24 66:18
  67:24 70:6
  71:7 82:15,20
  83:9,9 88:20
  88:20 89:5,8
  89:16,16 92:16
  102:13 107:18
  110:20 122:15
  124:20 125:9
  127:16 129:11
  129:15 142:16
understanding
  25:12 59:13
  125:19 146:15
understood 62:9

106:5
unfortunately
  17:1
Union 43:5
United 1:2
  144:20 150:17
upcoming 32:18
use 6:10 67:21
  143:19 146:6
useless 66:12
U.S 20:10 28:13
  28:20 51:20
  144:3
U.S.C 4:10,13
  113:11

_____

V

vague 35:21
  36:13 43:24
  66:5 90:23
  91:5 100:21
  130:17
vans 45:10
verse 76:12
versus 115:22
video 8:8 11:13
  11:19 12:8,9
  12:10 16:13
  22:7 23:10,20
  23:21,22,23,25
  24:5,8,11,13
  28:17,23 29:2
  29:9,17 32:15
  32:25 33:2,11
  37:3,23 48:20
  48:25 49:10,20
  49:21 51:1
  52:6,10 53:15
  53:21,24 70:24
  72:6,7 106:9
  110:3 116:1
  117:4,12,14
  132:17 133:1,5
  133:8,9,13,20
  134:8,14,18,23

134:25 135:3,7
  135:15,16,19
  139:14,20,21
  144:10,10
  145:12 146:3
  147:14,23
videos 10:19
  11:4 12:1,2,19
  50:12 70:22
  75:24 111:8,9
  131:9 132:8
  135:11 139:23
View 13:6,6,8
  14:1,2,6,8
  18:11 25:2
visit 22:11 24:17
  116:12 118:2
  118:17 120:21
visited 132:4,23
Vista 19:13,14
  19:15
vocally 6:22
volunteer
  110:14 111:4
  111:18 121:12
volunteered
  110:17
vs 1:8

_____

W

Wael 14:25 15:5
  15:6,21
wait 51:5,8
waited 28:3 30:5
waiting 28:7
  29:21 30:2
waitress 61:24
  65:1
walk 29:14
want 9:1 33:21
  33:24 37:5
  45:16 48:4
  49:3 60:14
  61:21 63:18
  68:8 69:24

70:1,2,17 75:5
  77:2 82:13
  83:19 85:25
  86:4,13 89:1
  90:1 100:12
  114:3,21
  122:11 123:7,8
  125:7,9 127:14
  128:10 129:17
  130:4,8,15
  132:12,15
  133:8,24 135:6
  139:24 147:6
wanted 30:9
  32:17 38:4
  46:3,3 48:14
  49:14 54:6,25
  58:21 77:6
  96:2,2 131:9
  133:5,5 134:2
  134:7 140:20
  143:22 145:17
  146:1
wanting 76:22
  83:7
warehouse
  33:25 34:4,7
  34:10 35:2
  50:24 138:1
Washington
  1:16
wasn't 29:5
  48:15 49:15
  73:13 78:16
  107:10,12
  119:2 123:8
  143:16,20
way 6:14 24:20
  40:15 49:23
  69:25 76:10
  100:15 106:5,6
  106:18 119:24
web 16:10
week 26:1 77:22
  81:12,24 84:9

84:10
weeks 25:20,21
116:9
Wehbe 11:8,12
weight 55:15
weird 62:2
welcome 12:11
12:15,16 28:16
43:18,21 44:4
44:12 45:4,5
51:24 52:4
55:13 58:18
66:25 67:20
69:6,8 71:8
75:18 76:2,4,6
76:9,24 79:22
86:11 99:17
100:15 111:6
117:4,11
118:18,25
119:18 121:6
123:13,18,18
128:17 129:3
130:24 135:6
136:8,15,17
137:14 141:4
141:14,21
142:6 143:9,15
143:19,21,23
144:9,11,13,15
144:16,18,20
144:23 145:2
145:22 146:1,6
146:9 147:2
went 18:22
22:12 30:4,12
30:13,15,20,23
30:24 34:23
38:8 40:7,21
41:16 42:3
49:22 68:13
76:16 85:7
99:24 100:2,2
106:25 141:1
weren't 50:1

Western 43:5
Westin 26:15,16
26:22 27:10
we'll 6:11 115:8
148:11
we're 42:10 51:2
54:18 55:9
56:16 59:4
62:5,11 69:16
71:19 72:14
82:11,14 85:11
102:21 109:1,8
121:25 123:7
125:3,4 127:7
129:11 132:19
134:8 135:10
136:24 137:18
138:10,12
139:4 147:16
white 56:15
137:8,19
wide 68:23
wider 68:21
wife 26:5 28:7
29:25 30:1
43:7
wife's 51:9
willing 43:14
119:6
wire 47:3
withdrawing
67:17
witness 3:2 4:16
8:21 9:6 11:12
13:11 24:23
36:19 39:24
42:10,20 45:17
46:11 47:16,18
57:16 60:9
62:7 64:4 67:2
67:5,6,8 73:13
74:14 75:22
81:2 82:16
83:5,14 84:25
85:22 86:20

87:11 88:24
89:10 92:14
93:19,22 94:3
97:20 98:18
101:23 103:13
103:17,25
104:7,10,14,20
104:24 105:16
106:20 107:19
108:1,11,24
109:15 110:9
110:13 111:14
112:3 113:2,21
113:24 115:10
118:14,20,23
120:7 121:10
121:14,21
122:10,13,23
123:1,3,5
124:5,11 126:6
126:9,15 128:5
129:6,8,13,15
129:21,23
130:1,6 133:14
134:5,9,12,16
135:3 136:22
138:24 139:2
140:4,6 145:11
145:15 147:10
148:25 150:2,4
150:7,10,11,18
witnesses
148:16,19
Wi-Fi 133:25
word 138:21
words 109:2,5
work 14:6 16:4
24:2 30:8 35:4
46:5 47:2
51:16 52:12,15
52:17 68:4
75:16 78:13
79:17,24 80:18
83:24 110:22
111:6 117:3,11

117:15,16
131:12,15,18
131:19 132:1
worked 11:4
12:1,2,14,15
14:19 111:8,8
111:9,10
139:13
working 10:16
21:16 30:10
33:2 48:8
49:20,25 50:2
136:9,14
World 8:12,14
9:13 20:25
worry 25:8
wouldn't 47:12
61:3,4 72:6
132:12 143:24
write 11:1 80:5
80:5
writing 32:10,10
32:14 116:16
wrong 35:8 60:5
95:18,23
W-a-e-l 15:6
W-e-h-b-e 11:13

                   X
X 3:1,7 4:1

                   Y
yeah 5:9,18 9:10
10:3,20 11:24
12:20 13:4
15:6 17:7
18:19 19:2,11
19:13 20:4,6
21:8,17,24,24
22:5,5,12
23:18,21,21
24:4 25:3,8,23
26:11,16,20
27:2,2,3,21
28:19 29:19

30:20 31:24,24
32:11,23 33:1
33:1 37:2,13
41:24 46:15
50:3 51:2 52:4
53:8,20,23
54:1,10,20,22
54:22 55:15,18
55:21 56:14,20
56:22 57:1,4
58:9,14,17
60:14,21 61:1
62:7 64:21
69:3 75:8
76:19 86:23
88:10 91:3
92:14 95:3
107:2,19 109:4
109:15 111:14
113:6,24 115:3
115:10 116:3
116:10 117:1
117:16,20
121:22 122:7
124:19 131:24
132:16 134:6
134:12 136:9
136:13,13
137:1,1 138:2
139:21,21
140:15 145:7
147:8 148:10
year 111:11
years 9:25 19:22
19:24 69:21
116:18
Yehia 26:5
28:19 29:21
34:1 50:15
56:1 137:4,17
137:21 140:21
York 71:2
YouTube 53:17
53:18 54:7
132:21 133:10

134:3,5 135:5
135:19

---

**Z**

**Zeus** 44:19,24
45:13 46:12,15
138:9,14

---

**$**

**$10,000** 34:24
38:8,25 40:7
40:19,21,22
41:16 43:17
140:12,14
**$100,000** 98:10
101:5,7
**$15,000** 33:11
49:22
**$150,000** 102:12
**$155,000** 102:1
102:4,15
103:11,22
104:4
**$20,000** 44:8
**$200** 73:17
**$300,000** 49:20
**$43,000** 129:23
**$5,000** 101:8
**$50,000** 84:18
101:4
**$8,000** 74:17

---

**1**

**1** 3:11,12 36:20
36:20,22 62:18
62:20 63:1,5
63:24 92:12
94:13 97:6,6
114:24 115:9
115:14,15,17
115:17 140:4,5
140:6,11,15,15
140:16 149:4
**1st** 98:21
**1:13-CV-4103**

1:8
**10** 4:7,8 33:11
38:24 97:2,2,5
97:10 104:20
104:21 109:22
111:25 112:7
112:11 115:12
116:19,21,23
116:25
**10th** 94:21 95:6
95:9
**10,000** 39:7
40:25 41:3
**10:02:15** 87:4
**103** 4:17
**104** 4:9,17
**11** 4:9,11 43:3
104:19,23,23
105:2,9,19,19
106:14 111:21
112:11,12,20
113:14,20
114:17,18
115:12,22
116:20,25
117:18,19,19
117:25 121:16
125:10,12,15
127:2
**113** 4:12
**12** 4:12,14 60:9
60:12,17,18,23
60:23 61:4
113:1,1,4
114:11,17,18
115:21 116:20
116:23 117:19
117:23,25,25
120:13 124:14
125:16,17
129:18,25
130:1,10,11
136:24 149:4
**12th** 61:3
141:12,20

145:21
**140** 3:5
**143** 3:4
**145** 101:9
**14516** 38:9
40:18 41:2,17
42:3 63:3
**149** 3:11,13,15
3:18,20,22,23
4:3,5,7,9,12
**155** 101:10
**155,000** 101:10
103:20
**17th** 25:23
**1746** 4:10,13
113:11
**18th** 25:23
**19** 43:8

---

**2**

**2** 3:13,14 52:23
52:23 115:5
**2,000** 46:17
**2-23-13** 3:23
**2:05** 1:17
**20** 22:6 29:19
**20,000** 28:12
**200** 49:20
**200,000** 111:10
**2000** 16:23
**2007** 20:11
**2010** 21:9
**2011** 11:5
**2012** 10:12 11:7
22:6 53:1 54:9
116:5 132:22
133:12
**2013** 10:1,12
11:22,23 13:7
13:14 17:4,25
18:1,3,10 19:1
37:16 60:12,18
61:5 86:24
87:4 88:2
94:21 95:6

97:14 98:21
115:25 116:15
141:12,20
143:10,25
144:20 145:21
145:24 146:9
**2014** 8:15,16
9:14,17,19
11:20 16:23
20:25 21:3
58:19 73:1,2
105:11 106:15
**2015** 1:17 11:16
11:17
**216-9962** 2:8
**22** 1:17
**23rd** 37:15
38:10 40:18
86:24 87:3
88:2 141:16
**2372** 2:13
**24th** 39:10
**25** 101:4,4
137:18
**25th** 105:11
106:15
**25,000** 92:25,25
**26** 21:11,12
**26th** 54:16
**27** 58:10,19
138:10,12
**27th** 54:9
**28** 4:10,13
113:11 139:4

---

**3**

**3** 3:15,17 53:13
53:13,14
115:17
**3-10-13** 4:5
**3-11-13** 4:5
**30(e)** 150:8,13
**30(f)(1)** 150:3
**300** 101:9,12
**30080** 2:7

**31** 109:9
**322** 2:13
**3343** 5:25 8:22
9:16,17
**34** 9:17
**36** 3:11 48:8
49:22

---

**4**

**4** 3:18,19 55:3,3
55:11
**4th** 101:5
**4,000** 46:12,14
**4-8-13** 4:3
**4-9-13** 4:3,7
**400** 2:6
**404** 2:8
**4045** 2:6
**4516** 63:6,10,25
**47** 89:13

---

**5**

**5** 3:4,20,21 58:6
58:6 59:8,9
**5th** 85:11
**5:18** 149:6
**50,000** 85:9
**50-50** 15:10 17:6
**52** 3:13
**53** 3:15
**55** 3:18
**571-5700** 2:15
**571670** 1:20
**58** 3:20
**59** 3:22

---

**6**

**6** 3:22,22 59:11
59:11 60:13
63:2,25 140:5
140:6 141:8,25
145:20
**6th** 85:11
**6055** 1:16

**7**

**7** 3:23,24 86:19
   86:19
**7:00** 32:8,22
**700** 46:21
**714** 2:15

**8**

**8** 4:3,4 91:18,18
   91:20,25 92:6
   93:17,18 115:9
   115:14,15,18
**8:00** 32:9,22
**86** 3:23
**8606** 1:18 150:1
   150:21
**8766** 99:6 104:5

**9**

**9** 4:5,6 93:21,21
   93:25 94:11,17
   97:14 104:20
   105:23 106:4
   107:4,6 108:8
   108:22 109:2
   115:12,19,21
   115:22,24
**90** 111:9
**90068** 6:1
**91** 4:3
**92614** 2:14
**93** 4:5
**97** 4:7

They I getting really nervous

Jan 23, 2013, 11:26 AM

Account number: ████████4516
Routing # 053000196
Address 10400 orchid hill ln ,
Charlotte north Carolina 28277

Freitekh is the last name . Thank you

Just made u $10K
Trying to make another 1 but looks
like I exceeded the daily transfer limit
I will try to figure something else

Jan 24, 2013, 10:59 AM

1676 defoor Cir nw Atlanta, ga at 6
pm

Clothes?

It doesn't matter they are just
practicing

Mar 7, 2013, 12:06 AM

Habiby I emailed you the credit auth
paper but we will talk tomorrow
Inshalah

iMessage

EXHIBIT ___1___
REPORTER D. Lytle
DEPONENT T. Freitekh
DATE 5-22-15



EXHIBIT ___2___
REPORTER D. Lytle
DEPONENT T. Freitekh
DATE 5-22-15

Upload 

Uploads from Tarik Freitekh
by Tarik Freitekh · 2/3

 IMG 5450
by Tarik Freitekh

 Akon and Tarik talking about the next
project with the Legend Tamer Hosny
by Tarik Freitekh

 - Heaven - a sad short film
by Tarik Freitekh

## Akon and Tarik talking about the next project with the Legend Tamer Hosny

 **Tarik Freitekh**

1,303

102,317

48     0

Like          About     Share     Add to

**Published on Dec 27, 2012**
Superstar Akon with Director Tarik Freitekh talking about their
upcoming project with the best artist in africa Tamer Hosny

Show more

 Sayed El A'atefy Full Movie HD فيلم
سيد العاطفى كامل بجودة
by TamerAcademy
253,601 views
1:39:50

 Akon, Drogba and Dioufy on
Senegalese TV pt. 1
by joloffmann81
138,256 views
5:32

 - Heaven - a sad short film
by Tarik Freitekh
1,315,806 views
8:54

#جلسات_رناسة_2013 - كاظم الساهر "هذا
اللون"
by MBC GROUP
240,164 views
4:23

 Hespress.com: Tamer Hosni en
chasse des Funs
by Tarek EL Atifi
72,294 views
2:12

 ضحك السنين ,,,, هاتولى راجل ++++++++++
by karem salama
218,180 views
1:45

Akon on the painful sacrifices of
fame & money
by mycomeup
382,842 views
1:41

لقاء رنا سماحة فى راديو ميجا اف ام برنامج
صبحك احلى مع بيسى الجزء 1
by Rana Samaha
8,523 views
14:54

akon
by fletchy11
61 uptos

"Smile" Official Music video
Tamer Hosny Ft Shaggy H.Dبكليب
by Amr Tarek
19,303 views
7:04

مسلسل فرق توقيت HD - الحلقة الاولى (1) -
تامر حسني / Tamer Hosny
by Tamer Hosny
1,355,113 views
40:43

EXHIBIT 3
REPORTER D. Lytle
DEPONENT T. Freitekh
DATE 5-22-15

Upload    Share



Share your thoughts

**Top comments**



CTExpo2012  1 year ago
I love Akon



Kamal Hmood  1 year ago
TAMER I LOVE U ,,, HOPE TO U ALL THE BEST :) AKON I LOVE YOU TOO .. AND THE
CREATOR TARIK FREITEKH <3



Sabri Abwini  1 year ago
oooooooooooooh temo sho 3azeem wallahe b7bk tamer ya rb nshofk akbr mn kda
bkteeeer :D bn7bk awee ya tamer mt5fsh kolena ma3aaak ;) tamer fans in jordan



ReBazTeMo  1 year ago
We are both tamer & akon &tarik thanks



Khaled Hamdi  1 year ago
Knt Nfssi Mn Zaman Awii N Tamer Y3mI Duo M3 Akon :) <3 isa Haeb2a project Gamed
Awii ... W Na b7bk Awii Ya Taro2 :)



UnknownGamers  1 year ago
The director is my fav show . we love you Tarik



Ezz Eldin Elshamy  1 year ago
Yeaaaaah :-D aywa ba2a



Eimo Oo  1 year ago
wooow TaMer is the best in the east  Waiting



steve kal  1 year ago
Great tarik... old friend back home :)



سلمان عبده نصار  1 year ago

من نجاح لنجاح النجم تامر حسني



Ali Refaat  1 year ago  in reply to UnknownGamers
where can i watch it



بنت عربيةarabia  11 months ago

والله ملينا من الانتظار ومافزل حاجه



Ahmed Sobhi  1 year ago
tamer hosny and akon

Nam Heeta  9 months ago
ilove Tarik

4:14

**Tomorrow / Bokra Official Video -**
اغنية بكرا
by TomorrowBokra
8:27   10,031,204 views

**Arabian Knight . Tamer Hosny ft**
**Pitbull & Akon**
by khaled habib
5:13   85,168 views

**Tamer Hosny - Ana Ganbek**
انا جنبك - تامر حسني / (Master .Q)
by Tamer Hosny
4:26   338,247 views

**Pitbull Trio Track ft Akon, Tamer**
**Hosny Arabian Knight New Song)**
by Ahmad Elsaed Elbamby
3:40   53,486 views

**Tamer hosny Best African Artist**
**(African music Awards 2010)**
by TamerHosniTV
5:36   74,758 views

اغنية welcome to the life تامر حسني
ولباون اهداء لـ اينتة تلليه
by Taliya tamerhosny
5:56   29,815 views

**mohamed hamaki ahla haga feeki**
by sambina599
192,946 views
3:43

**Phil Collins - True Colours (HD)**
**Paris 2004**
by Eddie Riyadi
5:30   871,436 views

Language: English ▾    Country: Worldwide ▾    Safety: Off ▾    Help

Case 1:13-cv-04103-ELR    Document 55    Filed 06/18/15    Page 178 of 203

Upload    Sign In

EXHIBIT 4
REPORTER D. Luttle
DEPONENT T. Freitekh
DATE 5-22-15









EXHIBIT 5
REPORTER D. Lytle
DEPONENT T. Freitekh
DATE 5-22-15

Also Habiby that's my account number Hossam just called me
053000196
~~237024~~ 14516

> Just transferred
> Check ur account

Do you work with the bank lol

That was the quickest transfer ever

Mar 12, 2013, 2:00 PM

> Can I take the waitress aside and ask her to split mine and Alina's bill so I don't feel embarrassed?

Come on man they invited all of us

I told then yesterday that tamr cousin is coming

They said sure

> U r sure?

100%

Hani is one of the richest people in

EXHIBIT ___6___
REPORTER ___D. Lytle___
DEPONENT ___T. Freitekh___
DATE ___5-22-15___

Print                                                                    Close

# Fwd: agreement

From: **Tamer** (tamerstudio@gmail.com)
Sent:  Sat 2/23/13 9:55 PM
To:    abadawy78@hotmail.com
           1 attachment
           Side Artist Agreement.docx (158.3 KB) .


Sent from my iPhone

Begin forwarded message:


> **From:** "Tarik Freitekh" <toh@usa.com>
> **Date:** February 23, 2013 10:02:15 PM EST
> **To:** Tamer <tamerstudio@gmail.com>
> **Subject: agreement**

EXHIBIT  7
REPORTER D. Lytle
DEPONENT  T. Freitekh
DATE  5-22-15

## Side Artist Agreement

Agreement executed this 22nd day of February, 2013, by and between Akon Inc., f/s/o Aliaune Thiam p/k/a Akon ("Side Artist") representing  himself and his artist Christopher Brown  p/k/a Chris Brown c/o P.O.Box 191188 Atlanta, GA 31119, and Tamer Hosny Production professionally known as "Tamer" ("Artist") in connection with Artist's recording agreement with **Tamer Hosny Production.** WHEREAS, Side Artist is to record and perform with Artist on a sound recording featuring the performances of Artist entitled (the "Master") for possible inclusion on Artist's forthcoming album (the "Album");

WHEREAS, Side Artist is subject to an exclusive recording artist agreement with Sony Music Entertainment ("Label"); Side Artist has consented to the Agreement made herein and will provide Artist with reasonable assistance to obtain the a side artist waiver from Label ("Label Waiver"), if required.

NOW, THEREFORE THE PARTIES HEREBY AGREE AS FOLLOWS:

1.     (a)     Side Artist shall perform, and provide first-class, non-exclusive services as a recording artist and musician for the purpose of recording the Master.

(b) All of Artist's rights under this Agreement, and all of Side Artist's obligations are subject to and conditioned upon Artist obtaining the Label Waiver, and all are subject to the terms of such waiver, provided Side Artist will not be adversely affected thereby.

2.     (a)     Side Artist hereby acknowledges and agrees that, subject to the terms of this Agreement, the Master including all performances contained thereon and all copyrights therein, shall be the sole property of Artist and its designees, for all purposes and uses under copyright and otherwise, throughout the universe and in perpetuity (except for the underlying musical composition). Side Artist's contribution to the Master (excluding Side Artist's contribution to the underlying musical composition, if any) shall be a work made for hire for Artist within the meaning of the U.S. Copyright Law and if for any reason such contribution is not deemed a work made for hire then the copyright in such contribution shall be deemed irrevocably assigned to Artist and its designees. To the extent permitted by law but subject to the terms hereof, Side Artist hereby waives all so-called "moral rights." All recordings made hereunder and all derivatives manufactured there from together with the performances embodied thereon shall be entirely and forever the property of Artist, free of any claims whatsoever by Side Artist or Label, or any person deriving any rights or interests from Side Artist or Label.

(b)     The portions of the musical composition embodied on the Master which are written or are

SunTrust Bank Acct number: ████████88766 ABA/Routing: 061000104 Swift code: SNTRUS3A

5.  Artist hereby acknowledges and agrees that Side Artist is a "Featured Artist" pursuant to the Digital Performance Right in Sound Recording Act of 1995 (DARP) and the Digital Millennium Copyright Act of 1998 (DMCA) and entitled to a pro rata share of the so- called "Featured Artist" share of SoundExchange monies associated with the Master. Upon request, Artist will provide and deliver to Side Artist such additional documents attached hereto as Exhibit A, as necessary to evidence and effectuate Side Artist's rights hereunder.

6.  Side Artist and Artist each warrant and represent that each party has the full right to enter into this agreement and each party represents that, as to each parties' contributions, no rights of third parties shall be infringed upon (including, without limitation, samples) and grant all of the rights set forth above to the other party as set forth herein. In the event of any third party claims against Side Artist, Label or Artist relating to breach of the foregoing warranties, the non- breaching party shall be fully indemnified by the breaching party (including reasonable outside attorneys fees) with respect to any third party claims resulting in final non-appealable, adverse judgments. Each party shall notify the other party of any such third party claims.

7.  Side Artist and Label warrant and represent that the payments and consideration specified herein shall be comprehensive. Except as expressly provided herein to the contrary, Artist shall have no monetary or other obligation whatsoever to Side Artist, Label, or any other party, for or in connection with this agreement or services performed hereunder by Side Artist, or exercise of the rights granted hereunder.

8.  Artist shall maintain books of account concerning the sale, distribution and exploitation of the Master and concerning publishing income earned or received hereunder. Artist shall render accountings to Side Artist within sixty (60) days after Artist receives the applicable statement and payment (or credit) from **Tamer Hosny Production** A Certified Public Accountant, chosen by Side Artist, may, at Side Artist's sole expense, examine and copy Artist's said books relating to the subject matter hereof, during normal business hours and upon reasonable written notice.

9.  This agreement shall be governed by the laws of the State of Georgia . The parties agree that the exclusive jurisdiction and venue for any action relating to this Agreement shall be a federal or state court in Atlanta and the parties hereby consent to such jurisdiction and venue.

10.  All notices to be given by either party hereunder shall be in writing and shall be delivered by hand or sent by certified mail, postage prepaid, return receipt requested, to the address of each party as first set forth above until notice of a new address shall be duly given in writing.

If the foregoing is consistent with your understanding the agreement between the parties, please so indicated by signing in the space indicated below.

ACCEPTED AND AGREED:

By: _____

Alliaune Thiam ( Akon)

By:_____

Tamer Hosny

## EXHIBIT A
## SOUND EXCHANGE, INC. LETTER OF DIRECTION

Solely as a service and accommodation to those featured artists entitled to royalties under 17 U.S.C. § 114(g)(2)(D) who specifically authorize SoundExchange to collect and distribute royalties on their behalf, SoundExchange permits such featured artists to designate that a percentage of the royalties due them from SoundExchange relating to certain sound recordings be remitted to creative personnel credited or recognized publicly for the commercially released sound recording on which the featured artist performs or other usual and customary royalty participants in such sound recording.

To make such a designation, the featured artist submitting this Letter of Direction must submit to

SoundExchange a (1) Designation & Authorization for Featured Artist and (2) completed Internal Revenue Service ("IRS") Form W-9 Request for Taxpayer Identification Number and Certification. Please note that a featured artist need not execute this Letter of Direction in order to be paid statutory royalties by SoundExchange.

Name of Featured Recording Artist ("Artist"): Artist's SoundExchange ID Number (if known): Name of Payee ("Payee"): Aliaune Thiam p/k/a Akon

Payee Address: Payee Telephone Number: Payee Fax Number: Payee E-Mail: Payment Percentage ("Percentage"): [___] %

X New Letter of Direction___Amendment Revoking___Previous Letters of Direction

By signing this Letter of Direction and submitting it to SoundExchange, Artist agrees as follows:

1.      Artist represents and warrants that Artist is the featured recording artist who performed on the sound recording(s) identified on the "Repertoire Chart" attached hereto as Schedule 1 (the "Recordings").

2.      Artist represents and warrants that Payee is an individual credited or recognized publicly for the commercially released sound recording identified on the Repertoire Chart or is an other usual and customary royalty participant in such sound recording.

3.      Artist requests and authorizes SoundExchange to pay to and in the name of Payee an amount equal to Percentage of the royalties otherwise payable by SoundExchange to Artist in respect of the Recordings, thereby reducing the payments from SoundExchange to Artist. If the box above labeled "Amendment Revoking Previous Letters of Direction" has been checked or if a previous "Royalty Distribution Information for Featured Artist" or other letter of direction has been provided to SoundExchange that conflicts with this Letter of Direction, then any and all previous letters of direction or similar documents conflicting herewith are hereby revoked.

4.      All monies becoming payable under this Letter of Direction shall be remitted to Payee at the address identified above or as Payee otherwise directs SoundExchange in writing. If SoundExchange requires additional information (e.g., Payee tax information) to remit payments under this Letter of Direction, then Artist and Payee shall be responsible for providing SoundExchange with such information promptly. To the extent SoundExchange is not provided with sufficient or correct information to remit payment to Payee, or checks mailed to Payee's last known address are returned, SoundExchange may hold the monies pending receipt of such information or pay the royalties to Artist.

5.      SoundExchange will honor a written revocation by Artist of the designation made by this Letter of Direction. In the event of such a revocation, SoundExchange may, but need not, mail notice of the revocation to the last known address of Payee. The foregoing is without prejudice to any other contractual arrangements between Artist and Payee requiring payment of the Percentage by Artist. SoundExchange has no responsibility for Artist's performance or nonperformance of any such obligation.

6.      SoundExchange may discontinue making payments under this Letter of Direction at any time, including if checks mailed to Payee's last known address are returned, Artist ceases to be a member of SoundExchange, or SoundExchange modifies its policies concerning letters of direction. If it does so, then SoundExchange may, but need not, mail notice thereof to the last known address of Artist and Payee, and monies that otherwise would have been payable under this Letter of Direction will be paid to Artist.

7.      Artist acknowledges that SoundExchange is providing payments to Payee solely as an accommodation to Artist but that all royalties distributed by SoundExchange to Payee are taxable to Artist. Artist shall be solely responsible for providing Payee with tax paperwork required by any governmental agency, including the Internal Revenue Service, and SoundExchange shall have no obligation to provide such information to Payee.

8.      SoundExchange may rely conclusively, and shall have no liability when acting, upon any written notice, instruction, other document or signature that is reasonably believed by SoundExchange to be genuine and to be authorized by Artist. SoundExchange shall not be responsible for failure to act as a result of causes beyond the reasonable control of SoundExchange. SoundExchange shall not be liable to Artist, Payee or to any third party for, and Artist agrees to defend (with counsel satisfactory

to SoundExchange), indemnify and hold harmless SoundExchange from, any damages or loss (including reasonable attorney's fees) in any way related to this Letter of Direction, unless such loss is caused by

SoundExchange's gross negligence or willful misconduct. The provisions of this Paragraph 8 hall survive the revocation or other termination of this Letter of Direction.

9.     This Letter of Direction shall be governed by and construed in accordance with the substantive laws of the District of Columbia. Any dispute relating to or arising from this Letter of Direction shall be subject to the exclusive jurisdiction of courts sitting in the District of Columbia.

ACKNOWLEDGED AND ACCEPTED BY:

Artist: Signature: _____

Printed Name:

Address:

Date     __, 2013

Return the original of this form to: SoundExchange, Inc. 1121 Fourteenth Street NW, Suite 700 Washington, DC 20005

Or fax to: 202.640.5859

If you have questions, please call 202.640.5858 or E-mail info@soundexchange.com.

**Album Title**
**Record Label**
**Catalog Number**
**Release Date**

# Fw: scanned receipts

From: **Tarik Freitekh** (toh@usa.com)   This sender is in your safe list.

Sent: Tue 4/09/13 2:03 AM

To:   AHMED BADAWY (abadawy78@hotmail.com)

    2 attachments

    scan_00113.jpg (537.2 KB) , scan_00112.jpg (443.1 KB)


----- Original Message -----

From: izzat fritekh

Sent: 04/08/13 05:59 PM

To: Tarik Freitekh

Subject: scanned receipts


Kind Regards,
Tarik
Tarik@tarikfreitekh.com
T:1-704-699-9725
F:1-888-205-8827
Facebook: www.facebook.com/TarikFreitekh

EXHIBIT  8
REPORTER  D. Luttle
DEPONENT  T. FreiteKh
DATE  5-22-15



**Thank you for banking with SunTrust**
For Account information call 800.SunTrust (800.786.8787)

**DEPOSIT AMOUNT:**   $ 25,000.00
**ACCOUNT NUMBER:**   xxxx-xxxxx-8766

BUS DATE:   02/08/2013   10:45AM

BATCH ID:   876532

This is your receipt showing bank, date , time , type of account and amout.
All deposits are credited to your account subject to verification and final payment

101629 (5/07)



**Thank you for banking with SunTrust**
For Account information call 800.SunTrust (800.786.8787)

**DEPOSIT AMOUNT :**   $ 25,000.00
**ACCOUNT NUMBER :**   xxxx-xxxxx-8766

BUS DATE     02/09/2013     09:55 AM

BATCH ID:     575434

829 (5/07)

This is your receipt showing bank, date , time , type of account and amout.
All deposits are credited to your account subject to verification and final payment

# Side Artists Agreement

From: **AHMED BADAWY** (abadawy78@hotmail.com)
Sent: Sun 3/10/13 9:57 PM
To: toh@usa.com (toh@usa.com)
Cc: tamerstudio@gmail.com (tamerstudio@gmail.com)

     1 attachment
     Side Artist Agreement.docx (17.1 KB)

EXHIBIT  9
REPORTER  D Little
DEPONENT T. Freitekh
DATE  5-22-15

# Fw:

From: **Tarik Freitekh** (toh@usa.com)
Sent: Mon 3/11/13 9:54 PM
To: AHMED BADAWY (abadawy78@hotmail.com)
1 attachment
Side Artist Agreement.pdf (2.6 MB)

----- Original Message -----

From: Aliaune Thiam

Sent: 03/11/13 05:37 PM

To: toh@Usa.com

AKON
"STADIUM ALBUM"
Coming Soon!!!!!!!!!!!!!

Kind Regards,
Tarik
Tarik@tarikfreitekh.com
T:1-704-699-9725
F:1-888-205-8827
Facebook: www.facebook.com/TarikFreitekh

Sole Artists Agreement

Agreement executed this 10th day of March, 2013 between Akon Inc. Five Aliones Diami p/k/a Akon representing himself and Armando Perez p/k/a Pitbull ("Sole Artist"), c/o P O Box 191188 Atlanta, GA 31119 and Future Hentary professionally known as "Hentai" ("Artist")

WHEREAS  Sole Artists is to record and perform with Artist on a sound recording finalizing the performance of Artist entitled (the "Master") for possible inclusion on Artist's forthcoming album that

NOW, THEREFORE THE PARTIES HEREBY AGREE AS FOLLOWS

1    Sole Artists shall perform, and provide first-class non-exclusive services in a recording artist and musician for the purpose of recording the Master

2    Sole Artists hereby acknowledges and agrees that, subject to the terms of this agreement, the Master including all performances contained thereon and all copyrights therein, shall be the sole property of Artist and its designers for all purposes and uses under copyright law relative, throughout the universe and in perpetuity (including the underlying musical composition). Sole Artists contribution to the Master (including Sole Artists' contribution to the underlying musical composition, if any) shall for a work made for hire by Artist within the meaning of the U.S. Copyright Law and if any rights such contribution is not deemed a work made for hire then the copyright in such contribution shall be deemed irrevocably assigned to Artist and its designers. To the extent permitted by law but subject to the terms hereof. Sole Artists hereby waives all so-called "moral rights" All royalties under hereunder and all derivatives mentioned there from together with the performances embodied thereon shall be entirely and forever the property of Artist free of any claims (including Royalty) whatsoever by Sole Artists, or any person deriving any rights or interests from Sole Artists.

3    Consideration has agreed for the services provided in this agreement is USD 200,000 (Three Hundred Thousand United States Dollar), of which a down-payment of USD 50,000 (One Hundred and Fifty Thousand United States Dollar) was deposited to the Artist bank account as follows:

ALIADNE THIAM P.O. BOX 191188 ATLANTA, GA 31119 Bank: SunTrust Bank Acct number: 1001136788766 ABA/
Routing: 061000104 Swift Code: SNTRUS3A

4    Subject to the terms of this agreement  Sole Artists shall  at no extra cost  perform in the Musical video of the Master. A Penalty of USD 225,000 (Only Two Hundred and Twenty Five Thousand United States Dollar) will be imposed on Sole Artists in case of not performing in the Musical video.

5    Sole Artists and Artist each warrant and represent that each party has the full right to enter into this agreement and each party represents that, as to each party's contributions, no rights of third parties shall be infringed upon (including, without limitation, samples) and grant all of the rights set forth above to the other party as set forth herein. In the event of any third party claim against Sole Artists, Label or Artist relating to breach of the foregoing warranties, the non-breaching party shall be fully indemnified by the breaching party (including reasonable outside attorney's fees) with respect to any third party claims resulting in final non-appealable adverse judgments. Each party shall notify the other party of any such third party claims.

6    This agreement shall be considered terminated and all consideration made shall be refunded, in full  to the Artist in any of the following events (whichever comes first)
     (a) A written termination notice by any of the parties to this agreement
     (b) If the services required by the Artists are described in this agreement were not fully performed within 30 days of the date of this agreement

7    This agreement shall be governed by the laws of the State of Georgia. The parties agree that the exclusive jurisdiction and venue for any action relating to this Agreement shall be a federal or state court in Atlanta and the parties hereby consent to such jurisdiction and venue

ACCEPTED AND AGREED

By _____
Aliaune Thiam (Akon)

By _____
Future Hentay

# (No Subject)

From: **Tarik Freitekh** (toh@usa.com)  This sender is in your safe list.
Sent: Tue 4/09/13 10:43 AM
To:  AHMED BADAWY (abadawy78@hotmail.com)
    1 attachment
    scan_02.pdf (57.4 KB)

Kind Regards,
Tarik
Tarik@tarikfreitekh.com
T: 1-704-699-9725
F: 1-888-205-8827
Facebook: www.facebook.com/TarikFreitekh

EXHIBIT __10__
REPORTER D. Little
DEPONENT T. Freitekh
DATE 5-22-15



**Thank you for banking with SunTrust**
For Account information call 800.SunTrust (800.786.8787)

**DEPOSIT AMOUNT :** $ 100,000.00
**ACCOUNT NUMBER :** xxxx-xxxxx-8766

BUS DATE     04/01/2013     12:55 PM

BATCH ID

This is your receipt showing bank, date , time , type of account and amout.
All deposits are credited to your account subject to verification and final payment

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMER HOSNY,                                    Case No. 1:13-CV-4103

            Plaintiff,

    vs.

ALIAUNE THIAM, P/K/A "AKON," and
TARIK FREITEKH,

            Defendants.

### DECLARATION OF TARIK FREITEKH PURSUANT TO 28 U.S.C. §1746

1.      I have personal knowledge of the facts set forth herein, and, if called to testify,

could and would testify competently thereto.

2.      At all times relevant to this action, I have been a resident of North Carolina until

June 2013, when I moved to California.

3.      At all times relevant to this action, I have maintained a business address at 3343

North Knoll Drive, Los Angeles, CA 90068.

4.      I have never been a citizen or resident of Georgia.

5.      I have never owner, rented, or leased property in Georgia.

6.      I have never maintained an account with any financial institution in Georgia.

7.      I have never paid taxes or voted in Georgia.

8.      I have never been listed in any telephone, business or other informational

directory in Georgia, or maintained a personal office or personal telephone number in

Georgia.

9.      I have never been present in Georgia.

1

EXHIBIT  11
REPORTER  D. Lytle
DEPONENT  T. Freitekh
DATE  5-22-15

10. I have never done business in Georgia.

11. I have never received any income from any Georgia business or person.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of July 2014 at Irvine, California.

_____

Tarik Freitekh

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMER HOSNY,

     Plaintiff,

   vs.

ALIAUNE THIAM, P/K/A "AKON," and
TARIK FREITEKH,

     Defendants.

Case No. 1:13-CV-4103

AMENDED DECLARATION OF
TARIK FREITEKH PURSUANT TO 28 U.S.C. §1746

1.    I have personal knowledge of the facts set forth herein, and, if called to testify,

could and would testify competently thereto.

2.    At all times relevant to this action, I have been a resident of North Carolina until

June 2013, when I moved to California.

3.    At all times relevant to this action, I have maintained a business address at 3343

North Knoll Drive, Los Angeles, CA 90068.

4.    I have never been a citizen or resident of Georgia.

5.    I have never owner, rented, or leased property in Georgia.

6.    I have never maintained an account with any financial institution in Georgia.

7.    I have never paid taxes or voted in Georgia.

8.    I have never been listed in any telephone, business or other informational

directory in Georgia, or maintained a personal office or personal telephone number in

Georgia.

9.    I travelled to Georgia in or about January 2013 to record a music video,

1

EXHIBIT  12
REPORTER  D Lytle
DEPONENT  T. Freitekh
DATE  5-22-15

Welcome to The Life, with Defendant Akon and Plaintiff Hosny, in Atlanta,

Georgia.

10.     I was not paid for my work on the music video, Welcome to The Life.

11.     I did not discuss the Arabian Knight project, the subject of this lawsuit, with

Akon or Hosny during my visit to Georgia.

    I declare under penalty of perjury that the foregoing is true and correct.

       Executed in California on August 10, 2014

                  Tarik Freitekh

2

2