# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **TAMER HOSNY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | **FILE NO. 1:13-CV-4103-ELR** |
| ) | |
| **ALIAUNE THIAM, P/K/A** ) | |
| **"AKON," and TARIK FREITEKH,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF RETAINING AND CHARGING LIENS

**PLEASE TAKE NOTICE** that Patel Burkhalter Law Group ("Patel Burkhalter"), pursuant to O.C.G.A. § 15-19-14(b), hereby asserts retaining and charging liens against any and all judgments, settlements, payments, distributions and other recoveries obtained by Tamer Hosny in connection with this case, or otherwise, until all fees for services rendered (currently in the amount of $5,540.25) plus interest and costs due Patel Burkhalter are paid in full.

Dated:     August 3, 2015

Respectfully submitted,

**PATEL BURKHALTER LAW GROUP**

/s/ Brian W. Burkhalter
Brian W. Burkhalter
Georgia Bar No. 095809
C. Melissa Ewing
Georgia Bar No. 253383
bburkhalter@patelburkhalter.com
mewing@patelburkhalter.com

4045 Orchard Road
Building 400
Atlanta, Georgia  30080
Phone:         (678) 974-1720
Facsimile:    (404) 474-9696

To:    All Counsel Of Record (via CM/ECF)
       Tamer Hosny, c/o Jack Haffner (also known as "Ahmed Badawy") (via U.S. Mail)

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed and served the foregoing **Notice of Retaining and Charging Liens** upon all counsel of record through the Electronic Case Filing System, and by U.S. Mail to Tamer Hosny, as follows:

*Via U.S. Mail to Plaintiff Tamer Hosny:*

Tamer Hosny
c/o Jack Haffner (also known as "Ahmed Badawy")
2323 McCue Road, Apt. 2506
Houston, Texas 77056

*Via CM/ECF to Opposing Counsel of Record:*

Hayden Pace
PACE LAW, P.C.
1447 Peachtree Street, N.E.
Suite 610
Atlanta, Georgia 30309

Andrew B. Koplan
Andrew B. Koplan, P.C.
5855 Sandy Springs Circle
Suite 150
Atlanta, GA  30328

Martin Jerisat
Jerisat Law Firm
2372 Morse Ave. Ste 322
Irvine, CA  92614

Dated: August 3, 2015

## PATEL BURKHALTER LAW GROUP

/s/ Brian W. Burkhalter
Brian W. Burkhalter
Georgia Bar No. 095809
bburkhalter@patelburkhalter.com

4045 Orchard Road
Building 400
Atlanta, Georgia  30080
Phone: (678) 974-1720
Facsimile: (404) 474-9696