IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMER HOSNY,<br><br>    Plaintiff,<br><br>v.<br><br>ALIAUNE THIAM, p/k/a "Akon" and TARIK FREITEKH,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-CV-04103-ELR |

## JUDGMENT

This action came before the Honorable Eleanor L. Ross, United States District Judge, for jury trial on Tuesday, April 25, 2017. On Friday, April 28, 2017, a jury returned a verdict in favor of Defendant, Aliaune Thiam, p/k/a "Akon". The issues have been tried and the jury has rendered its verdict.

It is **ORDERED AND ADJUDGED** that plaintiff, Tamer Hosny, take nothing and that the action be dismissed on the merits.

IT IS SO ORDERED this 2nd day of May, 2017.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge